NOAH ZINNER (SBN 247581)
nzinner@heraca.org
MEGUMI TSUTSUI (SBN 299294)
mtsutsui@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, JAMAL CORNELIUS, RTHWAN DOBASHI, and JENNIFER CRAIG, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official | Case Number: C 17-cv-07210-SK <br><br> **DECLARATION OF JOSHUA D. ROVENGER IN SUPPORT OF PLAINTIFFS' MOTION TO FILE A FIRST AMENDED COMPLAINT** |

capacity as Secretary of the United States Department of Education, )
)
)
And )
)
THE UNITED STATES DEPARTMENT OF EDUCATION, )
)
)
)
*Defendants.* )
)
)
)

I, Joshua D. Rovenger, make this declaration in Support of Plaintiffs' Motion to File a First Amended Complaint.

I do declare and say as follows:

1. I am an attorney with the Project on Predatory Student Lending of the Legal Services Center of Harvard Law School and am counsel for named plaintiffs in this putative class action.

2. I have personal knowledge of the contents of this declaration and I could and would testify competently thereto if called upon to do so.

3. Plaintiffs initiated this lawsuit on December 20, 2017.  Service was effectuated on both Defendants on December 22, 2017, and the United States Attorney for the Northern District of California was also served on January 2, 2018.  Counsel for Defendants filed a Notice of Appearance on March 1 & March 7.

4. On March 5, 2018, Defendants moved for an expansion of time within which to file an answer or otherwise respond to Plaintiffs' complaint. On March 8, 2018, the Court granted

the motion, setting a deadline of May 23, 2018 for Defendants to answer or respond. To date, Defendants have not answered or responded.

5. On March 15, 2018, undersigned counsel e-mailed counsel for Defendants, Robert C. Merritt and Karen S. Bloom to request their consent under Fed. R. Civ. P. 15(2) for Plaintiffs to file a First Amended Complaint.

6. On March 16, 2018, Defendants' counsel informed me that they did not have enough information regarding our proposed amendments to the complaint to take a position. They have informed counsel that they "will assess the proposed amendments at the time and determine whether or not we oppose amendment."

7. For the reasons stated in Plaintiffs' motion, undersigned respectfully requests that the Court allow Plaintiffs to file an Amended Complaint pursuant to Rule 15(a)(2).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2018                                         /s Joshua D. Rovenger
                                                              Joshua D. Rovenger