NOAH ZINNER (SBN 247581)
nzinner@heraca.org
MEGUMI TSUTSUI (SBN 299294)
mtsutsui@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, JAMAL CORNELIUS, and RTHWAN DOBASHI, and JENNIFER CRAIG, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Case Number: C 17-cv-07210-SK<br><br>**DECLARATION OF PLAINTIFF JAMAL CORNELIUS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

I, Jamal Cornelius, declare under penalty of perjury that the following is true and correct:

1. I am the Plaintiff in the above-titled case. I submit this declaration in support of my motion for class certification as part of the litigation to prevent the U.S. Department of Education from rescinding the Corinthian Job Placement Rate Rule, from collecting on and accruing interest on my loans, and from applying the new Average Earnings Rule in resolving my borrower defense claim.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

3. I incorporate into this Declaration all of my prior sworn statements in this matter, specifically my Declaration in Support of Motion for Preliminary Injunction, signed on March 16, 2018, and filed with the Court on March 17, 2018. ECF No. 35-2.

4. As I discussed in that Declaration, I borrowed federal Direct Loans in the amount of $ 25,555 to finance a program at Heald College.

5. In the summer of 2016, I received a letter from the Department of Education indicating that the Department had investigated Heald College for misrepresenting job placement rates. Based on this misconduct, the Department said that I was eligible to have my federal loans discharged because of a borrower defense to repayment if I completed an enclosed attestation form.

6. I submitted my attestation form in the summer of 2016.

7. Because I did not hear back from the Department regarding my submission, I resubmitted an attestation form on or around August 24, 2016.

8. The Department has still not informed me of whether my federal loans will be discharged.

9. On December 20, 2017, I filed this lawsuit to ensure that my student loans would be fully discharged pursuant to the Corinthian Job Placement Rate Rule, as that term is defined in the Complaint, ECF No. 1, and Proposed Amended Complaint, ECF No. 33. On March 17, 2018, I filed a proposed amended complaint to ensure that the Department does not decide my

borrower defense application under its new Average Earnings Rule, as defined in the Amended Complaint. ECF No. 33.

10. I filed the Complaint and Amended Complaint on behalf of a class of similarly-situated individuals. I believe that all borrowers who are covered by the Corinthian Job Placement Rate Rule should have their loans discharged and have any money paid on those loans reimbursed. I also believe that the Department should not apply the Average Earnings Rule to any such individual.

11. I am not aware of any actual or potential conflicts of interest between myself and other members of the proposed class.

12. I obtained counsel for this litigation to ensure that the matter would be properly and vigorously prosecuted.

13. I intend and desire to vigorously prosecute this matter on behalf of myself and the entire proposed class of similarly-situated individuals.

14. I will be going into basic military training with the United States Marine Corps on April 1, 2018 and have been informed that I will not be permitted outside communication during the period of my basic training. However, I do not believe that this period of training will limit my ability to assist counsel in vigorously prosecuting this case.

Signed under penalties of perjury on March 27, 2018.

*Jamal Cornelius*
Jamal Cornelius