NOAH ZINNER (SBN 247581)
nzinner@heraca.org
MEGUMI TSUTSUI (SBN 299294)
mtsutsui@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, JAMAL CORNELIUS, and RTHWAN DOBASHI, and JENNIFER CRAIG, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Case Number: C 17-cv-07210-SK<br><br>**DECLARATION OF PLAINTIFF RTHWAN DOBASHI IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

I, Rthwan Dobashi, declare under penalty of perjury that the following is true and correct:

1. I am the Plaintiff in the above-titled case. I submit this declaration in support of my motion for class certification as part of the litigation to prevent the U.S. Department of Education from rescinding the Corinthian Job Placement Rate Rule, from collecting on and accruing interest on my loans, and from applying the new Average Earnings Rule in resolving my borrower defense claim.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

3. I incorporate into this Declaration all of my prior sworn statements in this matter, specifically my Declaration in Support of Motion for Preliminary Injunction, signed on March 15, 2018, and filed with the Court on March 17, 2018. ECF No. 35-3.

4. As I discussed in that Declaration, I borrowed six federal Direct Loans, totaling $ 22,184, to finance programs at WyoTech.

5. In late March or early April of 2016, I received a letter from the California Attorney General's office indicating that the Department had found that WyoTech committed misconduct. Based on this misconduct, I understood that I was eligible to have my federal loans discharged if I completed an attestation form.

6. On April 5, 2016, I used the Department's attestation form to submit a borrower defense claim.

7. The Department has still not informed me of whether my federal loans will be discharged.

8. On December 20, 2017, I filed this lawsuit to ensure that my student loans would be fully discharged pursuant to the Corinthian Job Placement Rate Rule, as that term is defined in the Complaint, ECF No. 1, and Proposed Amended Complaint, ECF No. 33. On March 17, 2018, I filed a proposed amended complaint to ensure that the Department does not decide my borrower defense application under its new Average Earnings Rule, as defined in the Amended Complaint. ECF No. 33.

9. I filed the Complaint and Amended Complaint on behalf of a class of similarly-situated individuals. I believe that all borrowers who are covered by the Corinthian Job Placement Rate Rule should have their loans discharged and have any money paid on those loans reimbursed. I also believe that the Department should not apply the Average Earnings Rule to any such individual.

10. I am not aware of any actual or potential conflicts of interest between myself and other members of the proposed class.

11. I obtained counsel for this litigation to ensure that the matter would be properly and vigorously prosecuted.

12. I intend and desire to vigorously prosecute this matter on behalf of myself and the entire proposed class of similarly-situated individuals.

Signed under penalties of perjury on __04-10_____, 2018

_____
Rthwan Dobashi