NOAH ZINNER (SBN 247581)
nzinner@heraca.org
MEGUMI TSUTSUI (SBN 299294)
mtsutsui@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, JAMAL CORNELIUS, RTHWAN DOBASHI, and JENNIFER CRAIG on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official | Case Number: C 17-cv-07210-SK<br><br>**DECLARATION OF NOAH ZINNER, IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

capacity as Secretary of the United States )
Department of Education, )
)
And )
)
THE UNITED STATES DEPARTMENT OF )
EDUCATION, )
)
         *Defendants.* )
)
)
)

I, NOAH ZINNER, hereby declare as follows:

1.     I am a managing attorney at the non-profit legal services organization Housing and Economic Rights Advocates (HERA) in Oakland, California and an attorney for Plaintiffs and the purported class in the above-entitled action. I am admitted to practice law before this Court and all state courts in the State of California. I submit this declaration in support of Plaintiff's Motion for Class Certification. I have personal knowledge of the matters set forth herein, and if called to testify, would and could competently testify to them.

2.     Housing and Economic Rights Advocates ("HERA) is a California statewide, not-for-profit legal service and advocacy organization that provides legal advice, advocacy, and representation to low and moderate income consumers on a wide range of economic justice issues. In recent years, in response to a notable increase in consumer complaints, HERA's work has increasingly focused on student loan debt including, most prominently, debt incurred while attending Corinthian Colleges, Inc. ("CCI") and other abusive for-profit institutions.

3.     From April 2015 to present, HERA has provided services to more than 300 former students of CCI, through public workshops for CCI students and to CCI students who contacted our office after learning of our services.

4. HERA's services to CCI students have included advice on their rights and options with respect to debt incurred at CCI schools. We also help students to submit federal loan discharge applications, including, when applicable, the Department's designated "Attestation" form for CCI students' "Application for Borrower Defense to Repayment Loan Discharge" ("streamlined borrower defense application"), or other accepted form.

5. HERA's attorneys have extensive experience in consumer protection and/or class action litigation in state and federal court, including HERA's attorneys have extensive experience in class and individual consumer litigation in state and federal court. HERA's class action consumer litigation includes, but is not limited to, Herrera v. LCS Fin. Servs. Corp., Case No. 3:09-cv-02843 (NDCA); DiGiacomo v. Wells Fargo Bank, N.A., Case No. CGC-10-496942 (San Francisco Sup. Ct.); Gonzalez v. Heritage Pacific Financial LLC, Case No. 110-cv-173203 (Santa Clara Sup. Ct.), Banks v. JP Morgan Chase Bank, N.A., Case No. RG12614875 (Alameda Sup. Ct.); Hanson v. JQD, LLC, Case No. 4:13-cv-05377 (NDCA); and Doskocz v. Association Lien Services, Case No. 3:15-CV-01525 (NDCA).

6. I am not aware of any conflicts with members of the proposed class.

Signed under penalties of perjury on April 17, 2018

*Noah Zinner*
Noah Zinner