NOAH ZINNER (SBN 247581)
nzinner@heraca.org
MEGUMI TSUTSUI (SBN 299294)
mtsutsui@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ) | Case Number: C 17-cv-07210-SK |
| ) | |
| ) | |
| MARTIN CALVILLO MANRIQUEZ, ) | **DECLARATION OF JOSHUA D.** |
| JAMAL CORNELIUS, RTHWAN ) | **ROVENGER IN SUPPORT OF** |
| DOBASHI, and JENNIFER CRAIG on behalf ) | **PLAINTIFFS' MOTION FOR CLASS** |
| of themselves and all others similarly situated, ) | **CERTIFICATION OR, IN THE** |
| ) | **ALTERNATIVE, LIMITED CLASS** |
| *Plaintiffs*, ) | **DISCOVERY** |
| ) | |
| v. ) | |
| ) | |
| ELISABETH DEVOS, in her official ) | |

1  capacity as Secretary of the United States    )
2  Department of Education,                       )
                                                  )
3  And                                            )
                                                  )
4  THE UNITED STATES DEPARTMENT OF                )
   EDUCATION,                                     )
5                                                 )
                    *Defendants.*                 )
6                                                 )
                                                  )
7                                                 )
                                                  )
8  _____

10       I, Joshua Rovenger, make this declaration in support of the foregoing motion for class

11  certification or, in the alternative, limited class discovery.

12    1.  I am a staff attorney in the Project on Predatory Student Lending at the Legal Services
13        Center of Harvard Law School ("the Project').

14    2.  I submit this declaration in support of Plaintiff's Motion for Class Certification.

15    3.  The Project has represented and/or advised hundreds of former Corinthian students
16        regarding the borrower defense process. The Project's services to Corinthian ("CCI")
17        students have included advice on their rights and options with respect to debt incurred at
18        CCI schools.  We also help students to submit federal loan discharge applications,
          including, when applicable, the Department's designated "Attestation" form for CCI
19        students' "Application for Borrower Defense to Repayment Loan Discharge"
          ("streamlined borrower defense application"), or other accepted form.

20    4.  The Project's attorneys have extensive experience in APA and class action litigation in
21        state and federal court. For example, counsel at the Project have represented student
22        borrowers in class actions, including: *In re ITT Educational Services*, No. 16-07207-JMC-
          7A (S.D. Ind. Bankr., class action adv. Proceeding filed on Jan. 3, 2017); and, *Salazar v.
23        King*, No. 1:14-cv-01230 (S.D.N.Y. filed on Feb. 24, 2014). Counsel at the Project have
24        also represented, and are currently representing student borrowers in APA cases,
25        including, by way of example: *Bauer v. DeVos*, No. 17-1330 (D. D.C. complaint filed on
          July 6, 2017); *Dieffenbacher v. DeVos*, No. 5:17-cv-342 (C.D. Cal. filed on Feb. 23, 2017);
26        and, *Williams v. King*, No. 16-11949 (D. Mass., filed on Sept. 28, 2016).

27
28

DECLARATION OF JOSHUA D. ROVENGER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION OR, IN THE ALTERNATIVE, LIMITED CLASS DISCOVERY
Case No. 17-cv-07210-SK

5.  Undersigned counsel, along with co-counsel, have knowledge of, and familiarity with, the relevant laws and regulations concerning federal student loans and borrower defense.

6.  Undersigned counsel, along with co-counsel, are not aware of any potential conflicts of interest with members of the proposed class.

7.  I further submit this affidavit to place before the Court documents in support of the foregoing motion for class certification or, in the alternative, limited class discovery.

8.  Attached as Exhibit 1 is a true and correct copy of an April 14, 2015 Department of Education Press Release entitled "U.S. Department of Education Fines Corinthian Colleges $30 million for Misrepresentation."

9.  Attached as Exhibit 2 is a true and correct copy of the Department of Education's "Third Report of the Special Master for Borrower Defense to the Under Secretary," dated March 25, 2016.

10. Attached as Exhibit 3 is a true and correct copy of a November 17, 2015 Department of Education Press Release entitled "Department of Education and Attorney General Kamala Harris Announce Findings from Investigation of Wyotech and Everest Programs."

11. Attached as Exhibit 4 is a true and correct copy of the Department of Education's "Fourth Report of the Special Master for Borrower Defense to the Under Secretary," dated June 29, 2016.

12. Attached as Exhibit 5 is a true and correct copy of a January 13, 2017 Department of Education Press Release entitled, "American Career Institute Borrowers to Receive Automatic Group Relief for Federal Student Loans."

13. Attached as Exhibit 6 is a true and correct copy of an October 28, 2016 report from the Department of Education's Federal Student Aid Enforcement Office entitled, "Report on Borrower Defense."

14. Attached as Exhibit 7 is a true and correct copy of a December 8, 2017 Report from the Office of Inspector General, Department of Education, entitled "Federal Student Aid's Borrower Defense to Repayment Loan Discharge Process."

15. Attached as Exhibit 8 is a true and correct copy of a November 2017 report prepared by the Offices of Senators Elizabeth Warren and Richard J. Durbin entitled, "Insult to Injury: How the DeVos Department of Education is Failing Defrauded Students."

DECLARATION OF JOSHUA D. ROVENGER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OR, IN THE ALTERNATIVE, LIMITED CLASS DISCOVERY
Case No. 17-cv-07210-SK

16. Attached as Exhibit 9 is a true and correct copy of a July 7, 2017 letter from James F. Manning, Acting Under Secretary of the Department of Education to U.S. Senator Richard J. Durbin.

17. Attached as Exhibit 10 is a true and correct copy of a December 20, 2017 Department of Education Press Release entitled, "Improved Borrower Defense Discharge Process Will Aid Defrauded Borrowers, Protect Taxpayers."

18. Attached as Exhibit 11 is a true and correct copy of an "Amended Information Exchange Agreement Between the Department of Education and The Social Security Administration for Aggregate Earnings Data" as provided on the website of Senator Elizabeth Warren.

Signed under penalties of perjury on April 19, 2018.

/s Joshua D. Rovenger

Joshua D. Rovenger

DECLARATION OF JOSHUA D. ROVENGER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION OR, IN THE ALTERNATIVE, LIMITED CLASS DISCOVERY
Case No. 17-cv-07210-SK