NOAH ZINNER (SBN 247581)
nzinner@heraca.org
MEGUMI TSUTSUI (SBN 299294)
mtsutsui@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ) | Case Number: C 17-cv-07210-SK |
| ) | |
| MARTIN CALVILLO MANRIQUEZ, ) | **DECLARATION OF PROFESSOR** |
| JAMAL CORNELIUS, RTHWAN ) | **KATRINA WALSEMANN, PHD, MPH, IN** |
| DOBASHI, and JENNIFER CRAIG on behalf ) | **SUPPORT OF PLAINTIFFS' MOTION** |
| of themselves and all others similarly situated, ) | **FOR PRELIMINARY INJUNCTION** |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | |
| ) | |
| ELISABETH DEVOS, in her official ) | |

capacity as Secretary of the United States
Department of Education,

And

THE UNITED STATES DEPARTMENT OF
EDUCATION,

       *Defendants.*

I, Katrina Walsemann, declare as follows:

1. I am an Associate Professor and the Undergraduate Director in the Department of Health Promotion, Education, and Behavior at the Arnold School of Public Health at the University of South Carolina. I have knowledge of the matters stated in this declaration and have collected and cite relevant literature concerning the issues that arise in this litigation.

2. I submit this declaration and report in detail some of the significant harms that the Department of Education ("Department") is likely causing through its delay in processing class members' claims under the Corinthian Job Placement Rate Rule and its decision to partially deny claims under the Average Earnings Rule, as those terms are defined in Plaintiffs' Motion for a Preliminary Injunction, ECF No. 35.

3. I submit this declaration and report at the request of counsel for Plaintiffs as an expert in connection with the above-captioned litigation, but I am not being compensated for this work.

4. I obtained my BA in psychology, *magna cum laude*, with a minor in Human Development from the University of California, Davis, in 1997. In 2000, I earned a MPH in Health Behavior and Health Education from the School of Public Health at the University of Michigan. In 2005, I earned a Ph.D. in Health Behavior and Human Education from the School of Public Health at the University of Michigan. Upon graduation, I served as a NIA Postdoctoral Research Fellow for two years at the Population Studies Center at the University of Michigan. A true and correct copy of my Curriculum Vitae is attached hereto as Exhibit 1.

5. In 2007, I served as a Lecturer in the Department of Health Behavior and Health Education at the University of Michigan. I then became an Assistant Professor in the Department of Health Promotion, Education, and Behavior at the Arnold School of Public Health at the University of South Carolina. In 2013, I was promoted to my current position as an Associate Professor with tenure in the Department of Health Promotion, Education and Behavior at the Arnold School of Public Health at the University of South Carolina. Since that time, I have also been an Organizer and Affiliated Scholar with the Carolina Consortium on Health, Inequalities, and Populations at the University of South Carolina. I also currently serve as the Undergraduate Director for my department. *See* Walsemann Ex. 1.

6. My current research seeks to understand how educational and social inequities influence health and health disparities across the life course. I have examined how debt, in the form of student loans, contributes to health and may also modify the generally positive association between education and health.

7. I have authored or co-authored 50 peer-reviewed and published academic articles. These include: "Student debt spans generations: Characteristics of parents who borrow to pay for their children's college education," published in the The Journals of Gerontology, Series B: Social Sciences, 72(6): 1084-1089; "Student loans, race/ethnicity, and disparities in sleep duration: Evidence from a nationally representative sample of US young adults," published in the Journal of Epidemiology and Community Health, 70(1): 42-48; and "Sick of our loans: Student borrowing and the mental health of US young adults," published in Social Science & Medicine, 124: 85-93. I have also written a White Paper for the Robert Wood Johnson Foundation in 2016, entitled "Education and health: Complexities, challenges, and priorities." *Id.*, available at: https://healthequity.globalpolicysolutions.org/resources/reports-and-factsheets/education-and-health-complexities-challenges-and-priorities

8. I have given a number of presentations related to my research on the relationship between student loan debt and borrowers' health. These include: the Mini-Conference on Health Disparities at the Annual Meeting of the Southern Sociological Association in Greenville, SC (March 30, 2017); the Population Association of America, Paper Session of the Families and Economic Circumstances in Chicago (April 29, 2017), the Population Association of America, Session 74 Education, Health, and Mortality: Pathways and Mechanisms, in Boston, MA (May 2014), and Borrowing for College: Exploring the connection between student loan debt and health: public health law series webinar, held by the Network for Public Health Law at the Mid-States Regional center at the University of Michigan School of Public Health (June 25, 2015). *Id.*

DECLARATION OF PROFESSOR KATRINA WALSEMANN, PHD, MPH, IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINIARY INJUNCTIONINJUNCTION
Case No. 17-cv-07210-SK

9. I have served as an ad-hoc reviewer for over 20 peer-reviewed journals, including: the American Journal of Public Health, the American Sociological Review, and Social Science & Medicine. I am currently an editorial board member for Social Science & Medicine. I am also a member of the Population Association of America and the Interdisciplinary Association for Population Health Sciences. *Id.*

10. Attached as Exhibit 2 to this declaration is a report that sets forth the opinions that I have formed regarding the issues in this litigation. My opinions are formed based on my review of the literature cited therein and Plaintiffs' Motion for a Preliminary Injunction. I may find it appropriate to revise or supplement my opinions, analysis, and conclusions stated herein in the future.

Signed under penalties of perjury on ___April 17___ , 2018

Katrina Walsemann, Ph.D., MPH

# Exhibit 1

**KATRINA M. WALSEMANN**

Department of Health Promotion, Education, and Behavior    kwalsema@sc.edu
Arnold School of Public Health
915 Greene Street, Room 554
Columbia, SC 29208
803-777-1904 (Work)

## EDUCATION

| 2005 | Ph.D., Health Behavior and Health Education |
|------|---------------------------------------------|
|      | University of Michigan, School of Public Health, Ann Arbor, MI |

| 2000 | MPH, Health Behavior and Health Education |
|------|-------------------------------------------|
|      | University of Michigan, School of Public Health, Ann Arbor, MI |

| 1997 | BA, Psychology (Magna Cum Laude), Minor, Human Development |
|------|-----------------------------------------------------------|
|      | University of California, Davis, CA |

## ACADEMIC POSITIONS

| 2014 – | Undergraduate Director, Department of Health Promotion, Education, and Behavior, Arnold School of Public Health, University of South Carolina |
|--------|---------------------------------------------------------------------------------------------------------------------------------------------|
| 2013 – | Associate Professor (with tenure), Department of Health Promotion, Education, and Behavior, Arnold School of Public Health, University of South Carolina |
| 2007 – 2013 | Assistant Professor, Department of Health Promotion, Education, and Behavior, Arnold School of Public Health, University of South Carolina |
| 2007 | Lecturer, Department of Health Behavior and Health Education, University of Michigan |
| 2005 – 2007 | NIA Postdoctoral Research Fellow, Population Studies Center, University of Michigan |

## ACADEMIC AFFILIATIONS

| 2015 | Visiting Researcher, Population Research Center, University of Texas at Austin |
|------|-------------------------------------------------------------------------------|
| 2013 – | Organizer and Affiliated Scholar, Carolina Consortium on Health, Inequalities, and Populations, University of South Carolina |
| 2009 – | Affiliated Scholar, Center for Research in Nutrition and Health Disparities, Arnold School of Public Health, University of South Carolina |
| 2008 – | Faculty Affiliate, Women's and Gender Studies, University of South Carolina |

## HONORS AND AWARDS

- *Nominee,* Michael J. Mungo Graduate Teaching Award, University of South Carolina, 2018
- *Nominee,* James A. Keith Excellence in Teaching Award, Arnold School of Public Health, 2017
- *Nominee,* Editor of The Journal of Health and Social Behavior, 2015
- *Featured Scholar,* Office of the VP for Research, University of South Carolina, 2014
- *Arnold School of Public Health Career Development Award,* University of South Carolina, 2008

- *Postdoctoral Fellowship*, Ruth L. Kirschstein National Service Research Award, National Institute of Aging, 2005-2007
- *Rackham Predoctoral Fellowship*, University of Michigan, 2004-2005
- *Honorable Mention*, Poster Presentation, Committee of Affiliates, American Public Health Association Conference, 2003
- *Lucy E. Elliot Scholarship*, University of Michigan, 2003
- *Anna Olcott Smith Fellowship Award*, University of Michigan, 2003
- *Predoctoral Fellowship*, Ruth L. Kirschstein National Service Research Award, National Institute of Mental Health, 2001-2002
- *Debt Management Fellowship for Students in the Helping Professions*, University of Michigan, 2001
- *Irving Zeitz Memorial Fellowship*, University of Michigan, 1999

## PEER REVIEWED PUBLICATIONS
†Student/Trainee Author, ‡ Senior Author

1. **Walsemann, Katrina M.**, Robert A. Hummer, and Mark D. Hayward. in press. "Heterogeneity in educational pathways and the health behavior of U.S. young adults." *Population Research & Policy Review.*

2. †Child, Stephanie, ‡**Katrina M. Walsemann**, Andrew Kaczynski, Nancy Fleischer, and Spencer Moore. in press. "Personal network characteristics and body mass index: The role of education among Black Americans." *Journal of Public Health.*

3. †Osman, Amira, Nihaya Daoud, James F. Thrasher, Bethany A. Bell, and ‡ **Katrina M. Walsemann**. 2017. "Ethnic discrimination and smoking-related outcomes among former and current Arab male smokers in Israel: The buffering effects of social support." *Journal of Immigrant and Minority Health.* doi: 10.1007/s10903-017-0638-9

4. †Parsons, Allison A., **Katrina M. Walsemann**, Sonya J. Jones, Herman Knopf, and Christine E. Blake. 2017. "Parental involvement: Rhetoric of inclusion in an environment of exclusion." *Journal of Contemporary Ethnography.* doi:10.1177/0891241616676874

5. Hartnett, Caroline Sten, Lisa L. Lindley, **Katrina M. Walsemann**, and †Daniela Negaria. 2017. Sexual orientation concordance and (un)happiness about births. *Perspectives on Sexual and Reproductive Health*, 49(4): 213-221. doi:10.1363/psrh.12043

6. **Walsemann, Katrina M**. and Jennifer A. Ailshire. 2017. "Student debt spans generations: Characteristics of parents who borrow to pay for their children's college education." *The Journals of Gerontology, Series B: Social Sciences*, 72(6): 1084-1089. https://doi.org/10.1093/geronb/gbw150

    - Media coverage in *CNBC, Forbes, Market Watch, Post and Courier*

7. **Walsemann, Katrina M.,** Annie Ro, and Gilbert C. Gee. 2017. "Trends in food insecurity among California residents from 2001 to 2011: Inequities at the intersection of immigration status and ethnicity." *Preventive Medicine*, 105: 142-148. https://doi.org/10.1016/j.ypmed.2017.09.007

8. **Walsemann, Katrina M**., Jennifer A. Ailshire, †Calley E. Fisk, and †Lauren L. Brown. 2017. "Do gender and racial/ethnic disparities in sleep duration emerge in early adulthood? Evidence

from a longitudinal study of U.S. adults." *Sleep Medicine*, 36: 133-140. doi: http://dx.doi.org/10.1016/j.sleep.2017.03.031

9. Hassett-Walker, Constance, **Katrina M. Walsemann**, Bethany Bell, †Calley Fisk, Mark Shadden, and Weidan Zhou. 2017. "How does early adulthood arrest alter substance use behavior? Are their differential effects by gender and race/ethnicity?" *Journal of Developmental and Life-Course Criminology,* 3(2): 196-220. doi: 10.1007/s40865-017-0060-y

10. †Jake-Schoffman, Danielle E., Gabrielle Turner-McGrievy, and ‡**Katrina M. Walsemann.** 2017. "Wired: Parent-child relationship quality and recreational media use in a diverse sample of U.S. children and adolescents." *Journal of Children and Media,* 11(3): 347-357. doi:10.1080/17482798.2017.1303523.

11. Hartnett, Caroline Sten, Lisa L. Lindley, and **Katrina M. Walsemann**. 2017. "Congruence across sexual orientation dimensions and risk for unintended pregnancy among adult U.S. women." *Women's Health Issues,* 27(2): 145-151. doi: http://dx.doi.org/10.1016/j.whi.2016.10.010

12. **Walsemann, Katrina M.**, †Stephanie Child, Katherine Heck, Claire Margerison-Zilko, Paula Braveman, Kristen Marchi, and Catherine Cubbin. 2017. "Are the poverty histories of neighborhoods associated with psychosocial well-being among a representative sample of California mothers: An observational study." *Journal of Epidemiology and Community Health,* 71(6): 558-564. doi: http://dx.doi.org/10.1136/jech-2016-207866

13. †Osman, Amira and **Katrina M. Walsemann**. 2017. "Ethnic disparities in the onset and progression of functional limitations among Israeli middle-aged and older adults: Socioeconomic and health-related pathways." *The Journals of Gerontology, Series B: Social Sciences,* 72(1): 140-150.

14. †Parsons, Allison A., **Katrina M. Walsemann**, Sonya J. Jones, Herman Knopf, and Christine E. Blake. 2016. "The influence of dominant obesity discourse on child health narratives." *Critical Public Health,* 26(5): 602-614.

15. Gee, Gilbert C., †Brittany Morey, **Katrina M. Walsemann**, Annie Ro, and David T. Takeuchi. 2016. "Citizenship as privilege and social identity: Implications for psychological distress." *American Behavioral Scientist,* 60(5-6): 680-704.

16. **Walsemann, Katrina M.**, Bridget J. Goosby, and †Deeonna Farr. 2016. "Life course SES and cardiovascular risk: Heterogeneity by race/ethnicity and gender." *Social Science & Medicine,* 152: 147-155.

17. †Hughey, Morgan, ‡**Katrina M. Walsemann**, †Stephanie Child, Julian Reed, and Andrew Kaczynski. 2016. "Using an environmental justice approach to examine the relationships between park availability and quality indicators, neighborhood disadvantage, and racial/ethnic composition." *Landscape and Urban Planning,* 148: 159-169.

18. **Walsemann, Katrina M.**, Jennifer A. Ailshire, and Gilbert C. Gee. 2016. "Student loans, race/ethnicity, and disparities in sleep duration: Evidence from a nationally representative sample of US young adults." *Journal of Epidemiology and Community Health,* 70(1): 42-48.

— Media coverage in *Reuters, Fox News, Philly Voice*

19. Cheadle, Jacob E., **Katrina M. Walsemann**, and Bridget J. Goosby. 2015. "Teen alcohol use and social networks: The contributions of friend influence and friendship selection." *Journal of Alcoholism and Drug Dependence*, 3(5): 224. doi:10.4172/23296488.1000224

20. Lindley, Lisa L. and **Katrina M. Walsemann**. 2015. "Sexual orientation and risk of teen pregnancy among New York City high school students." *American Journal of Public Health*, 105(7): 1379-1386.

    – Media coverage in *Reuters, Reuters UK, The Advocate, New York Daily News, and others*

21. Zajacova, Anna, **Katrina M. Walsemann**, Jennifer B. Dowd. 2015. "The long arm of adolescent health among men and women: Does attained status explain its association with mid-life health?" *Population Research and Policy Review*, 34(1): 19-48.

22. **Walsemann, Katrina M.**, Gilbert C. Gee, and †Danielle Gentile. 2015. "Sick of our loans: Student borrowing and the mental health of US young adults." *Social Science & Medicine*, 124: 85-93.

    – Media coverage in *The Atlantic, US News & World Report, Live Science, New York Magazine, The Kathleen Dunn Show (Wisconsin National Public Radio), The Brian Lehrer Show (CUNY TV)*

23. †Huang, Li-Ling, James F. Thrasher, Yvette Chang, Jiang Yuan, Qiang Li, Geoffrey T. Fong, **Katrina M. Walsemann**, and Daniela B. Friedman. 2015. "Impact of level and type of media channels on knowledge and attitude targeted by 'Giving cigarettes is giving harm' campaign in China." *Tobacco Control*, 24(Suppl 4): iv28-iv34.

24. **Walsemann, Katrina M.**, Lisa L. Lindley, †Danielle Gentile and †Shehan V. Welihindha. 2014. "Educational attainment by life course sexual attraction: Prevalence and correlates in a nationally representative sample of young adults." *Population Research and Policy Review*, 33(4): 579-602.

25. Goosby, Bridget J., †Anna Bellatorre, **Katrina M. Walsemann**, and Jacob E. Cheadle. 2013. "Adolescent loneliness and health in early adulthood." *Sociological Inquiry*, 83(4): 505-536.

26. †Koskan, Alexis M., Daniela B. Friedman, DeAnne K.H. Messias, Heather M. Brandt and **Katrina M. Walsemann**. 2013. "Sustainability of *Promotora* initiatives: Program planners' perspectives." *Journal of Public Health Management and Practice*, 19(5): E1-E9.

27. **Walsemann, Katrina M.**, Gilbert C. Gee, and Annie Ro. 2013. "Educational attainment in the context of social inequality: New directions for research on education and health." *American Behavioral Scientist* 57: 1082-1104.

28. Lindley, Lisa L., **Katrina M. Walsemann** and †Jarvis W. Carter Jr. 2013. "Invisible and at-risk: STDs among young adult sexual minority women in the U.S." *Perspectives on Reproductive and Sexual Health*, 45(2): 66-73.

29. †Koskan, Alexis M., Daniela B. Friedman, Heather M. Brandt, **Katrina M. Walsemann** and DeAnne K.H. Messias. 2013. "Preparing *promotoras* to deliver health programs for Hispanic communities: Training processes and curricula." *Health Promotion Practice*, 14(3): 390-399.

30. †Osman, Amira and **Katrina M. Walsemann**. 2013. "Ethnic disparities in disability among Israeli older adults: The role of socioeconomic disadvantage and traumatic life events." *Journal of Aging and Health* 25(3): 510-531.

31. †Koskan, Alexis M., DeAnne K.H. Messias, Daniela B. Friedman, Heather M. Brandt and **Katrina M. Walsemann**. 2013. "Program planners' perspectives of *promotora* roles, recruitment, selection, and outcomes." *Ethnicity & Health*, 18(3): 262-279.

32. **Walsemann, Katrina M.**, Jennifer A. Ailshire, Bethany A. Bell and Edward A. Frongillo. 2012. "BMI trajectories from adolescence to mid-life: Effects of parental and respondent education by race/ethnicity and gender." *Ethnicity & Health* 17(4): 337-362.

33. Brondolo, Elizabeth, Madeline Libretti, Luis Rivera and **Katrina M. Walsemann**. 2012. "Racism and social capital: The implications for social and physical well-being." *Journal of Social Issues* 68(2): 358-384.

34. Lindley, Lisa L., **Katrina M. Walsemann** and †Jarvis W. Carter Jr. 2012. "The association of sexual orientation measures with young adults' health-related outcomes." *American Journal of Public Health* 102(6): 1177-1185.

35. Gee, Gilbert C., **Katrina M. Walsemann** and Elizabeth Brondolo. 2012. "A life course perspective on how racism may be related to health inequities." *American Journal of Public Health* 102(5): 967-974.

36. **Walsemann, Katrina M.**, Bethany A. Bell and Robert A. Hummer. 2012. "Effects of timing and level of degree attained on depressive symptoms and self-rated health at mid-life." *American Journal of Public Health* 102(3): 557-563.

    − Media coverage in *US News & World Report, Huffington Post*

37. Goosby, Bridget J. and **Katrina M. Walsemann**. 2012. "School racial composition and race/ethnic differences in early adulthood health." *Health and Place* 18(2): 296-304.

38. Probst, Janice C., Jessica Bellinger, **Katrina M. Walsemann**, James Hardin and Sandra H. Glover. 2011. "Higher risk of death in rural blacks and whites than urbanites is related to lower incomes, education, and health coverage." *Health Affairs* 30(10): 1872-1879.

39. **Walsemann, Katrina M.**, Bethany A. Bell and Bridget J. Goosby. 2011. "Effect of school racial composition on trajectories of depressive symptoms from adolescence through early adulthood." *Race and Social Problems* 3(3): 131-145.

40. **Walsemann, Katrina M.**, Bethany A. Bell and †Debeshi Maitra. 2011. "The intersection of school racial composition and student race/ethnicity on adolescent depressive and somatic symptoms." *Social Science & Medicine* 72(11): 1873-1883.

41. **Walsemann, Katrina M.** and Jennifer A. Ailshire. 2011. "BMI trajectories during the transition to older adulthood: Persistent, widening, or diminishing disparities by ethnicity and education?" *Research on Aging* 33(3): 286-311.

42. **Walsemann, Katrina M.** and Bethany A. Bell. 2010. "Integrated schools, segregated curriculum: Effects of within-school segregation on adolescent health behaviors and educational aspirations." *American Journal of Public Health* 100(9): 687-1695.

43. Thrasher, James F., Kamala Swayampakala, Edna Arillo-Santillán, Ernesto Sebrié, **Katrina M. Walsemann** and Matteo Bottai. 2010. "Differential impact of local and federal smoke-free legislation in Mexico: A longitudinal study of campaign exposure, support for smoke-free policies and secondhand smoke exposure among adult smokers." *Salud Publica de Mexico* 52(Suppl 2): s244-s253.

44. Annang, Lucy, **Katrina M. Walsemann,** †Debeshi Maitra and †Jelani Kerr. 2010. "Does education matter? Examining racial differences in the association between education and STI diagnosis among young adult females in the U.S." *Public Health Reports* 125(Suppl 4): 110-121.

45. Gee, Gilbert C., **Katrina M. Walsemann** and David T. Takeuchi. 2010. "English proficiency and language preference: An empirical test of the equivalence of two measures." *American Journal of Public Health* 100(3): 563-569.

46. Gee, Gilbert C. and **Katrina M. Walsemann**. 2009. "Does health predict the reporting of racial discrimination or do reports of discrimination predict health? Findings from the National Longitudinal Study of Youth." *Social Science & Medicine* 68(9): 1676-1684.

47. **Walsemann, Katrina M.**, Gilbert C. Gee and Arline T. Geronimus. 2009. "Ethnic differences in trajectories of depressive symptoms: Disadvantage in family background, high school experiences, and adult characteristics." *Journal of Health and Social Behavior* 50(1): 82-98.

48. **Walsemann, Katrina M.**, Arline T. Geronimus and Gilbert C. Gee. 2008. "Accumulating disadvantage over the life course: Evidence from a longitudinal study investigating the relationship between educational advantages in youth and health in middle-age." *Research on Aging* 30(2): 169-199.

49. **Walsemann, Katrina M.** and Anthony D. Perez. 2006. "Anxiety's relationship to inconsistent use of oral contraceptives." *Health Education and Behavior* 33(2): 197-214.

50. Caldwell, Cleopatra Howard, Joan C. Wright, Marc A. Zimmerman, **Katrina M. Walsemann,** Deborah Williams and Patrick A.C. Isichei. 2004. "Enhancing adolescent health behaviors through strengthening non-resident father-son relationships: A model for intervention with African American families." *Health Education Research: Theory and Practice*, 19: 644-656.

**MANUSCRIPTS SUBMITTED**                                                                 †Student Author

1. †Child, Stephanie, Andrew Kaczynski, **Katrina M. Walsemann**, Nancy Fleischer, Alexander McLain, and Spencer Moore. (under review). "Socioeconomic differences in access to cognitive and network social capital and associations with body mass index among Black Americans."

2. †Kasymova, Salima, **Katrina M. Walsemann**, James F. Thrasher, Gary Barker, and Deborah L. Billings. (under review). Increasing men's involvement in responsible parenthood: National policy in Croatia, India, and Mexico.

3.  Henderson-Platt, Andrea, **Katrina M. Walsemann**, †Calley E. Fisk, and †Adrianne Dues. (under review). "Do poor health behaviors amplify or diminish the association between stress and mental health? An empirical examination of the Environmental Affordance Model.

4.  †Sheehan, Connor M., †Stephen Frochen, **Katrina M. Walsemann**, and Jennifer A. Ailshire. Are U.S. adults sleeping less? Findings from sleep duration trends in the National Health Interview Survey, 2004-2016.

## WHITE PAPERS

**Walsemann, Katrina M**. 2016. "Education and health: Complexities, challenges, and priorities." *Robert Wood Johnson Foundation*. https://healthequity.globalpolicysolutions.org/resources/reports-and-fact-sheets/education-and-health-complexities-challenges-and-priorities/

## RESEARCH GRANTS

2017 – 2018    Principal Investigator. Creating a school quality indicators database to enhance the RWJF County Health Rankings. University of Wisconsin Population Health Institute and The Robert Wood Johnson Foundation (11540-KA62), $99,874.

2016 – 2017    Principal Investigator. Educational pathways and smoking among US young adults: A cohort comparison. Network on Life Course Health Dynamics and Disparities in 21st Century America Pilot Program, National Institute of Aging (R24AG045061), $10,000.

2015 – 2017    Principal Investigator. Making visible that which is hidden: Describing the health of the undocumented immigrant population. Advanced Support for Innovative Research Excellence Program, Office of the Vice President, University of South Carolina, $15,000.

2015 – 2017    Co-Investigator (PI: Caroline Sten Hartnett). Sexual orientation and the risk for unintended pregnancy among US women of reproductive age. Health Resources and Services Administration (R40MC28314-01-00), $100,000.

2015 – 2016    Principal Investigator. Enhancing the prominence of population and health research at the University of South Carolina. Visiting Scholar Program, Provost Office, University of South Carolina, $12,020.

2015           Consultant (PI: Catherine Cubbin). Environmental effects on disparities in smoking and obesity among women. American Cancer Society.

2014 – 2016    Principal Investigator. The health of undocumented immigrants at the intersection of gender and country of origin. Josephine Abney Fellowship for Research in Women's and Gender Studies, University of South Carolina, $5,000.

2013 – 2014    Principal Investigator. Effect of school racial composition on black-white differences in smoking trajectories from adolescence to early adulthood. Supporting Outstanding Academic Research in Oncology at the University of South Carolina, American Cancer Society, $30,000.

| 2013 – 2014 | Principal Investigator. Sick of our loans: Is educational debt bad for students' health? Social Sciences Grant Program, Provost Office, University of South Carolina, $18,860. |
| 2012 – 2016 | Co-Investigator (PI: Constance Hassett-Walker). Effects of criminal justice exposure on youth's substance use trajectories. National Institute of Drug Abuse (1R15DA032875-01), $458,434. |
| 2010 – 2011 | Co-Investigator (PI: Janice C. Probst). Describing temporal trends in HIV Incidence by changes in county-level socio-economic status and demographics. SC Rural Health Research Center Cooperative Agreement (Project 1b). Office of Rural Health Policy, Health Resources and Services Administration (2U1CRH03711), $660,000. |
| 2008 – 2009 | Co-Investigator (PI: Janice C. Probst). Premature Mortality: Potential role of health insurance in moderating race/ethnicity and rural/urban disparities. SC Rural Health Research Center Cooperative Agreement (Project 2). Office of Rural Health Policy, Health Resources and Services Administration (2U1CRH03711-05-00), $659,999. |
| 2008 – 2009 | Principal Investigator. Differentiating patterns of obesity from late adolescence to mid-life. Center for Research in Nutrition and Health Disparities Seed Grant, University of South Carolina, $9,000. |
| 2008 – 2009 | Principal Investigator. Cumulative adversity and racial health disparities: A dynamic model for investigating the relationship between stress and the aging process. Research Opportunity Program, University of South Carolina, $16,555. |
| 2007 – 2008 | Principal Investigator. Still separate and unequal: The impact of school inequality on the mental health and health behaviors of adolescents. Robert Wood Johnson Foundation Health & Society Scholars Program Small Grant, University of Michigan (N008885), $34,753. |

## INVITED PRESENTATIONS & MEDIA

**Walsemann, Katrina M.** Still separate and unequal: How school segregation impacts the health of Black students. Center for the Study of Racism, Social Justice, & Health, *University of California, Los Angeles*, Los Angeles, CA, March 14, 2018.

**Walsemann, Katrina M.** Student debt, parents, and population health: Possible implications of student debt for population health: What do parents have to do with it? *Interdisciplinary Association for Population Health Sciences Blog.* August 14, 2017. https://iaphs.org/student-debt-parents-population-health/

**Walsemann, Katrina M**. Student debt: Not just a millennial problem. *Oxford University Press Blog.* May 16, 2017. https://blog.oup.com/2017/05/student-debt-parents-college-tuition/

**Walsemann, Katrina M.** Educational pathways and the smoking of US young adults: A cohort comparison. *Network on Life Course Health Dynamics and Disparities in 21st Century America,* Chicago, IL, April 30, 2017.

**Walsemann, Katrina M.** Sick of our loans: The health implications of student debt for student and parent borrowers. *Mini-Conference on Health Disparities*, The Annual Meeting of the Southern Sociological Association, Greenville, SC, March 30, 2017.

**Walsemann, Katrina M.**, Annie Ro, and Gilbert C. Gee. Trends in food insecurity among California residents from 2001 to 2011: Inequities at the intersection of immigration status and ethnicity. *Women's and Gender Studies Faculty Affiliate Reception*, University of South Carolina, Columbia, SC, March 27, 2017.

**Walsemann, Katrina M.** A life course approach to understanding population health: The role of social and institutional inequalities. *Duke University*, (Policy induced social determination of public health inequality course; Jay Pearson, Instructor), Durham, NC, November 2016.

**Walsemann, Katrina M.** Education and health: Complexities, challenges, and priorities. *Leveraging the Social Determinants to Build a Culture of Health*, Robert Wood Johnson Foundation and CommonHealth ACTION, Philadelphia, PA, June 1-2, 2016.

**Walsemann, Katrina M.** Don't fight, sleep tight: Marital interactions and sleep quality in a sample of opposite-sex and same-sex couples. *Population Research Center*, University of Texas at Austin, May 2016.

**Walsemann, Katrina M.** Health and social ties, Session Discussant, *Annual Meeting of the Population Association of America*, Washington D.C., April 2016.

Lindley Lisa L. and **Katrina M. Walsemann** (Op-Ed). Why is there an epidemic of pregnancy among queer youth? *The Advocate*. June 3, 2015. http://www.advocate.com/commentary/2015/06/03/op-ed-why-there-epidemic-pregnancy-among-queer-youth?team=social

**Walsemann, Katrina M.** Sick of our loans: Student borrowing and the mental health of U.S. young adults. Borrowing for college: Exploring the connection between student loan debt and health: Public Health Law Series Webinar, Network for Public Health Law, Mid-States Regional Center at the *University of Michigan School of Public Health*, June 25, 2015.

**Walsemann, Katrina M.** Interviewed on CUNY-TV with Brian Lehrer, Public Intellectual Segment, March 25, 2015.

**Walsemann, Katrina M.** Interviewed on the Kathleen Dunn Show (Wisconsin NPR). March 5, 2015. http://www.wpr.org/shows/student-debt-and-mental-health-young-adults

**Walsemann, Katrina M.** Interviewed on 90.7 WFUV with Kris Venezia. February 2015. New York, NY.

**Walsemann, Katrina M.** and Bethany A. Bell. Employing latent growth analyses to describe trajectories of criminal justice involvement from adolescence to early adulthood. *Biostatistics Research Forum*, Arnold School of Public Health, University of South Carolina, April 2014.

**Walsemann, Katrina M.** A life course approach to understanding population health: The role of social and institutional inequalities. *Duke University*, (Policy induced social determination of public health inequality course; Jay Pearson, Instructor), Durham, NC, November 2013.

**Walsemann, Katrina M.** Institutionalized discrimination and minority health. *Minority Health Forum*, Association of Minority Pre-Health Students, University of South Carolina, April 2013.

**Walsemann, Katrina M**. A life course approach to understanding population health: The role of social and institutional inequalities. *American University*, Washington, D.C., January 2013.

**Walsemann, Katrina M**. Demography of Mental Health, Session Discussant, *Annual Meeting of the Population Association of America*, San Francisco, CA, May 2012.

**Walsemann, Katrina M**. Education and Health Behaviors, Session Discussant, *Annual Meeting of the Population Association of America*, San Francisco, CA, May 2012.

**Walsemann, Katrina M**. Theoretically informed statistics: Moderators or merely interactions? *University of South Carolina's College of Education*, Columbia, SC, November 2011.

**Walsemann, Katrina M.**, Bethany A. Bell and Robert A. Hummer. Effects of timing and level of degree attainment on depressive symptoms and self-rated health at mid-life. *University of Michigan's Population Studies Center 50th Reunion*, Ann Arbor, MI, October 2011.

**Walsemann, Katrina M**. Why does education matter for health and racial health disparities? A life course perspective. *College of Pharmacy Summer Lecture Series*, Columbia, SC, August 2011.

**Walsemann, Katrina M**. The effects of childhood and adult socio-economic factors on BMI trajectories from late adolescence to mid-life: A life course perspective, *Center for Research in Nutrition and Health Disparities Lecture Series*, Columbia, SC, March 2010.

Gee, Gilbert C. and **Katrina M. Walsemann**. Does health predict the reporting of racial discrimination or do reports of discrimination predict health? Findings from the National Longitudinal Study of Youth, *UCLA Health Policy Center*, May 28, 2008.

**Walsemann, Katrina M**. Improving, worsening, or static? Trends in health among the middle-aged. Invited Presentation, *TRENDS Network Meeting*, Ann Arbor, MI, November 2007.

Long, Qi, Roderick J. Little and Xihong Lin. Causal inference in hybrid intervention trials involving treatment choice. Discussants: Mitchell, Colter and **Katrina M. Walsemann**. *American Sociological Association Methodology Conference*, University of Michigan, Ann Arbor, MI, April 2004.

CONTRIBUTED PRESENTATIONS                    †Student/Trainee Author, Presenter underlined

†<u>Child Stephanie</u>, Andrew T. Kaczynski, **Katrina M. Walsemann**, Nancy Fleischer, Spencer Moore, and Alexander McLain. Personal network characteristics of Black Americans: Association with body mass index and role education. American Public Health Association Annual Meeting, Atlanta, GA. November 4-8, 2017. *Honorable Mention, Betty J. Cleckley Minority Research Award.

<u>**Walsemann, Katrina M.**</u>, Annie Ro, and Gilbert C. Gee. Trends in food insecurity among California residents from 2001 to 2011: Inequities at the intersection of immigration status and ethnicity. *Interdisciplinary Association for Population Health Science*, Austin, TX, October 2-4, 2017.

<u>Hartnett, Caroline Sten</u>, **Katrina M. Walsemann**, and Lisa L. Lindley. Sexual orientation concordance and (un)happiness about births. *Population Association of America*, Paper Session *Sexual Identity, Behavior, and Health*. Chicago, IL, April 29, 2017.

**Walsemann, Katrina M.**, Robert A. Hummer, and Mark D. Hayward. Educational pathways and the smoking and binge drinking behavior of U.S. young adults. *Population Association of America*, Paper Session *Socioeconomic Determinants of Health Behaviors*, Chicago, IL, April 27, 2017.

**Walsemann, Katrina M.** and Jennifer A. Ailshire. Student debt spans generations: Characteristics of parents who borrow to pay for their children's college education. *Population Association of America*, Paper Session *Families and Economic Circumstances*, Chicago, IL, April 29, 2017.

Gee, Gilbert C., Brittany Morey, **Katrina M. Walsemann**, Annie Ro, and David Takeuchi. Citizenship as privilege and social identity: Implications for psychological distress. *American Public Health Association Annual Meeting*, Poster Session 4072, Denver, CO, November 1, 2016.

Lindley, Lisa L., **Katrina M. Walsemann**, and Erica Street. HIV sexual risk factors among heterosexual and bisexual black women aged 18-44 years in the US: Results from the National Survey of Family Growth, 2006-2013. *The 2016 National STD Prevention Conference*, Atlanta, GA, September 21, 2016.

Hartnett, Caroline Sten, Lisa L. Lindley, and **Katrina M. Walsemann**. Unintended pregnancy among sexual minority women in the US: Results from the 2006-2013 National Survey of Family Growth. *67th Annual Meeting of the Society for Public Health Education (SOPHE)*, Charlotte, North Carolina, March 30 – April 1, 2016.

**Walsemann, Katrina M.**, †Stephanie Child, Katherine Heck, Claire Margerison-Zilko, Paula Braveman, Kristen Marchi, and Catherine Cubbin. Neighborhood poverty histories and psychosocial health: The Geographic Research on Wellbeing (GROW) study. *Population Association of America*, Poster Session, Washington DC, March 31 – April 2, 2016.

Ailshire, Jennifer A. and **Katrina M. Walsemann**. Sleep quality among older adults in Ireland and the United States: A comparison of two longitudinal studies of aging. *Society for Longitudinal and Life Course Studies Annual Conference*, Dublin, Ireland, October 18-21, 2015.

**Walsemann, Katrina M.** and Jennifer A. Ailshire. Are young adults losing out on sleep? Changes in sleep duration in a U.S. population-based study. *Society for Longitudinal and Life Course Studies Annual Conference*, Dublin, Ireland, October 18-21, 2015.

†Hughey, Sarah M., **Katrina M. Walsemann**, Stephanie Child, and Andrew T. Kaczynski. Quality matters: Examining the relationship between neighborhood socioeconomic disadvantage and park availability and quality in a semi-urban County in the southeastern United States. *The International Society of Behavioral Nutrition and Physical Activity Annual Meeting*, Edinburgh, Scotland, June 3-6, 2015.

**Walsemann, Katrina M.**, Bridget J. Goosby, and †Deeonna Farr. Life course SES and cardiovascular risk: Heterogeneity across race/ethnicity and by gender. *Population Association of America*, Session 954 *Connecting Exposures and Outcomes Across the Life Course*, San Diego, CA, May 2015.

Hartnett, Caroline Sten, **Katrina M. Walsemann**, and Lisa L. Lindley. Unintended pregnancy among sexual minority women in the U.S. *Population Association of America*, Session 415 *Health of Sexual Minorities*, San Diego, CA, May 2015.

Henderson, Andrea K., **Katrina M. Walsemann**, Adrianne Dues, and Calley Fisk. Do poor health behaviors amplify or diminish the association between stress and mental health? An empirical examination of the Environmental Affordance Model. *Population Association of America*, Poster Session, San Diego, CA, May 2015.

**Walsemann, Katrina M.**, Gilbert C. Gee, and †Danielle Gentile. Sick of our loans: Student borrowing and the health of young adults. *Population Association of America,* Session 74 *Education, Health, and Mortality: Pathways and Mechanisms,* Boston, MA, May 2014.

†Skalamera, Julie M., Robert A. Hummer, **Katrina M. Walsemann**, and †Melissa Humphries**.** Highest earned degree, education in years, and health behavior among U.S. young adults. *Population Association of America,* Poster Session, Boston, MA, May 2014.

†Schoffman, Danielle and **Katrina M. Walsemann**. The effect of mother-daughter relationship quality, adolescent depression and race on the physical activity trajectories of young women from adolescence to early adulthood. *The Obesity Society*, Atlanta, Georgia, November 2013.

**Walsemann, Katrina M.**, Bridget J. Goosby, and †Deeonna Farr. Is social origin destiny? Social mobility and cardiovascular risk among US young adults. *Society for Longitudinal and Life Course Studies Annual Conference*, Amsterdam, Netherlands, September 2013.

Hasset-Walker, Constance, **Katrina M. Walsemann**, Bethany A. Bell, and Gilbert C. Gee. Effects of criminal justice system exposure on youth's substance use trajectories. *Kean University Research Day*, Hillside, New Jersey, April 2013.

†Osman, Amira and **Katrina M. Walsemann**. Functional limitations among middle-aged and older Israeli adults: The effect of education versus income on onset and progression. *Graduate Student Day*, University of South Carolina, Columbia, SC, April 2013.

†Schoffman, Danielle and **Katina M. Walsemann.** The power of the mother-daughter bond: Relationship quality, depression, and racial disparities in the physical activity trajectories of young women from adolescence to early adulthood. *2013 James E. Clyburn Health Disparities Lecture.* Columbia, SC, April 2013. *\*James E. Clyburn Poster Display Award.*

**Walsemann, Katrina M.**, Lisa L. Lindley, †Danielle Gentile and †Shehan V. Welihindha. Educational attainment by life course sexual attraction: Prevalence and correlates in a nationally representative sample of young adults. *Annual Meeting of the Population Association of America.* New Orleans, LA, April 2013.

Zajacova, Anna, **Katrina M. Walsemann**, and Jennifer Dowd. Adolescent health and its effects on educational attainment: Evidence from two nationally representative longitudinal studies (NLSY79 and NLSY97). *Annual Meeting of the Population Association of America.* New Orleans, LA, April 2013.

Zajacova, Anna and **Katrina M. Walsemann**. Adolescent health and educational attainment: An examination of reverse causality. Discovery Exchange Session. *Gerontological Society of America*, San Diego, CA, November 2012.

†Osman, Amira and **Katrina M. Walsemann**. Ethnic disparities in disability among Israeli middle-aged and older adults: The role of socioeconomic disadvantage and lifetime adversity. *American Public Health Association Annual Conference,* San Francisco, CA, October 2012.

†Koskan, Alexis M., Daniela B. Friedman, DeAnne K.H. Messias, Heather M. Brandt and **Katrina M. Walsemann.** Sustaining community health programs delivered by promotores de salud: Program planners' perspectives and experiences. *American Public Health Association Annual Conference*, San Francisco, CA, October 2012.

Lindley, Lisa L., **Katrina M. Walsemann** and Deborah Billings. Invisible and at-risk: Teen pregnancy among sexual minority high school students in New York City. *American Public Health Association Annual Conference*, San Francisco, CA, October 2012.

†Osman, Amira and **Katrina M. Walsemann**. Ethnic disparities in disability among Israeli older adults: The role of socioeconomic disadvantage and lifetime adversity. *SHARE Users' Conference*, Venice, Italy, June 2012.

Lindley, Lisa L., **Katrina M. Walsemann** and †Jarvis W. Carter. STIs among young adult females in the US: Does sexual identity make a difference? *American Public Health Association Annual Conference*, Washington DC, November 2011.

†Osman, Amira and **Katrina M. Walsemann**. Ethnic differences in disability among Israeli women: The role of lifetime adversity and socioeconomic disadvantage. *2011 Carolina Women's Health Research Forum*, Columbia, SC, November 2011.

**Walsemann, Katrina M.**, Bethany A. Bell and Robert A. Hummer. Effects of timing and level of degree attainment on depressive symptoms and self-rated health at mid-life, *Annual Meeting of the Population Association of America*, Washington D.C., April 2011.

Probst, Janice C., **Katrina M. Walsemann**, Jessica D. Bellinger and James Hardin. Racial disparities in mortality among middle aged adults in the United States: Is health insurance the solution? *American Public Health Association Annual Conference*, Denver, CO, November 2010.

**Walsemann, Katrina M.**, Bethany A. Bell and †Debeshi Maitra. The intersection of school racial/ethnic composition and student race/ethnicity on adolescent depressive and somatic symptoms, *Annual Meeting of the Population Association of America*, Dallas, TX, April 2010.

Probst, Janice C., **Walsemann, Katrina M.**, Jessica D. Bellinger and James Hardin. Effects of lack of insurance on mortality among rural working-age adults, *15th Annual Rural Multiracial and Multicultural Health Conference*, Memphis, TN, December 2009.

Probst, Janice C., **Walsemann, Katrina M.**, Jessica D. Bellinger and James Hardin. Dying for [no] coverage: Effects of lack of insurance on mortality among working-age adults, *American Public Health Association Annual Conference*, Philadelphia, PA, November 2009.

Annang, Lucy, **Katrina M. Walsemann,** †Debeshi Maitra and †Jelani Kerr. Does education matter? Examining racial differences in the association between education and STI diagnosis among young adult females in the U.S. *American Public Health Association Annual Conference*, Philadelphia, PA, November 2009.

Probst, Janice C., **Walsemann, Katrina M.**, Jessica D. Bellinger and James Hardin. Dying for [no] coverage: Effects of lack of insurance on mortality among working-age adults, *2009 Social Determinants of Health: Framing the Issues, The James E. Clyburn Health Disparities Lecture Series*, Columbia, SC, April 2009.

†<u>Maitra, Debeshi</u>, Annang, Lucy and **Katrina M. Walsemann**. Racial differences in the relationship between education and STI diagnosis among young adult females, *2008 Carolina Women's Health Research Forum*, Columbia, SC, October 2008. Awarded <u>Best Student Poster</u>.

**Walsemann, Katrina M.**, Gilbert C. Gee and Arline T. Geronimus. Ethnic differences in trajectories of depressive symptoms: Disadvantage in family background, high school experiences, and adult characteristics, *Annual Meeting of the Population Association of America*, New Orleans, LA, April 2008.

<u>Heron, Melonie</u>, **Katrina M. Walsemann** and Robert F. Schoeni. Adaptation and immigrant-native disparities in obesity among older Americans, *Annual Meeting of the Population Association of America*, New York, NY, March 2007.

**Walsemann, Katrina M**., Arline T. Geronimus and Gilbert C. Gee. Accumulating disadvantage: Evidence from a longitudinal study investigating the relationship between educational advantages in youth and health in middle-age, *NIH Conference on Understanding and Reducing Health Disparities Contributions from the Behavioral and Social Sciences*, Bethesda, October 2006.

**Walsemann, Katrina M.** and Anthony D. Perez. Anxiety's relationship to inconsistent use of oral contraceptives, *American Public Health Association Annual Conference*, San Francisco, November 2003.

| TEACHING | † Graduate Course ‡ Undergraduate Course |
| --- | --- |

<u>University of South Carolina</u>, Columbia, SC
> Doctoral Professionalization Seminar, 2016 †
> Theory Driven Data Analysis, 2013-2014, 2016-2018 †
> Socio-Cultural Perspectives on Population Health, 2009-2017 †
> Health Promotion Research Methods, 2008-2012 †
> Education & Social Inequality: A Public Health Perspective, 2008 †

<u>University of Michigan</u>, Ann Arbor, MI
> Lecturer
>> Techniques of Survey Research, 2007 †
> Graduate Student Instructor
>> The Detroit Area Study, 2004 †
>> Media Impact on Knowledge, Attitudes, and Behavior, 2003-2004 ‡
>> Women's Reproductive Health, 2003 ‡
>> Social Psychology, 2000 ‡
> Instructional Assistant
>> Techniques of Survey Research †
>> Program Evaluation in Health Education †
>> Psychosocial Factors in Health-Related Behavior †

## MENTORING

| Student | Degree | Program | Role | Completion Year |
|---------|--------|---------|------|-----------------|
| Adrianne Dues | PhD | SOCY | Co-Chair | in progress |
| Adrian Neely | PhD | EDUC | HPRS Mentor | in progress |
| Catherine Duarte | PhD | EPID | HPRS Mentor | in progress |
| Alexandrea Golden | PhD | PSYC | Committee Member | in progress |
| Kaleea Lewis | PhD | HPEB | Committee Member | in progress |
| Samantha Yaussy | PhD | ANTH | Committee Member | in progress |
| Salima Kasymova | PhD | HPEB | Chair | 2017 |
| Mia Brantley | MS | SOCY | Committee Member | 2017 |
| Kim Luk | ---- | PMRP | Research Supervisor | 2017 |
| Stephanie Child | PhD | HPEB | Committee Member | 2016 |
| Calley Fisk | MS | SOCY | Committee Member | 2016 |
| Amira Osman | PhD | HPEB | Chair | 2015 |
| Allison Parsons | PhD | HPEB | Committee Member | 2015 |
| Liling Huang | PhD | HPEB | Committee Member | 2013 |
| Holly Harring | PhD | HPEB | Chair | 2011 |
| Alexis Koskan | PhD | HPEB | Committee Member | 2011 |
| Alissa Theburge | MPH | HPEB | Practicum Advisor | 2011 |

HPEB: Health Promotion, Education, & Behavior; ANTH: Anthropology; PMRP: Preventive Medicine Residency Program; PSYC: Psychology; SOCY: Sociology; EPID: Epidemiology, UC Berkeley, RWJF Health Policy Research Scholar, EDUC: Education, Georgia State University, RWJF Health Policy Research Scholar

## UNIVERSITY SERVICE

### University of South Carolina

| | |
|---|---|
| 2018 | Chair, T&P Annual Review Committee Panel for HPEB (School) |
| 2015 – | Chair, Undergraduate Teaching Committee (Department) |
| 2015 | Undergraduate Advisory Committee, Arnold School of Public Health |
| 2014 – | Center for Research in Nutrition and Health Disparities Steering Committee |
| 2013 – 2015 | Health Promotion, Education, and Behavior Departmental Chair Search Committee |
| 2013 – 2014 | Chair, HPEB Faculty Search Committee (Latino Health Disparities) |
| 2013 | Scientific Committee, Carolina's Women's Health Research Forum |
| 2011 – 2013 | HPEB Faculty Search Committee (Social Determinants of Health) |
| 2010 | Judge, Discovery Day Undergraduate Research Presentations |
| 2010 – 2011 | Health Services, Policy, and Management Faculty Search Committee |
| 2010 – | Doctoral Qualifying Exam Committee (Department) |
| 2009 – | Chair, Scholarships and Awards Committee (Department) |
| 2009 – 2011 | Arnold School of Public Health Computer Lab Advisory Committee |
| 2009 – 2010 | Health Services, Policy, and Management Faculty Search Committee |
| 2008 – | Doctoral Committee (Department) |
| 2008 | Doctoral Qualifying Exam Committee (Department) |
| 2008 | Ad Hoc Masters Admissions Committee (Department) |
| 2007 – 2009 | Faculty Senator |
| 2007 – 2008 | Health Disparities Conference Proposal Planning Committee |
| 2007 – 2009 | Scholarships and Awards Committee |

University of Michigan
2002 – 2003    Doctoral Student Representative
2001 – 2002    Doctoral Student Chair, Doctoral Student Committee
2000 – 2001    Doctoral Student Co-Chair, Doctoral Student Committee

## GRANT REVIEWER

| | |
|---|---|
| 2017 | Advanced Support for Innovative Research Excellence Program (ASPIRE) Tracks III & IV, Office of the Vice President for Research, University of South Carolina |
| 2016 | Social Sciences Grant Program, Office of the Provost, University of South Carolina |
| 2009 | National Institutes of Health, NIH Challenge Grant Editorial Panels 3 & 26, Stage 1 |

## EDITORIAL SERVICE

| | |
|---|---|
| 2018 – | Editorial Board Member, *Social Science & Medicine* |
| 2014 – 2016 | Associate Editor, *Journal of Health and Social Behavior* |

## AD-HOC JOURNAL REVIEWER

| | |
|---|---|
| *American Journal of Public Health* | *Journal of Health and Social Behavior* |
| *American Sociological Review* | *PLOS ONE* |
| *Annals of Epidemiology* | *Population Research and Policy Review* |
| *Demography* | *Race and Social Problems* |
| *Ethnicity & Health* | *Social Currents* |
| *Ethnic & Racial Studies* | *Social Forces* |
| *European Journal of Population* | *Social Science & Medicine* |
| *Health and Place* | *SSM: Population Health* |
| *Journal of Aging and Health* | *Social Problems* |
| *Journal of Gerontology: Social Sciences* | *Sociological Spectrum* |

## PROFESSIONAL MEMBERSHIPS

Interdisciplinary Association for Population Health Sciences (IAPHS)
Population Association of America (PAA)

## OTHER PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 2018 | Applicant Reviewer, Health Policy Research Scholars, *Robert Wood Johnson Foundation* |
| 2018 – | Mentor, Health Policy Research Scholars, *Robert Wood Johnson Foundation* |
| 2017 – 2018 | Member, Program Committee, *Interdisciplinary Association for Population Health Sciences Conference,* October 3-5, 2018, Washington, DC |
| 2017 | Invited Participant, Achieving Health Equity: The Impact of the Social Determinants of Housing, Education, and Employment on Health Inequities, Sponsored by *The Robert Wood Johnson Foundation, Duke University, and the Behavioral Science & Policy Association,* October 30, Durham, NC. |
| 2017 | Mentor Participant, Career Mentoring Lunch, *Annual Meeting of the Population Association of America,* Chicago, IL. |
| 2017 | Poster Judge, *Annual Meeting of the Population Association of America,* Session P5: Aging, Gender, Race, and Ethnicity, Chicago, IL. |

| 2016 | Participant, Leveraging the Social Determinants to Build a Culture of Health, *Robert Wood Johnson Foundation*, Philadelphia, PA. |
|------|------|
| 2016 | Organizer and Session Chair, Methodological Issues in Race, Ethnicity, Gender, and Sexuality Session, *Annual Meeting of the Population Association of America*, Washington D.C., April 2016. |
| 2014 | Chair, Education, Health, and Mortality: Causality Issues, Session 225, *Annual Meeting of the Population Association of America*, Boston, MA. |
| 2012 | Poster Judge, *Annual Meeting of the Population Association of America*, San Francisco, CA. |
| 2012 | Co-organizer (with Bridget Goosby), Demography of Mental Health Session, *Annual Meeting of the Population Association of America*, San Francisco, CA. |
| 2011 | Master Student Research Award Subcommittee, Aging & Public Health Section, *American Public Health Association*. |
| 2009 | Data Integration Workgroup, State Alliance for Adolescent Sexual Health (SAASH). |
| 2009 | Expert Reviewer, Colorectal Cancer Survey, Community-Based Colorectal Cancer Prevention in South Carolina. |

Exhibit 2

## Report of Katrina Walsemann, Ph.D, MPH

## THE IMPACT OF STUDENT LOAN DEBT

Consumer debt is correlated with several negative outcomes. Student loans are a unique form of debt in that they come with obligations for repayment that are difficult to discharge even in standard bankruptcy filings. Accordingly, student loan debt appears to be associated with enhanced harms as compared to other consumer debt, including mortgages and credit card debt.

My review of the literature and my own research has shown a correlation between student debt and negative mental health outcomes and between student debt and decreased sleep for borrowers of color. The research also shows that individuals with student loan debt may suffer from significant lost wealth over their lifetime.

### Student Debt and Mental Health

One body of literature documents a strong and persistent link between financial strain, the psychosocial stress related to financial strain, and mental health. *See* Ferraro, K.F., Su, Y.P., *Financial strain, social relations, and psychological distress among older people: a cross-cultural analysis*. J. Gerontol Ser. B Psychol. Sci. Soc. Sci. 54B, S3-S15 (1999); Kahn, J.R., Pearlin, L.I., 2006. *Financial strain over the life course and health among older adults*. J. Health Soc. Behav. 47 (1), 17-31; Selenko, E., Batinic, B. Beyond debt. *A moderator analysis of the relationship between perceived financial strain and mental health*. Soc. Sci. Med. 73 (12), 1725-1732 (2011).

For example, financial strain and general consumer debt are associated with higher levels of depressive symptoms, psychological functioning, anxiety, and psychological distress. (Ferraro and Su, 1999); (Kahn and Pearlin, 2006); (Selenko and Batinic, 2011); *see also*. Brown, S., Taylor, K., Wheatley Price, S., *Debt and distress: evaluating the psychological cost of credit*. J. Econ.

EXHIBIT 2 TO DECLARATION OF PROFESSOR KATRINA WALSEMANN, PHD, MPH, IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIONINJUNCTION
Case No. 17-cv-07210-SK

Psychol. 26 (5), 642-663 (2005); Cooke, R., Barkham, M., Audin, K., Bradley, M., Davy, J.,. *Student debt and its relation to student mental health.* J. Furth. High. Educ. 28 (1), 53-66 (2004); Drentea, P., *Age, debt and anxiety,* J. Health Soc. Behav. 41 (4), 437-450 (2000); Jenkins, R.,Bhugra, D., Bebbington, P., Brugha, T., Farrell, M., Coid, J., et al.Meltzer, H., *Debt, income and mental disorder in the general population*, Psychol. Med. 38 (10), 1485-1493 (2008); (Selenko and Batinic 2011). Studies have found that the association between consumer debt and mental health is stronger than the association between socio-economic position and mental health.

The emerging research on student debt is consistent with these findings. Students may experience poorer mental health as they obtain the loans during school and during the repayment period after graduation.

In my own work examining the association between the cumulative amount of student loans borrowed and psychological functioning, I employed multivariable linear regression to show that higher student loan debt is associated with poorer psychological functioning. (Sick of our loans). The association exists both for the cumulative amount of student loans borrowed across the course of schooling and for the yearly amount of student loans borrowed while enrolled in college.

The negative psychological functioning can manifest in several ways. These include stress, depressive symptoms, anxiety, feelings of sadness, long-term behavioral health developments, and other forms of psychological distress.

### Student Debt and Physical Health

The literature also documents the adverse physical health outcomes that are associated with significant consumer debt. Most notably, increased consumer debt is correlated with decreased duration and quality of sleep. Inadequate and poor sleep, in turn, is associated with many physical

health problems, including obesity, cardiovascular disease, and premature mortality. Tsuno N, Besset A, Ritchie K. *Sleep and depression.* J Clin Psychiatry, 66: 1254–69 (2005); Cappuccio FP, Cooper D, D'Elia L, et al. *Sleep duration predicts cardiovascular outcomes: a systematic review and meta-analysis of prospective studies.* Eur Heart J, 1:32:1484–92 (2011). 9 Cappuccio FP, D'Elia L, Strazzullo P, et al. *Sleep duration and all-cause mortality: a systematic review and meta-analysis of prospective studies.* Sleep 33:585–92 (2010).

In my own work, I have examined the relationship between increased student loan debt and sleep duration. (Student loans and racial disparities) Employing multivariable linear regression, we found that student loans are associated with shorter sleep duration among black US young adults. This correlation held after adjusting for socioeconomic and sociodemographic factors. Financial strain from student borrowing may be worse for black individuals because they have less earning potential at the equivalent amount of education, acquire less wealth at equivalent levels of education, and are exposed to more psychological stressors than white individuals, including discrimination and harassment.

### Student Debt and Life Choices & Opportunities

The literature also shows a relationship between student loan debt, individual decision-making about careers, marriage, and family formation, and wealth accumulation. Specifically, the literature shows that individuals may forgo certain opportunities and/or make less optimal decisions because of their student loan debt. The literature also shows that individuals lose substantial wealth opportunities, notably in the form of home equity and retirement savings because of student loan debt.

EXHIBIT 2 TO DECLARATION OF PROFESSOR KATRINA WALSEMANN, PHD, MPH, IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINIARY INJUNCTIONINJUNCTION
Case No. 17-cv-07210-SK

For instance, during the life of a student loan, an individual with higher student debt is more likely to forgo home ownership than a comparable individual without student loan debt. Andrew, M., *The changing route to owner occupation: the impact of student debt.*, Hous. Stud. 25(1), 39-62 (2009). Similarly, an individual with student loan debt may choose to work in specific jobs (such as a lawyer at a private firm rather than a public interest organization) because of their student loans. *Id*; Rothstein, J., Rouse, C.E. *Constrained after college: student loans and early career occupational choices.* J. Public Econ. 95 (1-2), 149-163 (2011); Schrag, P. *Federal student loan repayment assistance for public interest lawyers and other employees of governments and nonprofit organizations.* Hofstra Law Rev. 36 (1), 27-63 (2007).

Student loans may also cause some individuals to delay marriage or parenthood because of the debt. One study found that for every $10,000 in student loans borrowed, the probability of marriage decreased by 11-17% among young adults. Gicheva, D., *In Debt and Alone? Examining the Causal Link between Student Loans and Marriage*, University of North Carolina at Greensboro (2012) Retrieved from: http://www.uncg.edu/bae/people/gicheva/ MBA_loans_marriage May12.pdf.

Further, an individual with student loan debt is likely to lose out on opportunities to accumulate wealth. For instance, one study has found that households with an average student debt burden experienced a lifetime wealth loss of nearly $208,000 compared to households without student debt. This is largely the result of a decreased ability to put money into retirement savings or invest in a home during the life of the loan. The impact may be even greater for students from low income families, students of color, and students who attended for-profit schools. *See*

EXHIBIT 2 TO DECLARATION OF PROFESSOR KATRINA WALSEMANN, PHD, MPH, IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIONINJUNCTION
Case No. 17-cv-07210-SK

Hiltonsmith, R., *At What Cost? How Student Debt Reduces Lifetime Wealth*, Demos (2013), retrieved from: http://www.demos.org/sites/default/files/imce/AtWhatCostFinal.pdf.

**THE IMPACT OF THE GOVERNMENT'S DELAY IN PROCESSING CLAIMS UNDER THE COINRTHIAN JOB PLACEMENT RATE RULE AND ITS APPLICATION OF THE AVERAGE EARNINGS RULE**

I have reviewed Plaintiffs allegations in their motion for a preliminary injunction. *See* ECF No. 35. I would hypothesize that the mere existence of the student loan debt for these individuals would be associated with the various types of harms discussed. The confusion and uncertainty stemming from the Department's delay could compound these various harms.

Specifically, I would anticipate that individuals who are awaiting loan discharge under the Corinthian Job Placement Rate Rule would feel an acute sense of anxiety and/or psychological stressors because of that delay. Indeed, since the Department reached out to them with the promise of streamlined relief, I would anticipate that the stress caused by the debt itself would be worsened by the uncertainty and confusion caused by the Department's delay in discharging the debt.

I would also anticipate that students of color could suffer more acutely from the delay in receiving relief under the Corinthian Job Placement Rate Rule. This would increase the risk of the various physical harms referenced above.

The various harms I discussed regarding lost opportunities and wealth would likely exist during the entire time that the Department delayed application of the Corinthian Job Placement Rate Rule. In particular, the research suggests that class members would likely delay making significant purchases, taking out additional money for schooling, or taking certain jobs, on account of both the lingering debt and the uncertainty of when or whether it would be discharged.

EXHIBIT 2 TO DECLARATION OF PROFESSOR KATRINA WALSEMANN, PHD, MPH, IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIONINJUNCTION
Case No. 17-cv-07210-SK

I would also anticipate that the uncertainty of the loan obligation could cause class members to divert their income to pay for the loans during litigation rather than use their income to invest in their financial future. I would anticipate that this would occur during the entire duration of the Department's delay in applying the Corinthian Job Placement Rate Rule.

I would also anticipate that class members would suffer long-term lost wealth, including possible lost home equity if they elect not to purchase a home during litigation as well as lost retirement savings on account of the Department's delay. Even if these individuals ultimately get a full loan discharge, their inability to make financial decisions or investments during the Department's delay would lead delayed accumulation of wealth.

I would expect that the Department's application of the Average Earnings Rule would also be linked to these various harms. If the Department is telling individuals that they have to pay a portion of fraudulently induced loans, this may impact their psychological and physical health. I would anticipate that these harms could be exacerbated given the lack of any return on the student's investment in the loans.

I would also anticipate that if an individual is asked to pay back loans on an education that has yielded no investment, then the individual is not obtaining the economic return on the investment that she made. Such an individual would likely have to divert some of her income to pay back the loans. Application of the Average Earnings Rule would likely cause some class members to put money toward the invalid debt instead of putting money into savings, buying a home, or furthering one's education.

EXHIBIT 2 TO DECLARATION OF PROFESSOR KATRINA WALSEMANN, PHD, MPH, IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIONINJUNCTION
Case No. 17-cv-07210-SK