NOAH ZINNER (SBN 247581)
nzinner@heraca.org
MEGUMI TSUTSUI (SBN 299294)
mtsutsui@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case Number: C 17-cv-07210-SK

MARTIN CALVILLO MANRIQUEZ, JAMAL CORNELIUS, RTHWAN DOBASHI, and JENNIFER CRAIG on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ELISABETH DEVOS, in her official

**DECLARATION OF PROFESSOR DORA GICHEVA, PHD, IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

capacity as Secretary of the United States )
Department of Education, )
)
And )
)
THE UNITED STATES DEPARTMENT OF )
EDUCATION, )
)
        *Defendants.* )
)
)
)

I, Dora Gicheva, declare as follows:

1. I am an Assistant Professor of Economics at the University of North Carolina at Greensboro. I have knowledge of the matters stated in this declaration and have collected and cite to relevant literature concerning the issues that arise in this litigation.

2. I submit this declaration to detail some of the irreparable harms that the Department of Education ("Department") is likely causing through its delay in processing class members' claims under the Corinthian Job Placement Rate Rule and its decision to partially deny claims under the Average Earnings Rule.

3. I submit this declaration at the request of counsel for Plaintiffs as an expert in connection with the above-captioned litigation, but I am not being compensated for this work.

**PROFESSIONAL BACKGROUND**

4. In 2004, I obtained my BA in mathematics and economics from Colgate University, where I was named salutatorian and graduated with honors. I received MA and MPhil

degrees in economics from Yale University in 2006 and 2007, respectively, and earned a PhD from Yale in 2010. Upon completing my PhD, I joined the Department of Economics at the University of North Carolina at Greensboro, where I have served as an assistant professor of economics since 2010. I was also the President of the Phi Beta Kappa Epsilon Chapter of North Carolina from January 2016 to December 2017, and currently serve as Treasurer. A true and correct copy of my Curriculum Vitae is attached hereto as **Exhibit 1.**

5. I have conducted research that seeks to understand the ways in which students pay for higher education and how government policies related to higher education financing can impact educational outcomes. I also study the career success of broad groups of workers, for example, young professionals or women.

6. I have authored or co-authored nine peer-reviewed academic articles. These include: *Student Loans or Marriage? A Look at the Highly Educated*, 53 Econ. Educ. Rev. 207 (2016); and *Worker Mobility, Employer-Provided General Training, and the Choice of Graduate Education*, 19 Lab. Econ. 232 (2012). With my co-author Jeffrey Thompson, I also published *The Effect of Student Loans on Long-Term Outcomes*, in *Student Loans and the Dynamics of Debt* (Brad Hershbein & Kevin Hollenbeck eds. 2014). Gicheva Ex. 1.

7. I have given a number of presentations related to my research on the long-run effects of student loan debt. I have spoken at symposia including: the Consumer Research Symposium held by the Federal Deposit Insurance Corporation in Arlington, VA (October 17, 2014); the Conference on Student Loans at the University of Michigan's

Gerald R. Ford School of Public Policy in Ann Arbor, MI (October 26, 2013); the Annual Conference of the Southern Economic Association in Washington, DC (November 21, 2011); and the Annual Meeting of the Midwest Economics Association in St. Louis, MO (March 19, 2011). *See id.*

8. I have served as a reviewer for a number of peer-reviewed journals, including: the *American Economic Review*, the *Journal of Labor Economics*, and the *Quarterly Journal of Economics*. *Id.*

## THE IMPACT OF STUDENT LOAN DEBT

9. I observe that students who borrow to pay for schooling tend to behave differently than those who finance their education in other ways. These effects extend to the borrowers' financial health as well as their personal and professional outcomes. Many student borrowers take on debts at a young age, a time when they are also making personal and career decisions that will affect them over the rest of their lives.

10. Individuals who overestimate the value that they will receive from their education and/or underestimate the likelihood that they will drop out of their programs may borrow inefficiently high levels of student loans. *See* Christopher Avery & Sarah Turner, *Student Loans: Do College Students Borrow Too Much—Or Not Enough?*, 26 J. Econ. Persp. 165, 188–89 (2012).

*Student Debt Can Cause Financial Instability*

11. Economists, including myself, have found evidence of a negative relationship between student debt and household financial stability.

12. For example, two researchers, then at the Federal Reserve Bank of New York, demonstrated that between 2008 and 2012, the rate of home ownership fell faster among student loan borrowers than among similarly aged individuals without student loans. Meta Brown & Sydnee Caldwell, *Young Student Loan Borrowers Retreat from Housing and Auto Markets*, Liberty Street Economics (April 17, 2013), http://libertystreeteconomics.newyorkfed.org/2013/04/young-student-loan-borrowers-retreat-from-housing-and-auto-markets.html.

13. These researchers also found that starting in 2009, those who held student loans had lower credit scores than those without student loans. *Id.*

14. In my own work, I have shown that, among individuals with the same level of education, greater student debt is associated with a greater likelihood of declaring bankruptcy. Dora Gicheva & Jeffrey Thompson, *The Effects of Student Loans on Long-Term Household Financial Stability*, Student Loans and the Dynamics of Debt 288 (Brad Hershbein & Kevin Hollenbeck eds. 2014). This may be because past borrowing affects individuals' ability to access credit markets and because debt repayment has a direct impact on disposable income. *Id.* at 310.

15. I have found that these kinds of financial instability appear to be even worse among borrowers who do not complete their degrees. *Id.* This is likely because these borrowers tend to receive lower return from their educational investment.

16. Specifically, in households where the sole college attender did not receive a degree, $1,000 in outstanding college debt raises the probability of experiencing bankruptcy over the past decade by almost four percentage points. *Id.* at 307.

*Student Debt Affects Personal and Professional Decisions*

17. The literature also shows that holding student loan debt may alter individuals' career decisions and lead them to postpone making personal commitments.

18. For example, there is evidence that graduates with significant debt burdens make different career choices than those who complete the same programs with minimal debt. *See* Erica Field, *Educational Debt Burden and Career Choice: Evidence from a Financial Aid Experiment at NYU Law School*, 1 Am. Econ. J.: Applied Econ. 1, 18–19 (2009).

19. These findings are consistent with the idea that the mere existence of student loan debt creates a psychological or social cost for the borrower. Field, *supra*, at 19.

20. In my own work, I have shown that student borrowing is inversely related to the rate of marriage among similarly-aged individuals with the same type of education. Dora Gicheva, *Student Loans or Marriage? A Look at the Highly Educated*, 53 Econ. Educ. Rev. 207, 215 (2016).

21. For example, a 21 year-old female who takes the business-school entrance exam (the GMAT) is 7 percentage points less likely to get married over the following seven-year period for every $10,000 in loans she borrows compared to a similar female without student loans. *Id.* at 212.

22. One explanation for this finding is that a young graduate with significant student loans may need to work longer hours in order to make the required loan payments and have less time to spend on social activities that may lead to meeting a spouse. *Id.* at 209.

# THE IMPACT OF THE GOVERNMENT'S DELAY IN PROCESSING CLAIMS UNDER THE COINRTHIAN JOB PLACEMENT RATE RULE AND ITS APPLICATION OF THE AVERAGE EARNINGS RULE

23. I have reviewed Plaintiffs allegations in their motion for a preliminary injunction related to the "Corinthian Job Placement Rate Rule" and the "Average Earnings Rule." *See* ECF No. 35.

24. Given Corinthian Colleges' illegal misrepresentations about their students' graduation rates and their graduates' career and salary outcomes, students who attended Corinthian programs may have borrowed at inefficiently high levels. This is because the misrepresentations falsely shaped students' expectations about the value that the programs would provide.

25. When individuals take out inefficiently high levels of student debt, they are more likely to experience financial distress after they complete or drop out of their educational programs.

26. I believe that the student loan debt held by former Corinthian students could be associated with the types of harms previously discussed: placing the individuals in financial distress that may include bankruptcy and leading them to make sub-optimal personal and professional decisions, such as taking less desirable jobs and postponing family decisions such as marriage.

27. Given the Department's delay, the continued existence of these debts may be prolonging these harms.

28. If Corinthian students enrolled in programs that provided zero educational value, then I would anticipate that, compared to individuals graduating from programs providing more marketable skills and holding similar amounts of student debt, they would be at a heightened risk of bankruptcy—even if they graduated from the program. *See supra* at ¶¶ 15–16.

Signed under penalties of perjury on April 18, 2018

*Dora Gicheva*

Dora Gicheva, PhD



April 2018

# Dora Gicheva

459 Bryan Building, Department of Economics      **E-mail:** d_gichev@uncg.edu
University of North Carolina at Greensboro      http://sites.google.com/site/doragicheva
P.O. Box 26170
Greensboro, NC 27402

**Fields of Specialization:**

    Labor Economics, Personnel Economics, Economics of Education

**Employment:**

    Assistant Professor of Economics, University of North Carolina at Greensboro, August 2010 – Present

**Education:**

    Ph.D., Economics, Yale University, December 2010
    M.Phil., Economics, Yale University, December 2007
    M.A., Economics, Yale University, May 2006
    B.A. (*Salutatorian*), Economics (*with honors*) and Mathematics (double major), Colgate University, May 2004

**Journal Articles and Book Chapters:**

    "Workplace Support and Diversity in the Market for Public School Teachers" (with Steven Bednar), forthcoming in *Education Finance and Policy*.

    "Career Implications of Having a Female-Friendly Supervisor" (with Steven Bednar) *ILR Review* 71 (2), March 2018, pp. 426–457.

    "Student Loans or Marriage? A Look at the Highly Educated," *Economics of Education Review* 53, August 2016, pp. 207-216.

    "On the Economic Performance of Nascent Entrepreneurs" (with Albert Link), *European Economic Review* 86, July 2016, pp. 109-117.

    "The gender gap in federal and private support for entrepreneurship" (with Albert Link) *Small Business Economics* 45 (4), December 2015, pp. 729-733.

    "The Effect of Student Loans on Long-Term Outcomes" (with Jeffrey Thompson), in *Student Loans and the Dynamics of Debt*, edited by Kevin Hollenbeck and Brad Hershbein, Upjohn Institute Press, 2015.

"Are Female Supervisors More Female-Friendly?" (with Steven Bednar). *American Economic Review Papers and Proceedings* 104 (5), May 2014, pp. 370-75.

"Working Long Hours and Early Career Outcomes in the High-End Labor Market." *Journal of Labor Economics* 31 (4), October 2013, pp. 785-824.

"Tax Benefits for Graduate Education: Incentives for Whom?" (with Steven Bednar) *Economics of Education Review* 36, October 2013, pp. 181-197.

"Leveraging Entrepreneurship through Private Investments: Does Gender Matter?" (with Albert Link) *Small Business Economics* 40 (2), February 2013, pp. 199-210. Reprinted in Link, Albert, *Public Support of Innovation in Entrepreneurial Firms*, Edward Elgar Publishing, 2013.

"Worker Mobility, Employer-Provided General Training, and the Choice of Graduate Education." *Labour Economics* 19 (2), April 2012, pp. 232-240.

"Investigating Income Effects in Scanner Data: Do Gasoline Prices Affect Grocery Purchases?" (with Justine Hastings and Sofia Villas-Boas). *American Economic Review Papers and Proceedings* 100 (2), May 2010, pp. 480-84.

## Other Publications:

"Retaining minority teachers in schools where most of their colleagues are white" (with Steven Bednar), Brown Center Chalkboard Blog at the Brookings Institution, August 2, 2017.

## Working Papers:

"Requiring versus Recommending Preparation Before Class: Does It Matter?" (with Martin Andersen and Jeffrey Sarbaum), conditionally accepted, *Southern Economic Journal*

"Occupational Social Value and Returns to Long Hours," under review

"Preferences for Family-Oriented Benefits and the Returns to Graduate Education" (with Ian Mikkelsen), under review

"Uncompensated Long Hours in the Public Sector: Sign of Altruism or Cause of Burnout?"

"The Effects of Credit Status on College Enrollment and College Completion" (with Felicia Ionescu and Nicole Simpson), *IZA Discussion Paper 6719*

"Revisiting the Income Effect: Gasoline Prices and Grocery Purchases" (with Justine Hastings and Sofia Villas-Boas), *NBER Working Paper 13614*

**Work in Progress:**

Short- and Medium-Term Effects of Increasing the Quality of Introductory Online Community College Courses (with Jeremy Bray, Julie Edmunds, Marie Hull and Beth Thrift)

Academic Impacts of Expanding Access to Health Insurance for College Students (with Priyanka Anand)

College Readiness, Access, and Success for Homeless Youth (with Julie Edmunds and George Hancock)

**Research Grants:**

UNCG Faculty First Award, 2018 (for "Impacts of Expanding Access to Health Insurance for College Students")

U.S. Department of Education Grant, 2015–2019 (for "First in the World – Wake Tech COMPASS Project," Co-investigator, $70,000)

USDA National Institute of Food and Agriculture Grant, 2014–2016 (for "Using Practical Rigor to Evaluate U.S. Military Support Programs," Co-investigator, total funding $75,000)

Kauffman Foundation Research Grant, 2012 (for "Leveraging Entrepreneurship through Alternative Investments: Differences by Gender" with Al Link)

UNCG New Faculty Grant, 2012 (for "Gender in Top Management: Evidence from the NCAA")

UNCG Summer Excellence Research Award, 2012 (for "Gender in Top Management: Evidence from the NCAA")

Dean's Research Scholar Program Award, UNCG Bryan School, 2010 (for "Does The Student-Loan Burden Weigh Into The Decision To Start A Family?")

**Fellowships, Honors, and Awards:**

UNCG Bryan School Junior Teaching Excellence Award, 2015–16
UNCG Bryan School Junior Research Excellence Award, 2014–15
Dean and Tracy Priddy Dean's Notable Scholar Award, Bryan School of Business and Economics, 2015–17
Yale University Dissertation Fellowship, Fall 2009
Cowles Foundation Graduate Student Fellowship, Cowles Foundation, 2004–2008
Summer Fellowship, Yale University, 2005, 2006 and 2007
Yale University Doctoral Fellowship, 2004–2008
Phi Beta Kappa
High Distinction in the Liberal Arts Core Curriculum, Colgate University, May 2004
Marshall-Keynes Award for Excellence in Economics, Colgate University, May 2004
Sisson Mathematics Prize, Colgate University, May 2003

**Teaching Experience:**

*Department of Economics, University of North Carolina at Greensboro*
Graduate Labor Economics

Mathematical Economics for Ph.D. Students
Applied Econometric Methods for M.A. Students
Undergraduate Econometrics
Undergraduate Labor Economics
Topics in Public Policy
Principles of Microeconomics

*Department of Economics, Yale University (Teaching Assistant)*
Introductory Microeconomics; Financial Economics; Economics of Natural Resources; Introductory Econometrics

## Conference Presentations

SREE Spring Conference (March 2018)
Society of Labor Economists Meetings (May 2009; May 2013 - Poster Session; May 2017 - Poster Session)
Association for Education Finance and Policy Annual Conference (March 2017 - Poster Session)
Southern Economic Association Annual Conference (November 2011; November 2016; November 2014 - Session organizer and presenter)
AEA Meetings (January 2016 - CSWEP Sessions; January 2014 - CSWEP Sessions and invited discussant)
FDIC Consumer Research Symposium (October 2014 - Invited discussant)
Upjohn/Ford School Conference on Student Loans (October 2013)
Midwest Economic Association Annual Meeting (March 2011)

## Other Presentations

Colgate University (April 2012; April 2017); Appalachian State University (March 2014); University of South Carolina (February 2014); North Carolina State University (November 2013); Federal Reserve Board (May 2013); UNCG Economics Department Seminar (September 2010); Labor and Population Workshop, Yale University (September 2009); Labor-Public Finance Lunch, Yale University (2006-2009)

## Professional Service:

Referee for *American Economic Journal: Applied Economics, American Economic Review, Applied Economic Perspectives & Policy, Canadian Journal of Economics, Contemporary Economic Policy, Demography, Economica, Economics of Education Review, Education Economics, ILR Review, Industrial Relations, International Economic Review, IZA World of Labor, Journal of Economic Behavior and Organization, Journal of Human Resources, Journal of Labor Economics, Journal of Labor Research, Journal of Technology Transfer, National Science Foundation, Quarterly Journal of Economics, Small Business Economics, Southern Economic Journal*

President of Phi Beta Kappa Epsilon Chapter of North Carolina (January 2016 –December 2017)