UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, JAMAL CORNELIUS, RTHWAN DOBASHI, and JENNIFER CRAIG on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case Number: C 17-cv-07210-SK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE A FIRST AMENDED COMPLAINT** |

Pursuant to Rule 15(a)(2), and having considered Plaintiffs' motion, the declaration filed in support of the motion, and any opposition filed, the Court hereby Orders:

Plaintiffs' Motion to File a First Amended Complaint is **GRANTED**.  The Clerk shall deem filed Plaintiffs' First Amended Complaint, ECF No. 33.

**IT IS SO ORDERED.**

Dated: May 18, 2018



_____
Hon. Sallie Kim
United States Magistrate Judge
Northern District of California