UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** June 11, 2018     **Time:** 20 Minutes     **Judge:** SALLIE KIM
**Case No.**: 17-cv-07210-SK     **Case Name:** Calvillo Manriquez et al v. DeVos et al

**Attorney for Plaintiff:** Josh Rovenger, Megumi Tsutsui, Noah Zinner, Eileen Connor
**Attorney for Defendant:** Karen Bloom, Robert Merritt

**Deputy Clerk:** Theresa Hoang     **Court Reporter:** FTR 1:37-1:55; 3:03-3:05

## PROCEEDINGS

Further Case Management Conference and Further Motion Hearing - held.

## SUMMARY

The Court has received supplemental briefing by the parties regarding the motion for preliminary injunction and did not have any follow-up questions.

Parties shall meet and confer to submit a joint document with proposed language regarding the scope of injunction by 6/15/2018. The document may reflect disputed language if parties are unable to come to an agreement.

The Court set the briefing schedule on the Motion for Class Certification as follows: Government's opposition brief due 7/31/2018. Reply brief due 8/7/2018. Motion Hearing set for 9/17/2018 at 9:30 AM.

The government advises the Court that it has not made a determination on filing an appeal on the Order on preliminary injunction.

Government shall submit a response of either a motion to dismiss or answer to the first amended complaint by 8/7/2018. Within 60 days, the government shall file the certified administrative record.

The Court advises the parties that any issues regarding attorney-client privilege will be referred to another Magistrate Judge for determination. Parties shall meet and confer on how best to brief this issue.