United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, et al., | Case No.  17-cv-07210-SK |
| Plaintiffs, | |
| v. | **PROCEDURAL ORDER REGARDING DISCOVERY ISSUE** |
| ELISABETH DEVOS, et al., | |
| Defendants. | Regarding Docket Nos. 68, 71 |

At the last case management conference, the Court advised the parties that it was considering referral of the discovery disputes related to attorney-client privilege to a magistrate judge and asked the parties to meet and confer on this issue.  (Dkt. 68.)  Having considered the joint statement (Dkt. 71), the Court has determined that at this juncture referral to another magistrate judge is not necessary and that the requested briefing schedule prepared by Plaintiff is agreeable to the Court.  Therefore, the briefing schedule is as follows:

July 23, 2018 – Plaintiff files a motion seeking an order that the documents are not privileged and must be included as part of the administrative record.

August 13, 2018 – Defendants opposition is due.

August 27, 2018 – Plaintiff's reply is due.

The moving papers and opposition are limited to no more than five pages and the reply is limited to 3 pages.

September 17, 2018 at 9:30 a.m. – Discovery Hearing

**IT IS SO ORDERED**.

Dated: June 27, 2018

_____
SALLIE KIM
United States Magistrate Judge