CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

MARCIA BERMAN
Assistant Branch Director

KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave. NW
Washington, D.C. 20530
Telephone: (202) 616-8098
Facsimile: (202) 616-8460
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 3:17-cv-7210-SK <br><br> **NOTICE OF APPEAL** <br><br> **PRELIMINARY INJUNCTION APPEAL** |

　　PLEASE TAKE NOTICE that Elisabeth DeVos, Secretary of the United States Department of Education, and the United States Department of Education hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order Granting in Part and Denying in

Notice of Appeal
Case No. 3:17-cv-7210-SK

1

Part Plaintiffs' Motion for Preliminary Injunction, ECF No. 60, which was issued on May 25, 2018, as well as the Court's Amended Order Regarding Plaintiffs' Motion for Preliminary Injunction, ECF No. 70, which was issued on June 19, 2018.

Dated: July 24, 2018                              Respectfully submitted,

                                                  CHAD A. READLER
                                                  Acting Assistant Attorney General

                                                  MARCIA BERMAN
                                                  Assistant Branch Director

                                                  */s/ R. Charlie Merritt*
                                                  KAREN S. BLOOM
                                                  Senior Counsel
                                                  R. CHARLIE MERRITT
                                                  Trial Attorney (VA # 89400)
                                                  Civil Division, Federal Programs Branch
                                                  U.S. Department of Justice
                                                  20 Massachusetts Ave. NW
                                                  Washington, D.C. 20530
                                                  Telephone: (202) 616-8098
                                                  Facsimile: (202) 616-8460
                                                  E-mail: robert.c.merritt@usdoj.gov

                                                  *Attorneys for Defendants*