CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

MARCIA BERMAN
Assistant Branch Director

KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave. NW
Washington, D.C. 20530
Telephone: (202) 616-8098
Facsimile: (202) 616-8460
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, JAMAL CORNELIUS, RTHWAN DOBASHI, and JENNIFER CRAIG on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And <br><br> THE UNITED STATES DEPARTMENT OF | Case Number: C 17-cv-07210-SK <br><br> **STIPULATION ON CONTINUANCES PENDING DECISION ON DEFENDANTS' MOTION TO STAY; [PROPOSED] ORDER** |

| | |
|---|---|
| EDUCATION, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |
| | ) |
| | ) |

The Defendants have filed a Motion to Stay proceedings pending appeal. ECF No. 82. The parties jointly stipulate that:

1. The parties agree that the Court can decide Plaintiffs' Motion for Class Certification, notwithstanding Defendants' Motion to Stay, and thus the parties will proceed with briefing on Plaintiffs' Motion for Class Certification. Defendants' opposition will be due August 10, 2018, and Plaintiffs' Reply will be due August 24, 2018. The motion will remain noticed for a hearing on September 17, 2018.

2. The deadline for Defendants to file a responsive pleading to Plaintiffs' First Amended Complaint, currently set for August 7, 2018, is continued until the Court decides Defendants' Motion to Stay.

3. Defendants' obligation to lodge the administrative record is continued until the Court decides Defendants' Motion to Stay.

4. The deadline for Defendants to file their Opposition to Plaintiffs' Motion for Declaration that Documents are not Privileged, currently set for August 13, 2018, is continued until the Court decides Defendants' Motion to Stay.

5. Following the Court's resolution of the Department's Motion to Stay, the parties shall meet and confer and propose a new schedule for the continued deadlines within five days of the Court's decision.

Dated: July 26, 2018                    Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/* R. Charlie Merritt
KAREN S. BLOOM
Senior Counsel

R. CHARLIE MERRITT
Trial Attorney (VA # 89400)
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave. NW
Washington, D.C. 20530
Telephone: (202) 616-8098
Facsimile: (202) 616-8460
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

Dated: July 26, 2018

\_/s/ Joshua D. Rovenger_____

Noah Zinner
Megumi Tsutsui
HOUSING & ECONOMIC RIGHTS ADVOCATES
PO Box 29435
Oakland, CA 94604
Tel.: (510) 271-8443
Fax: (510) 280-2448

Eileen M. Connor
Toby R. Merrill
Joshua D. Rovenger
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1. The deadline for Defendants to file their opposition to Plaintiffs' Motion for Class Certification, currently set for July 31, 2018, is continued until August 10, 2018. The deadline for Plaintiffs' Reply, currently set for August 7, 2018, is continued until August 24, 2018.

2. The deadline for Defendants to file a responsive pleading to Plaintiffs' First Amended Complaint, currently set for August 7, 2018, is continued until the Court decides the Department's Motion to Stay.

3. Defendants' obligation to lodge the administrative record is continued until the Court decides Defendants' Motion to Stay.

4. The deadline for Defendants to file their Opposition to Plaintiffs' Motion for Declaration that Documents are not Privileged, currently set for August 13, 2018, is continued until the Court decides Defendants' Motion to Stay.

5. Following the Court's resolution of the Motion to Stay, the parties shall meet and confer and propose a new schedule for the continued deadlines within five days of the Court's decision.

Date:

_____
THE HONORABLE SALLIE KIM
United States Magistrate Judge