1  CHAD A. READLER
2  Acting Assistant Attorney General

3  ALEX G. TSE
4  Acting United States Attorney

5  MARCIA BERMAN
   Assistant Branch Director

6  KAREN S. BLOOM
7  Senior Counsel
   R. CHARLIE MERRITT
8  Trial Attorney
   Civil Division, Federal Programs Branch
9  U.S. Department of Justice
   20 Massachusetts Ave. NW
10 Washington, D.C. 20530
   Telephone: (202) 616-8098
11 Facsimile: (202) 616-8460
   E-mail: robert.c.merritt@usdoj.gov
12
   *Attorneys for Defendants*
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                                          )
17                                          ) Case Number: C 17-cv-07210-SK
                                            )
18 MARTIN CALVILLO MANRIQUEZ,               ) **STIPULATION ON CONTINUANCES**
19 JAMAL CORNELIUS, RTHWAN                  ) **PENDING DECISION ON DEFENDANTS'**
   DOBASHI, and JENNIFER CRAIG on behalf    ) **MOTION TO STAY; [**~~PROPOSED~~**]**
20 of themselves and all others similarly situated, ) **ORDER AS MODIFIED**
                                            )
21              *Plaintiffs*,               )
                                            )
22         v.                               )
                                            )
23                                          )
   ELISABETH DEVOS, in her official         )
24 capacity as Secretary of the United States )
   Department of Education,                 )
25                                          )
                                            )
26 And                                      )
                                            )
27 THE UNITED STATES DEPARTMENT OF          )

28
                              Page **1** of **4**
      STIPULATION ON CONTINUANCES PENDING DECISION ON DEFENDANTS' MOTION TO STAY
                                                          Case No. 17-cv-07210-SK

EDUCATION,                                         )
                                                   )
          *Defendants.*                    )
                                                   )
                                                   )
                                                   )

The Defendants have filed a Motion to Stay proceedings pending appeal. ECF No. 82. The parties jointly stipulate that:

1. The parties agree that the Court can decide Plaintiffs' Motion for Class Certification, notwithstanding Defendants' Motion to Stay, and thus the parties will proceed with briefing on Plaintiffs' Motion for Class Certification. Defendants' opposition will be due August 10, 2018, and Plaintiffs' Reply will be due August 24, 2018. The motion will remain noticed for a hearing on September 17, 2018.

2. The deadline for Defendants to file a responsive pleading to Plaintiffs' First Amended Complaint, currently set for August 7, 2018, is continued until the Court decides Defendants' Motion to Stay.

3. Defendants' obligation to lodge the administrative record is continued until the Court decides Defendants' Motion to Stay.

4. The deadline for Defendants to file their Opposition to Plaintiffs' Motion for Declaration that Documents are not Privileged, currently set for August 13, 2018, is continued until the Court decides Defendants' Motion to Stay.

5. Following the Court's resolution of the Department's Motion to Stay, the parties shall meet and confer and propose a new schedule for the continued deadlines within five days of the Court's decision.

Dated: July 26, 2018                    Respectfully submitted,

                                                    CHAD A. READLER
                                                    Acting Assistant Attorney General

                                                    MARCIA BERMAN
                                                    Assistant Branch Director

                                                    */s/* R. Charlie Merritt
                                                    KAREN S. BLOOM
                                                    Senior Counsel

R. CHARLIE MERRITT
Trial Attorney (VA # 89400)
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave. NW
Washington, D.C. 20530
Telephone: (202) 616-8098
Facsimile: (202) 616-8460
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

Dated: July 26, 2018

  /s/ Joshua D. Rovenger_____

Noah Zinner
Megumi Tsutsui
HOUSING & ECONOMIC RIGHTS
ADVOCATES
PO Box 29435
Oakland, CA 94604
Tel.: (510) 271-8443
Fax: (510) 280-2448

Eileen M. Connor
Toby R. Merrill
Joshua D. Rovenger
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

**ORDER AS MODIFIED**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1. The deadlines for the parties to file their opposition and reply regarding Plaintiffs' Motion for Class Certification, are continued to a date that the Court will determine at a later date. Accordingly, the hearing on the Motion for Class Certification set for September 17, 2018 is VACATED.

2. The deadline for Defendants to file a responsive pleading to Plaintiffs' First Amended Complaint, currently set for August 7, 2018, is continued until the Court decides the Department's Motion to Stay.

3. Defendants' obligation to lodge the administrative record is continued until the Court decides Defendants' Motion to Stay.

4. The deadline for Defendants to file their Opposition to Plaintiffs' Motion for Declaration that Documents are not Privileged, currently set for August 13, 2018, is continued until the Court decides Defendants' Motion to Stay.

5. Following the Court's resolution of the Motion to Stay, the parties shall meet and confer and propose a new schedule for the continued deadlines within five days of the Court's decision.

Date: July 30, 2018



_____
THE HONORABLE SALLIE KIM
United States Magistrate Judge