# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, et al., <br> Plaintiffs, <br> v. <br> ELISABETH DEVOS, et al., <br> Defendants. | Case No. 17-cv-07210-SK <br><br> **ORDER REGARDING MOTION FOR CLARIFICATION** <br><br> Regarding Docket No. 75 |

Defendants filed a motion seeking clarification of the Court's Amended Order Regarding Plaintiffs' Motion for Preliminary Injunction (Dkt. 70). The Court GRANTS Defendants' motion. The Court clarifies that its Amended Order Regarding Plaintiffs' Motion for Preliminary Injunction (Dkt. 70) requires only that the Secretary of Education and the Department of Education cease all efforts to collect debts from Plaintiffs and any other borrower who have successfully completed or will successfully complete an attestation form (Dkt. 35-6, Exs. 8,9). The Secretary and the Department of Education are not required to take any action with respect to individuals who have not yet submitted an attestation form until any such individual successfully completes and submits an attestation form.

**IT IS SO ORDERED**.

Dated: August 30, 2018



SALLIE KIM
United States Magistrate Judge