JOSEPH H. HUNT
Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

MARCIA BERMAN
Assistant Branch Director

KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave. NW
Washington, D.C. 20530
Telephone: (202) 616-8098
Facsimile: (202) 616-8460
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, and the UNITED STATES DEPARTMENT OF EDUCATION <br><br> Defendants. | No. 3:17-cv-7210-SK <br><br> **JOINT REQUEST RE: TELEPHONIC PARTICIPATION AT HEARING; [PROPOSED] ORDER** |

Joint Request Re: Telephonic Participation
Case No. 3:17-cv-7210-SK

1

1  Plaintiffs and Defendants ("the parties") request that the Court permit their counsel, Joshua
2  Rovenger, Toby Merrill, Noah Zinner, Megumi Tsutsui, Eileen Connor, Karen Bloom and R.
3  Charlie Merritt to appear by telephone at the Hearing scheduled for 9:30 a.m. on October 15, 2018.
4  In support of their request, the parties state as follows:

5  1. Plaintiffs filed a motion to certify a class (ECF No. 47) on April 19, 2018, the same
6  day they filed their reply in support of their Motion for Preliminary Injunction (ECF No. 48).

7  2. On May 25, 2018, the Court granted in part and denied in part Plaintiffs' Motion
8  for Preliminary Injunction, finding Plaintiffs were likely to succeed on the merits of one of their
9  claims.

10  3. On September 5, 2018, and October 3, 2018, the parties, respectively, filed their
11  appellate briefs relating to Defendants' appeal of the preliminary injunction. Defendants filed their
12  Response to Plaintiffs' Motion for Class Certification (ECF No. 91) on September 17, 2018, and
13  Plaintiffs' filed their Reply (ECF No. 92) on September 24, 2018.  Defendants' Response
14  respectfully requested that the Court "stay the hearing [on Plaintiffs' Class Certification motion]
15  currently scheduled for October 15, 2018." Plaintiffs opposed this request. The Court has not yet
16  ruled on that request.

17  4. The parties respectfully request the opportunity to participate telephonically at the
18  currently-scheduled October 15, 2018 hearing.

19  5. Defendants' counsel and some of Plaintiffs' counsel are based on the East Coast
20  and would like to save the time and expense of traveling to California for this hearing, particularly
21  in light of the fact that Defendants do not contest that a class should be certified here (though they
22  do contest certain aspects of Plaintiffs' proposed class definition).

23  6. Counsel has experience participating telephonically in such hearings.

24

25  For the foregoing reasons, the parties have stipulated that their counsel should be
26  permitted to appear by telephone at the currently-scheduled October 15, 2018 hearing.

27

28  Dated: October 10, 2018                                          Respectfully submitted,

|   |   |
|---|---|
| | JOSEPH H. HUNT |
| | Assistant Attorney General |
| | |
| | MARCIA BERMAN |
| | Assistant Branch Director |
| | |
| | */s/ Karen S. Bloom* |
| | KAREN S. BLOOM |
| | Senior Counsel |
| | R. CHARLIE MERRITT |
| | Trial Attorney (VA # 89400) |
| | Civil Division, Federal Programs Branch |
| | U.S. Department of Justice |
| | 20 Massachusetts Ave. NW |
| | Washington, D.C. 20530 |
| | Telephone: (202) 616-8098 |
| | Facsimile: (202) 616-8460 |
| | E-mail: robert.c.merritt@usdoj.gov |
| | |
| | *Attorneys for Defendants* |

Dated: October 10, 2018

   */s/ Joshua Rovenger*

Noah Zinner
Megumi Tsutsui
HOUSING & ECONOMIC RIGHTS ADVOCATES
PO Box 29435
Oakland, CA 94604
Tel.: (510) 271-8443
Fax: (510) 280-2448

Eileen M. Connor
Toby R. Merrill
Joshua D. Rovenger
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

# [PROPOSED] ORDER

Pursuant to the Parties' joint request, IT IS HEREBY ORDERED THAT:

Counsel for Plaintiffs and Defendants are permitted to appear by telephone at the Hearing scheduled for 9:30 a.m. on October 15, 2018.

Date:

_____
THE HONORABLE SALLIE KIM
United States Magistrate Judge