| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 19 2019 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MARTIN CALVILLO MANRIQUEZ; JAMAL CORNELIUS; RTHWAN DOBASHI; JENNIFER CRAIG, on behalf of themselves and all others similarly situated,

    Plaintiffs-Appellees,

 v.

ELISABETH DEVOS, in her official capacity as secretary of the United States Department of Education; UNITED STATES DEPARTMENT OF EDUCATION,

    Defendants-Appellants.

No. 18-16375

D.C. No. 3:17-cv-07210-SK
Northern District of California,
San Francisco

ORDER

Before: PAEZ and BERZON, Circuit Judges, and FEINERMAN,[*] District Judge.

  The parties are ordered to submit simultaneous supplemental briefs addressing whether the Department of Education's development of the Average Earnings Rule was arbitrary and capricious.

  The briefs are not to exceed 20 pages in length and shall be filed 14 days after the entry of this order. Parties who are registered for ECF must file the briefs electronically without submission of paper copies.

  Submission of the case is vacated.

---

   [*] The Honorable Gary Feinerman, United States District Judge for the Northern District of Illinois, sitting by designation.