JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, JAMAL CORNELIUS, and RTHWAN DOBASHI, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, <br><br> And | Case Number: C 17-cv-07210-SK <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

|   |   |
|---|---|
| THE UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) ) ) ) ) ) |
| *Defendants.* | |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Noah Zinner and Megumi Tsutsui of Housing and Economic Rights Advocates (HERA), 1814 Franklin Street, Suite 1040, Oakland, CA 94612, are substituted by Joseph Jaramillo, Senior Attorney at Housing and Economic Rights Advocates (SBN 178566), as attorneys of record for Plaintiffs and the class.  All other counsel of record shall remain the same.

Dated:  March 28, 2019                    Respectfully submitted,

**HOUSING & ECONOMIC RIGHTS ADVOCATES**

By: __/s/ Joseph Jaramillo_____
    JOSEPH JARAMILLO
    New HERA Attorney for Plaintiffs


By: ___/s/ Noah Zinner____    _____
    NOAH ZINNER
    Former HERA attorney for Plaintiffs

By: ___/s/ Megumi Tsutsui_____
    MEGUMI TSUTSUI
    Former HERA attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on March 28, 2019.

Dated: March 28, 2019

HOUSING AND ECONOMIC RIGHTS ADVOCATES

By: */s/ Noah Zinner*

NOAH ZINNER
Attorney for Plaintiff