JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, JAMAL CORNELIUS, RTHWAN DOBASHI, and JENNIFER CRAIG, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education, | Case Number: C 17-cv-07210-SK <br><br> **DECLARATION OF JOSHUA D. ROVENGER** |

| | |
|---|---|
| And | ) |
| | ) |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) |
| | ) |
| *Defendants.* | ) |
| | ) |
| | ) |
| | ) |

I, Joshua D. Rovenger, make this declaration in support of Plaintiffs' motion.

I do declare and say as follows:

1. I am an attorney with the Project on Predatory Student Lending of the Legal Services Center of Harvard Law School and am class counsel in this litigation.

2. I submit this affidavit to place before the Court documents in support of Plaintiffs' motion.

3. Attached as Exhibit 1, is a true and correct redacted copy of an e-mail sent from Great Lakes Borrower Services to Rthwan Dobashi on March 11, 2019.

4. Attached as Exhibit 2, is a true and redacted correct copy of an e-mail sent from Great Lakes Borrower Services to Rthwan Dobashi on March 26, 2019.

5. Attached as Exhibit 3, are true and correct copies of Department of Education procurement notices issued on March 27 and 28, 2019.

6. Attached as Exhibit 4, is a true and correct copy of an e-mail thread between counsel from March 23, 2019, and May 14, 2019.

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
2  correct.
3
4  Dated: July 15, 2019                                          /s *Joshua D. Rovenger*
5                                                                 Joshua D. Rovenger