**From:** Great Lakes Borrower Services <info@borrowerservices.mygreatlakes.org>
**Date:** March 11, 2019 at 10:13:44 PM PDT
**To:** "Rthwan S. Dobashi" <
**Subject: Your Student Loan Payments Are Due - Review Your Payment Schedule**
**Reply-To:** No Reply - Great Lakes <noreply@borrowerservices.mygreatlakes.org>



Re:  Stafford Loan Account with U.S. DEPARTMENT OF EDUCATION (

# Hi Rthwan S. Dobashi,

Payments on your student loans are now due. This is a good time to review your payment schedule, which provides monthly payment amounts, due dates, and

other important information about your loans.

Here's what you need to do.

**Access your payment schedule.** Each of your student loan accounts has a payment schedule you can view at any time on mygreatlakes.org.

**Make note of changes.** Carefully review your payment schedule to see if payment amounts or dates have changed.

**Remember, you have options.** If you can't make full payments or you're having financial difficulties, log into mygreatlakes.org. Alternative repayment plans or other options may be available.

We'll send you a billing statement soon. Whatever path you take to repay your loan, we're here to help. Contact us if you can't make a payment or have questions about your loans.

Sincerely,

Great Lakes Borrower Services





## It's Easy to Make Payments

We offer many convenient ways to make payments, including online with our mobile app. Automatic payments are also available.

## Student Loans Are Unique

Review special repayment options that take into account your personal situation.

## Contact Us for Help

Your Great Lakes ID: **16-8267536**

? Visit mygreatlakes.org.

? (800) 236-4300, (608) 246-1700, or TTY: 711
Monday - Friday 7:00 a.m. to 9:00 p.m. Central time

*You can self-serve 24/7. Some calls may be monitored or recorded for quality assurance purposes.*



This email was sent by Great Lakes Educational Loan Services, Inc.

Residents of CA, CT, DC, IA, MI, NC, OR, and VT: Under the law of these states, Great Lakes is considered a debt collector and we are required to disclose that any information we obtain may be used to collect your student loans.

For residents of California and Massachusetts, you have thirty days from the date you receive this communication to dispute the validity of the debt or any part of it. If you don't dispute the debt within that period, we will assume the debt is valid. If you send us written notice within thirty days after receiving this communication that you dispute the debt or any part of it, we will send you verification of the debt. And, if your original creditor is different from the current creditor and you want to know the name and address of your original creditor, please write us within thirty days of receiving this communication.

Please do not reply to this email - the reply address is not monitored. | [Modify your email preference](Modify your email preference).

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be protected under state or federal law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please forward this communication to [notme@glhec.org](mailto:notme@glhec.org) immediately and destroy or delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.