

## Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Award Type: | Delivery/Task Order | Prepared Date: | 03/27/2019 14:33:07 | Prepared User: | EDDIE.LOWE2@ED.GOV |
| Award Status: | Final | Last Modified Date: | 03/27/2019 14:49:35 | Last Modified User: | APRIL.WEST@ED.GOV |
| Closed Status: | No | Closed Status Date: | | Closed By: | |

## Document Information

| | Agency | Procurement Identifier | Modification No | Trans No |
|---|---|---|---|---|
| Award ID: | 9100 | 91003118F0354 | P00008 | 0 |
| Referenced IDV ID: | 9100 | EDFSA12D0003 | 0 | |
| Reason For Modification: | | SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | | |
| Solicitation ID: | | | | |

| | Agency Identifier | Main Account | Sub Account | Initiative |
|---|---|---|---|---|
| Treasury Account Symbol: | 91 | 0202 | | Select One |

## Dates

| | |
|---|---|
| Date Signed (mm/dd/yyyy): | 03/27/2019 |
| Effective Date (mm/dd/yyyy): | 03/27/2019 |
| Completion Date (mm/dd/yyyy): | 08/31/2019 |
| Est. Ultimate Completion Date (mm/dd/yyyy): | 08/31/2019 |
| Solicitation Date (mm/dd/yyyy): | |

## Amounts

| | Current | Total |
|---|---|---|
| Action Obligation: | $32,235.00 | $12,283,286.47 |
| Base And Exercised Options Value: | $32,235.00 | $13,583,882.24 |
| Base and All Options Value (Total Contract Value): | $32,235.00 | $13,583,882.24 |
| Fee Paid for Use of IDV: | $0.00 | |

## Purchaser Information

| | | | |
|---|---|---|---|
| Contracting Office Agency ID: | 9100 | Contracting Office Agency Name: | EDUCATION, DEPARTMENT OF |
| Contracting Office ID: | 910031 | Contracting Office Name: | FSA ACQUISITIONS OFFICE |
| Funding Agency ID: | 9100 | Funding Agency Name: | EDUCATION, DEPARTMENT OF |
| Funding Office ID: | 910055 | Funding Office Name: | FEDERAL STUDENT AID |
| Foreign Funding: | Not Applicable | | |

## Contractor Information

| | | | | |
|---|---|---|---|---|
| SAM Exception: | | | | |
| DUNS No: | 026759279 | | Street: | 60 S 400 W |
| Vendor Name: | UTAH HIGHER EDUCATION ASSISTANC | | Street2: | |
| DBAN: | | | City: | SALT LAKE CITY |
| Cage Code: | 46A74 | | State: | UT  Zip: 841011284 |
| | | | Country: | UNITED STATES |
| | | | Phone: | (801) 321-7238 |
| | | | Fax No: | (801) 366-8430 |
| | | | Congressional District: | UTAH 02 |

## Business Category

| | |
|---|---|
| Organization Type: | US GOVERNMENT ENT |
| State of Incorporation: | |
| Country of Incorporation: | |

**Business Types**
✓ U.S. State Government
**Relationship With Federal Government**
✓ All Awards

## Contract Data

| | |
|---|---|
| Type of Contract: | Firm Fixed Price |
| Inherently Governmental Functions: | Critical Functions |
| Multiyear Contract: | No |
| Major Program: | |
| National Interest Action: | None |
| Cost Or Pricing Data: | No |
| Purchase Card Used As Payment Method: | No |
| Undefinitized Action: | No |
| Performance Based Service Acquisition: | Yes - Service where PBA is used. |
| * FY 2004 and prior; 80% or more specified as performance requirement | |
| * FY 2005 and later; 50% or more specified as performance requirement | |
| Contingency Humanitarian Peacekeeping Operation: | Not Applicable |
| Contract Financing: | Select One |
| Cost Accounting Standards Clause: | Select One |
| Consolidated Contract: | Not Consolidated |
| Number Of Actions: | 1 |

| Legislative Mandates | | Principal Place of Performance | |
|---|---|---|---|
| Clinger-Cohen Act: | No | Principal Place Of Performance Code: | State UT / Location / Country USA |
| Labor Standards: | Yes | Principal Place Of Performance County Name: | SALT LAKE |
| Materials, Supplies, Articles, and Equip: | No | Principal Place Of Performance City Name: | SALT LAKE CITY |
| Construction Wage Rate Requirements: | No | Congressional District Place Of Performance: | 02 |
| Additional Reporting: | Select One or More Options / Employment Eligibility Verification (52.222-54) / Service Contract Inventory (FAR 4.17) / None of the Above | Place Of Performance Zip Code(+4): | 84101 - 1284   USPS ZIP Codes |
| Interagency Contracting Authority: | Not Applicable | | |
| Other Interagency Contracting Statutory Authority: (1000 characters) | | | |

### Product Or Service Information

| | | | |
|---|---|---|---|
| Product/Service Code: | R710 | Description: | SUPPORT- MANAGEMENT: FINANCIAL |
| Principal NAICS Code: | 522390 | Description: | OTHER ACTIVITIES RELATED TO CREDIT INTERMEDIA |
| Bundled Contract: | Not Bundled | | |
| DOD Acquisition Program: | | Description: | |
| Country of Product or Service Origin: | USA | UNITED STATES | |
| Place of Manufacture: | Not a manufactured end product | | |
| Domestic or Foreign Entity: | U.S. Owned Business | | |
| Recovered Materials/Sustainability: | No Clauses Included and No Sustainability Included | | OMB Policy on Sustainable Acquisition |
| InfoTech Commercial Item Category: | Select One | | |
| Claimant Program Code: | | Description: | |
| Sea Transportation: | Select One | | |
| GFP Provided Under This Action: | Transaction does not use GFP | | |
| Use Of EPA Designated Products: | Not Required | | |
| Description Of Requirement: (4000 characters) | BASE AWARD: Servicing of Title IV student financial aid, in accordance with Section 2212 of the Health Care and Education Reconciliation Act of 2010 (Pub.L. 111-152, 124 Stat. 1029) for the period of 6/17/2009 to 6/16/2019.

TASK ORDER: Servicing of Title IV student financial aid in accordance with Section 2212 of the Health Care and Education Reconciliation Act of 2010 (Pub.L.111-152, 124 Stat. 1029) for the period of 9/1/2018 to 8/31/2019.

MODIFICATION: The purpose of this modification is to incorporate and provide funding for Change Request 4841.

CR 4841 - The DMCS Servicer incorrectly processed partial Borrower Defense discharges for approximately 10k loans. | | |

### Competition Information

| | |
|---|---|
| Extent Competed For Referenced IDV: | |
| Extent Competed: | Full and Open Competition |
| Solicitation Procedures: | Subject to Multiple Award Fair Opportunity |
| IDV Type Of Set Aside: | No set aside used. |
| Type Of Set Aside: | Select One |
| Type Of Set Aside Source: | IDC |
| Evaluated Preference: | No Preference used |
| SBIR/STTR: | Select One |
| Fair Opportunity/Limited Sources: | Fair Opportunity given |
| Other Than Full And Open Competition: | Select One |
| Local Area Set Aside: | No |
| FedBizOpps: | Yes |
| A76 Action: | No |
| Commercial Item Acquisition Procedures: | Commercial Item |
| IDV Number of Offers: | 13 |
| Number Of Offers Received: | 4   Number of Offers Source: This Action |
| Small Business Competitiveness Demonstration Program: | |

| | |
|---|---|
| **Simplified Procedures for Certain Commercial Items:** | No |
| **Preference Programs / Other Data** | |
| **Contracting Officer's Business Size Selection:** | Other than Small Business |
| **Subcontract Plan:** | Plan Required - Incentive Not Included |
| **Price Evaluation Percent Difference:** | % |

## Transaction Information

| | | | |
|---|---|---|---|
| **Award Type:** | Delivery/Task Order | **Prepared Date:** | 03/28/2019 14:21:39 |
| **Award Status:** | Final | **Last Modified Date:** | 03/29/2019 14:23:05 |
| **Closed Status:** | No | **Closed Status Date:** | |
| **Prepared User:** | EDDIE.LOWE2@ED.GOV | | |
| **Last Modified User:** | ELVIS.TAYLOR@ED.GOV | | |
| **Closed By:** | | | |

## Document Information

| | Agency | Procurement Identifier | Modification No | Trans No |
|---|---|---|---|---|
| **Award ID:** | 9100 | 91003118F0347 | P00009 | 0 |
| **Referenced IDV ID:** | 9100 | EDFSA09D0013 | 0 | |
| **Reason For Modification:** | SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | | | |
| **Solicitation ID:** | | | | |

| | Agency Identifier | Main Account | Sub Account | Initiative |
|---|---|---|---|---|
| **Treasury Account Symbol:** | 91 | 0202 | | Select One |

## Dates

| | |
|---|---|
| **Date Signed** (mm/dd/yyyy) : | 03/29/2019 |
| **Effective Date** (mm/dd/yyyy) : | 03/29/2019 |
| **Completion Date** (mm/dd/yyyy) : | 08/31/2019 |
| **Est. Ultimate Completion Date** (mm/dd/yyyy) : | 08/31/2019 |
| **Solicitation Date** (mm/dd/yyyy) : | |

## Amounts

| | Current | Total |
|---|---|---|
| **Action Obligation:** | $113,250.00 | $101,368,954.01 |
| **Base And Exercised Options Value:** | $113,250.00 | $146,698,751.57 |
| **Base and All Options Value (Total Contract Value):** | $113,250.00 | $146,698,751.57 |
| **Fee Paid for Use of IDV:** | $0.00 | |

## Purchaser Information

| | | | |
|---|---|---|---|
| **Contracting Office Agency ID:** | 9100 | **Contracting Office Agency Name:** | EDUCATION, DEPARTMENT OF |
| **Contracting Office ID:** | 910031 | **Contracting Office Name:** | FSA ACQUISITIONS OFFICE |
| **Funding Agency ID:** | 9100 | **Funding Agency Name:** | EDUCATION, DEPARTMENT OF |
| **Funding Office ID:** | 910055 | **Funding Office Name:** | FEDERAL STUDENT AID |
| **Foreign Funding:** | Not Applicable | | |

## Contractor Information

**SAM Exception:**

| | | | |
|---|---|---|---|
| **DUNS No:** | 831078626 | **Street:** | 121 S 13TH ST STE 201 |
| **Vendor Name:** | NELNET SERVICING, LLC | **Street2:** | |
| **DBAN:** | | **City:** | LINCOLN |
| **Cage Code:** | 5JZQ5 | **State:** | NE   **Zip:** 685081911 |
| | | **Country:** | UNITED STATES |
| | | **Phone:** | (303) 696-5411 |
| | | **Fax No:** | (303) 696-5640 |
| | | **Congressional District:** | NEBRASKA 01 |

## Business Category

| | |
|---|---|
| **Organization Type:** | OTHER |
| **State of Incorporation:** | |
| **Country of Incorporation:** | |

**Relationship With Federal Government**
✓ All Awards
**Organization Factors**
✓ For Profit Organization
✓ Limited Liability Corporation

## Contract Data

| | |
|---|---|
| **Type of Contract:** | Firm Fixed Price |
| **Inherently Governmental Functions:** | Critical Functions |
| **Multiyear Contract:** | No |
| **Major Program:** | |
| **National Interest Action:** | None |
| **Cost Or Pricing Data:** | Select One |
| **Purchase Card Used As Payment Method:** | No |
| **Undefinitized Action:** | No |
| **Performance Based Service Acquisition:** <br> * FY 2004 and prior; 80% or more specified as performance requirement <br> * FY 2005 and later; 50% or more specified as performance requirement | Yes - Service where PBA is used. |
| **Contingency Humanitarian Peacekeeping Operation:** | Not Applicable |
| **Contract Financing:** | Select One |
| **Cost Accounting Standards Clause:** | Select One |
| **Consolidated Contract:** | Not Consolidated |
| **Number Of Actions:** | |

1

## Legislative Mandates

| Field | Value |
|---|---|
| Clinger-Cohen Act: | No |
| Labor Standards: | Yes |
| Materials, Supplies, Articles, and Equip: | Not Applicable |
| Construction Wage Rate Requirements: | Not Applicable |
| Additional Reporting: | Select One or More Options / Employment Eligibility Verification (52.222-54) / Service Contract Inventory (FAR 4.17) / None of the Above |
| Interagency Contracting Authority: | Not Applicable |
| Other Interagency Contracting Statutory Authority: (1000 characters) | |

## Principal Place of Performance

| Field | Value |
|---|---|
| Principal Place Of Performance Code: | State: NE  Location:  Country: USA |
| Principal Place Of Performance County Name: | LANCASTER |
| Principal Place Of Performance City Name: | LINCOLN |
| Congressional District Place Of Performance: | 01 |
| Place Of Performance Zip Code(+4): | 68508 - 1911  USPS ZIP Codes |

## Product Or Service Information

| Field | Value |
|---|---|
| Product/Service Code: | R710   Description: SUPPORT- MANAGEMENT: FINANCIAL |
| Principal NAICS Code: | 522390   Description: OTHER ACTIVITIES RELATED TO CREDIT INTERMEDIA |
| Bundled Contract: | Not Bundled |
| DOD Acquisition Program: |    Description: |
| Country of Product or Service Origin: | USA   UNITED STATES |
| Place of Manufacture: | Not a manufactured end product |
| Domestic or Foreign Entity: | U.S. Owned Business |
| Recovered Materials/Sustainability: | No Clauses Included and No Sustainability Included   OMB Policy on Sustainable Acquisition |
| InfoTech Commercial Item Category: | Select One |
| Claimant Program Code: |    Description: |
| Sea Transportation: | Select One |
| GFP Provided Under This Action: | Transaction uses GFP |
| Use Of EPA Designated Products: | Not Required |
| Description Of Requirement: (4000 characters) | BASE AWARD: Servicing of Title IV student financial aid, in accordance with Section 2212 of the Health Care and Education Reconciliation Act of 2010 (Pub.L. 111-152, 124 Stat. 1029) for the period of 6/17/2009 to 6/16/2019.<br><br>TASK ORDER: Servicing of Title IV student financial aid in accordance with Section 2212 of the Health Care and Education Reconciliation Act of 2010 (Pub.L.111-152, 124 Stat. 1029) for the period of 9/1/2018 to 8/31/2019.<br><br>MODIFICATION: The purpose of this modification is to incorporate and provide funding for Change Request 4841.<br><br>CR 4841 - The DMCS Servicer incorrectly processed partial Borrower Defense discharges for approximately 10k loans. |

## Competition Information

| Field | Value |
|---|---|
| Extent Competed For Referenced IDV: | |
| Extent Competed: | Full and Open Competition |
| Solicitation Procedures: | Subject to Multiple Award Fair Opportunity |
| IDV Type Of Set Aside: | No set aside used. |
| Type Of Set Aside: | Select One |
| Type Of Set Aside Source: | IDC |
| Evaluated Preference: | No Preference used |
| SBIR/STTR: | Select One |
| Fair Opportunity/Limited Sources: | Fair Opportunity given |
| Other Than Full And Open Competition: | Select One |
| Local Area Set Aside: | No |
| FedBizOpps: | Yes |
| A76 Action: | No |
| Commercial Item Acquisition Procedures: | Commercial Item |
| IDV Number of Offers: | 5 |
| Number Of Offers Received: | 4   Number of Offers Source: This Action |
| Small Business Competitiveness Demonstration Program: | |

| | |
|---|---|
| **Simplified Procedures for Certain Commercial Items:** | No |
| **Preference Programs / Other Data** | |
| **Contracting Officer's Business Size Selection:** | Other than Small Business |
| **Subcontract Plan:** | Plan Required - Incentive Not Included |
| **Price Evaluation Percent Difference:** | % |



### Transaction Information

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Award Type: | Delivery/Task Order | Prepared Date: | 03/29/2019 11:23:59 | Prepared User: | EDDIE.LOWE2@ED.GOV |
| Award Status: | Final | Last Modified Date: | 03/29/2019 12:44:25 | Last Modified User: | ELVIS.TAYLOR@ED.GOV |
| Closed Status: | No | Closed Status Date: | | Closed By: | |

### Document Information

|  | Agency | Procurement Identifier | Modification No | Trans No |
|---|---|---|---|---|
| Award ID: | 9100 | 91003118F0348 | P00007 | 0 |
| Referenced IDV ID: | 9100 | EDFSA09D0015 | P00004 | |
| Reason For Modification: | SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | | | |
| Solicitation ID: | | | | |

|  | Agency Identifier | Main Account | Sub Account | Initiative |
|---|---|---|---|---|
| Treasury Account Symbol: | 91 | 0202 | | Select One |

### Dates / Amounts

| Field | Value | | Field | Current | Total |
|---|---|---|---|---|---|
| Date Signed (mm/dd/yyyy): | 03/29/2019 | | Action Obligation: | $17,187,320.00 | $104,563,245.83 |
| Effective Date (mm/dd/yyyy): | 03/29/2019 | | Base And Exercised Options Value: | $70,320.00 | $153,863,403.94 |
| Completion Date (mm/dd/yyyy): | 09/01/2019 | | Base and All Options Value (Total Contract Value): | $70,320.00 | $153,863,403.94 |
| Est. Ultimate Completion Date (mm/dd/yyyy): | 09/01/2019 | | | | |
| Solicitation Date (mm/dd/yyyy): | | | Fee Paid for Use of IDV: | | $0.00 |

### Purchaser Information

| Field | Value | Field | Value |
|---|---|---|---|
| Contracting Office Agency ID: | 9100 | Contracting Office Agency Name: | EDUCATION, DEPARTMENT OF |
| Contracting Office ID: | 910031 | Contracting Office Name: | FSA ACQUISITIONS OFFICE |
| Funding Agency ID: | 9100 | Funding Agency Name: | EDUCATION, DEPARTMENT OF |
| Funding Office ID: | 910055 | Funding Office Name: | FEDERAL STUDENT AID |
| Foreign Funding: | Not Applicable | | |

### Contractor Information

SAM Exception:

| Field | Value | Field | Value |
|---|---|---|---|
| DUNS No: | 016242890 | Street: | 123 S JUSTISON ST STE 300 |
| Vendor Name: | NAVIENT CORPORATION | Street2: | |
| DBAN: | NAVIENT DEPARTMENT OF EDUCATION | City: | WILMINGTON |
| Cage Code: | 7GGQ3 | State: | DE  Zip: 198015363 |
| | | Country: | UNITED STATES |
| | | Phone: | (703) 984-6669 |
| | | Fax No: | (570) 281-3688 |
| | | Congressional District: | DELAWARE 00 |

### Business Category

| Field | Value |
|---|---|
| Organization Type: | CORPORATE NOT TAX |
| State of Incorporation: | DE |
| Country of Incorporation: | USA |

**Business Types**
✓ Corporate Entity, Not Tax Exempt
**Relationship With Federal Government**
✓ All Awards
**Organization Factors**
✓ For Profit Organization

### Contract Data

| Field | Value |
|---|---|
| Type of Contract: | Firm Fixed Price |
| Inherently Governmental Functions: | Critical Functions |
| Multiyear Contract: | No |
| Major Program: | |
| National Interest Action: | None |
| Cost Or Pricing Data: | Select One |
| Purchase Card Used As Payment Method: | No |
| Undefinitized Action: | No |
| Performance Based Service Acquisition: | Yes - Service where PBA is used. |
| * FY 2004 and prior; 80% or more specified as performance requirement | |
| * FY 2005 and later; 50% or more specified as performance requirement | |
| Contingency Humanitarian Peacekeeping Operation: | Not Applicable |
| Contract Financing: | Select One |
| Cost Accounting Standards Clause: | Select One |
| Consolidated Contract: | Not Consolidated |

| | |
|---|---|
| Number Of Actions: | 1 |

## Legislative Mandates

| | |
|---|---|
| Clinger-Cohen Act: | No |
| Labor Standards: | Yes |
| Materials, Supplies, Articles, and Equip: | Not Applicable |
| Construction Wage Rate Requirements: | Not Applicable |
| Additional Reporting: | Select One or More Options<br>Employment Eligibility Verification (52.222-54)<br>Service Contract Inventory (FAR 4.17)<br>None of the Above |
| Interagency Contracting Authority: | Not Applicable |
| Other Interagency Contracting Statutory Authority:<br>*(1000 characters)* | |

## Principal Place of Performance

| | |
|---|---|
| Principal Place Of Performance Code: | *State* PA  *Location*  *Country* USA |
| Principal Place Of Performance County Name: | LUZERNE |
| Principal Place Of Performance City Name: | WILKES BARRE |
| Congressional District Place Of Performance: | 08 |
| Place Of Performance Zip Code(+4): | 18706 - 3047   USPS ZIP Codes |

## Product Or Service Information

| | |
|---|---|
| Product/Service Code: | R710   Description: SUPPORT- MANAGEMENT: FINANCIAL |
| Principal NAICS Code: | 522390   Description: OTHER ACTIVITIES RELATED TO CREDIT INTERMEDIA |
| Bundled Contract: | Not Bundled |
| DOD Acquisition Program: | Description: |
| Country of Product or Service Origin: | USA   UNITED STATES |
| Place of Manufacture: | Not a manufactured end product |
| Domestic or Foreign Entity: | U.S. Owned Business |
| Recovered Materials/Sustainability: | No Clauses Included and No Sustainability Included   OMB Policy on Sustainable Acquisition |
| InfoTech Commercial Item Category: | Select One |
| Claimant Program Code: | Description: |
| Sea Transportation: | Select One |
| GFP Provided Under This Action: | Transaction uses GFP |
| Use Of EPA Designated Products: | Not Required |
| Description Of Requirement:<br>*(4000 characters)* | BASE AWARD: Servicing of Title IV student financial aid, in accordance with Section 2212 of the Health Care and Education Reconciliation Act of 2010 (Pub.L. 111-152, 124 Stat. 1029) for the period of 6/17/2009 to 6/16/2019.<br><br>TASK ORDER: Servicing of Title IV student financial aid in accordance with Section 2212 of the Health Care and Education Reconciliation Act of 2010 (Pub.L.111-152, 124 Stat. 1029) for the period of 9/1/2018 to 8/31/2019.<br><br>MODIFICATION: The purpose of this modification is to incorporate and provide funding for Change Request (CR) 4841 and provide funding for Title IV student loan servicing through approximately June 30, 2019.<br><br>CR 4841 - The DMCS Servicer incorrectly processed partial Borrower Defense discharges for approximately 10k loans. |

## Competition Information

| | |
|---|---|
| Extent Competed For Referenced IDV: | |
| Extent Competed: | Full and Open Competition |
| Solicitation Procedures: | Subject to Multiple Award Fair Opportunity |
| IDV Type Of Set Aside: | No set aside used. |
| Type Of Set Aside: | Select One |
| Type Of Set Aside Source: | IDC |
| Evaluated Preference: | No Preference used |
| SBIR/STTR: | Select One |
| Fair Opportunity/Limited Sources: | Fair Opportunity given |
| Other Than Full And Open Competition: | Select One |
| Local Area Set Aside: | No |
| FedBizOpps: | Yes |
| A76 Action: | No |
| Commercial Item Acquisition Procedures: | Commercial Item |
| IDV Number of Offers: | 5 |
| Number Of Offers Received: | 4   Number of Offers Source: This Action |

| | |
|---|---|
| **Small Business Competitiveness Demonstration Program:** | ☐ |
| **Simplified Procedures for Certain Commercial Items:** | No |
| **Preference Programs / Other Data** | |
| **Contracting Officer's Business Size Selection:** | Other than Small Business |
| **Subcontract Plan:** | Plan Required - Incentive Not Included |
| **Price Evaluation Percent Difference:** | % |

[New] [Save Draft] [Validate] [Approve] [Correct] [Modify] [Save Tmplt] [Delete] [Print] [Close Out] [Help]

## Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Award Type: | Delivery/Task Order | Prepared Date: | 03/27/2019 16:48:19 | Prepared User: | EDDIE.LOWE2@ED.GOV |
| Award Status: | Final | Last Modified Date: | 03/28/2019 10:20:50 | Last Modified User: | ELVIS.TAYLOR@ED.GOV |
| Closed Status: | No | Closed Status Date: | | Closed By: | |

## Document Information

| | Agency | Procurement Identifier | Modification No | Trans No |
|---|---|---|---|---|
| Award ID: | 9100 | 91003118F0344 | P00008 | 0 |
| Referenced IDV ID: | 9100 | EDFSA09D0012 | 0 | |
| Reason For Modification: | SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | | | |
| Solicitation ID: | | | | |

| | Agency Identifier | Main Account | Sub Account | Initiative |
|---|---|---|---|---|
| Treasury Account Symbol: | 91 | 0202 | | Select One |

## Dates / Amounts

| Date Signed (mm/dd/yyyy) : | 03/28/2019 | | Current | Total |
|---|---|---|---|---|
| Effective Date (mm/dd/yyyy) : | 03/28/2019 | Action Obligation: | $22,832,630.00 | $131,266,755.89 |
| Completion Date (mm/dd/yyyy) : | 08/31/2019 | Base And Exercised Options Value: | $14,630.00 | $188,447,160.29 |
| Est. Ultimate Completion Date (mm/dd/yyyy) : | 08/31/2019 | Base and All Options Value (Total Contract Value): | $14,630.00 | $188,447,160.29 |
| Solicitation Date (mm/dd/yyyy) : | | Fee Paid for Use of IDV: | $0.00 | |

## Purchaser Information

| | | | |
|---|---|---|---|
| Contracting Office Agency ID: | 9100 | Contracting Office Agency Name: | EDUCATION, DEPARTMENT OF |
| Contracting Office ID: | 910031 | Contracting Office Name: | FSA ACQUISITIONS OFFICE |
| Funding Agency ID: | 9100 | Funding Agency Name: | EDUCATION, DEPARTMENT OF |
| Funding Office ID: | 910055 | Funding Office Name: | FEDERAL STUDENT AID |
| Foreign Funding: | Not Applicable | | |

## Contractor Information

| SAM Exception: | | | |
|---|---|---|---|
| DUNS No: | 967379496 | Street: | 2401 INTERNATIONAL LN |
| Vendor Name: | GREAT LAKES EDUCATIONAL LOAN SE | Street2: | |
| DBAN: | | City: | MADISON |
| Cage Code: | 5J3D5 | State: | WI   Zip: 537043121 |
| | | Country: | UNITED STATES |
| | | Phone: | (608) 246-1500 |
| | | Fax No: | (608) 246-1481 |
| | | Congressional District: | WISCONSIN 02 |

## Business Category

| | | |
|---|---|---|
| Organization Type: | CORPORATE NOT TAX | **Business Types** |
| State of Incorporation: | WI | ✓ Corporate Entity, Not Tax Exempt |
| Country of Incorporation: | USA | **Relationship With Federal Government** |
| | | ✓ Contracts |
| | | **Organization Factors** |
| | | ✓ For Profit Organization |

## Contract Data

| | |
|---|---|
| Type of Contract: | Firm Fixed Price |
| Inherently Governmental Functions: | Critical Functions |
| Multiyear Contract: | No |
| Major Program: | |
| National Interest Action: | None |
| Cost Or Pricing Data: | Select One |
| Purchase Card Used As Payment Method: | No |
| Undefinitized Action: | No |
| Performance Based Service Acquisition: | Yes - Service where PBA is used. |
| * FY 2004 and prior; 80% or more specified as performance requirement | |
| * FY 2005 and later; 50% or more specified as performance requirement | |
| Contingency Humanitarian Peacekeeping Operation: | Not Applicable |
| Contract Financing: | Select One |
| Cost Accounting Standards Clause: | Select One |
| Consolidated Contract: | Not Consolidated |

| | | | |
|---|---|---|---|
| Number Of Actions: | 1 | | |

| Legislative Mandates | | Principal Place of Performance | |
|---|---|---|---|
| Clinger-Cohen Act: | No | Principal Place Of Performance Code: | State: WI  Location:  Country: USA |
| Labor Standards: | Yes | Principal Place Of Performance County Name: | DANE |
| Materials, Supplies, Articles, and Equip: | Not Applicable | Principal Place Of Performance City Name: | MADISON |
| Construction Wage Rate Requirements: | Not Applicable | Congressional District Place Of Performance: | 02 |
| Additional Reporting: | Select One or More Options / Employment Eligibility Verification (52.222-54) / Service Contract Inventory (FAR 4.17) / None of the Above | Place Of Performance Zip Code(+4): | 53704 - 3121   USPS ZIP Codes |
| Interagency Contracting Authority: | Not Applicable | | |
| Other Interagency Contracting Statutory Authority: (1000 characters) | | | |

**Product Or Service Information**

| | | | |
|---|---|---|---|
| Product/Service Code: | R710 | Description: | SUPPORT- MANAGEMENT: FINANCIAL |
| Principal NAICS Code: | 522390 | Description: | OTHER ACTIVITIES RELATED TO CREDIT INTERMEDIA |
| Bundled Contract: | Not Bundled | | |
| DOD Acquisition Program: | | Description: | |
| Country of Product or Service Origin: | USA  UNITED STATES | | |
| Place of Manufacture: | Not a manufactured end product | | |
| Domestic or Foreign Entity: | U.S. Owned Business | | |
| Recovered Materials/Sustainability: | No Clauses Included and No Sustainability Included | | OMB Policy on Sustainable Acquisition |
| InfoTech Commercial Item Category: | Select One | | |
| Claimant Program Code: | | Description: | |
| Sea Transportation: | Select One | | |
| GFP Provided Under This Action: | Transaction uses GFP | | |
| Use Of EPA Designated Products: | Not Required | | |
| Description Of Requirement: (4000 characters) | BASE AWARD: Servicing of Title IV student financial aid, in accordance with Section 2212 of the Health Care and Education Reconciliation Act of 2010 (Pub.L. 111-152, 124 Stat. 1029) for the period of 6/17/2009 to 6/16/2019.  TASK ORDER: Servicing of Title IV student financial aid in accordance with Section 2212 of the Health Care and Education Reconciliation Act of 2010 (Pub.L.111-152, 124 Stat. 1029) for the period of 9/1/2018 to 8/31/2019.  MODIFICATION: The purpose of this modification is to provide funding for Title IV student loan servicing through approximately June 27, 2019 and to incorporate and provide funding for Change Request 4841.  CR 4841 - The DMCS Servicer incorrectly processed partial Borrower Defense discharges for approximately 10k loans. | | |

**Competition Information**

| | |
|---|---|
| Extent Competed For Referenced IDV: | |
| Extent Competed: | Full and Open Competition |
| Solicitation Procedures: | Subject to Multiple Award Fair Opportunity |
| IDV Type Of Set Aside: | No set aside used. |
| Type Of Set Aside: | Select One |
| Type Of Set Aside Source: | IDC |
| Evaluated Preference: | No Preference used |
| SBIR/STTR: | Select One |
| Fair Opportunity/Limited Sources: | Fair Opportunity given |
| Other Than Full And Open Competition: | Select One |
| Local Area Set Aside: | No |
| FedBizOpps: | Yes |
| A76 Action: | No |
| Commercial Item Acquisition Procedures: | Commercial Item |
| IDV Number of Offers: | 5 |
| Number Of Offers Received: | 4   Number of Offers Source: This Action |
| Small Business Competitiveness Demonstration Program: | |

| | |
|---|---|
| Simplified Procedures for Certain Commercial Items: | No |
| **Preference Programs / Other Data** | |
| **Contracting Officer's Business Size Selection:** | Other than Small Business |
| **Subcontract Plan:** | Plan Required - Incentive Not Included |
| **Price Evaluation Percent Difference:** | % |