JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, JAMAL CORNELIUS, RTHWAN DOBASHI, and JENNIFER CRAIG on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official | Case Number: C 17-cv-07210-SK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LIFT STAY AND TO ENFORCE THE PRELIMINARY INJUNCTION** |

| | |
|---|---|
| capacity as Secretary of the United States Department of Education, | ) ) ) |
| And | ) ) |
| THE UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) ) |
| *Defendants.* | ) ) ) ) |

Plaintiffs Martin Calvillo-Manriquez, Jamal Cornelius, Rithwan Dobashi, and Jennifer Craig, on behalf of themselves and all others similarly situated ("Plaintiffs"), have moved for an Order lifting the stay of proceedings that this Court entered on August 30, 2018, ECF No. 88, or, alternatively, partially lifting the stay as to Counts I-IV of Plaintiffs' First Amended Complaint, ECF No. 58. Plaintiffs also ask this Court to enforce the preliminary injunction that is currently in place requiring the Department to halt all collections on all Plaintiffs. Having considered the motion, the declarations and exhibits filed in support of the motion, any opposition filed, any oral argument, and the records filed in this case, the Court **GRANTS** Plaintiffs' Motion, and **ORDERS** that:

1. The stay entered on August 30, 2018, ECF No. 88, is hereby **LIFTED;** or, in the alternative, the stay entered on August 30, 2018 is hereby **PARTIALLY LIFTED** as to Counts I-IV of Plaintiffs' First Amended Complaint;

2. The parties shall appear by telephone for a case management conference to be held within 14 days of the date of this order, or otherwise at the court's convenience; and,

3. The Department of Education **IS ORDERED** to file with the Court, and serve on Plaintiffs, a status report every thirty (30) days detailing the loan repayment status of every class member.

**IT IS SO ORDERED.**

1
2  Dated: _____            _____
3                                     Hon. Sallie Kim
                                      United States Magistrate Judge
4                                     Northern District of California
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28