JOSEPH JARAMILLO (SBN 178566)
jjaramillo@heraca.org
NATALIE LYONS (SBN 293026)
nlyons@heraca.org
HOUSING & ECONOMIC RIGHTS
ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521

EILEEN M. CONNOR (SBN 248856)
econnor@law.harvard.edu
TOBY R. MERRILL (*Pro Hac Vice*)
tmerrill@law.harvard.edu
JOSHUA D. ROVENGER (*Pro Hac Vice*)
jrovenger@law.harvard.edu
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130s
Tel.: (617) 390-3003
Fax: (617) 522-0715

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, JAMAL CORNELIUS, RTHWAN DOBASHI, and JENNIFER CRAIG on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>And<br><br>THE UNITED STATES DEPARTMENT OF | Case Number: C 17-cv-07210-SK<br><br>**JOINT REQUEST RE: TELEPHONIC PARTICIPATION AT HEARING; [PROPOSED] ORDER**<br><br>Date Filed: August 5, 2019 |

1  EDUCATION,
2           *Defendants.*

Pursuant to Civil L.R. 7-11, and Magistrate Judge Sallie Kim's Standing Order, Plaintiffs and Defendants (the parties) respectfully request that the Court permit their counsel to appear by telephone at the motions hearing scheduled for 9:30 a.m. on August 19, 2019. In support of this request, the parties state as follows:

1. On May 25, 2018, the Court granted in part and denied in part Plaintiffs' Motion for a Preliminary Injunction. ECF No. 60; *see also* ECF No. 70.

2. Defendants filed an interlocutory appeal of the preliminary injunction order and asked the Court to stay proceedings pending the appeal. ECF No. 82. The Court granted the motion to stay, in part, on August 30, 2018. ECF No. 89.

3. On July 15, 2019, Plaintiffs filed a Motion to Lift the Stay of Proceedings and to Enforce the Preliminary Injunction. ECF No. 103. Plaintiffs noticed the hearing for August 19, 2019, at 9:30 a.m.

4. Defendants' counsel and some of Plaintiffs' counsel are based on the East Coast and would like to save the time and expense of traveling to California for this hearing.

5. Counsel has experience participating in such hearings over the telephone. For example, Counsel appeared by telephone for argument on Plaintiffs' Motion for Class Certification in this case.

6. On August 19, 2019 at 1:30 p.m., the Court is also scheduled to hold a further case management conference in the related case, *California v. DeVos*, No. 17-cv-07106. To the extent feasible, Plaintiffs' counsel also respectfully ask that they be permitted to be on the line during those proceedings.

7. Counsel will contact CourtCall by no later than 3:00 p.m. on Friday August 16, 2019.

Page **1** of **4**
JOINT REQUEST RE: TELEPHONIC PARTICIPATION
Case No. 17-cv-07210-SK

Therefore, the parties respectfully request that the Court permit their counsel to appear by telephone at the upcoming hearing on August 19, 2019.

Dated: August 5, 2019              Respectfully submitted,

/s/ *Joshua D. Rovenger*

Joseph Jaramillo
Natalie Lyons
HOUSING & ECONOMIC RIGHTS ADVOCATES
PO Box 29435
Oakland, CA 94604
Tel.: (510) 271-8443
Fax: (510) 280-2448

Eileen M. Connor
Toby R. Merrill
Joshua D. Rovenger
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Counsel for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *R. Charlie Merritt*
KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney (VA # 89400)
U.S. Department of Justice
919 East Main Street, Suite 1900
Richmond, VA 23219
 Telephone: (202) 616-8098

Facsimile: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov

*Counsel for Defendants*

**[PROPOSED] ORDER**

Pursuant to Civil L.R. 7-11, and having considered the motion, the Court hereby **GRANTS** the parties' joint request. Attorneys for the parties may appear by telephone for the August 19, 2019 motion hearing. Counsel for Plaintiffs may also call in for all proceedings on that day in the related case, *California v. DeVos*, No. 17-cv-07106. Counsel shall contact CourtCall by 3:00 p.m. on Friday August 16, 2019, to arrange for their appearance.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            Hon. Sallie Kim
                                            United States Magistrate Judge
                                            Northern District of California