United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, et al.,<br><br>Defendants. | Case No. 17-cv-07210-SK<br><br>**ORDER DENYING MOTION TO LIFT STAY AND REQUIRING COMPLIANCE REPORT**<br><br>Regarding Docket No. 103 |

As discussed with counsel at the oral argument that took place on August 19, 2019, the Court anticipates that the Ninth Circuit will soon issue a ruling crucial to resolution of the issues implicated in Plaintiff's motion to lift the stay of these proceedings. (Dkt. 103). Accordingly, the Court HEREBY DENIES WITHOUT PREJUDICE the motion to lift the stay. However, the Court is deeply concerned about Plaintiffs' allegations that Defendants have violated the terms of its preliminary injunction order. (Dkt. 70). Accordingly, Defendants shall submit a full report detailing their compliance with the preliminary injunction order by September 18, 2019. As well as describing the status of Defendants' compliance in full, the status report shall answer the following questions in particular:

1. How many people received incorrect notices that payments were due on their loans?
2. How were these incorrect notices remedied? Specifically, what affirmative steps did Defendants take to remedy the error?
3. How many people were subject to further collection or enforcement efforts on the basis of their receipt of an incorrect notice?
4. How were these erroneous collection or enforcement efforts remedied?

1   Specifically, what affirmative steps did Defendants take to remedy the error?
2 The Court will address the status report at a further case management conference on October 7,
3 2019, at 9:30 a.m.  The parties' joint case management statement shall be due no later than
4 September 30, 2019.
5   **IT IS SO ORDERED**.
6 Dated: August 19, 2019



SALLIE KIM
United States Magistrate Judge