JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education, <br><br> Defendants. | No. 3:17-cv-7210-SK <br><br> **NOTICE OF FILING** |

      Pursuant to this Court's August 19, 2019 Order, ECF No. 110, Defendants hereby submit a full report detailing their compliance with the Court's preliminary injunction order. The report was prepared by the Department of Education's Federal Student Aid office ("FSA"), and is attached to this notice along with relevant exhibits and a declaration from Charles Jeffrey Appel, who has been delegated the authority to perform the functions and duties vested in the position of the Chief Enforcement Officer of FSA's Enforcement Unit.

| | |
|---|---|
| Dated: September 18, 2019 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General |
| | MARCIA BERMAN<br>Assistant Branch Director |
| | */s/ R. Charlie Merritt*<br>R. CHARLIE MERRITT (VA Bar No. 89400)<br>KEVIN P. HANCOCK<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>919 East Main Street, Suite 1900<br>Richmond, VA 23219<br>(202) 616-8098<br>robert.c.merritt@usdoj.gov |
| | *Counsel for Defendants* |

Notice of Filing
No. 3:17-cv-7210-SK

2