JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
Trial Attorney
KEVIN P. HANCOCK
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
(202) 616-8098 (phone)
(804) 819-7417 (fax)
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, JAMAL CORNELIUS, RTHWAN DOBASHI, and JENNIFER CRAIG on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education<br><br>Defendants. | No. 17-7210<br><br>**DECLARATION OF CHARLES JEFFREY APPEL** |

I, Charles Jeffrey Appel, hereby declare under the penalty of perjury as follows:

1. I am over the age of 18 and competent to testify to the matters herein.

2. I have been delegated the authority to perform the functions and duties vested in the position of the Chief Enforcement Officer of the Enforcement Unit of the Office of Federal Student Aid ("FSA") for the United States Department of Education ("Department"). I have been delegated the authority to perform the functions and duties of the Chief Enforcement Officer since January 2019. I have also been the Director, Policy Liaison and Implementation, for FSA since May 2018. Previously, I was Senior Advisor, Policy and Initiatives, for FSA from November 2016 to May 2018, and the Deputy Undersecretary of Education from June 2013 to November 2016.

3. I certify that I am duly authorized, am qualified, and have been given authority by the Department to make the statements contained in this Declaration regarding the Department's report as to its compliance with the preliminary injunction entered in this matter. The statements contained herein are based on my personal knowledge as an employee of the Department, and my review of the pertinent records.

4. As having been delegated the authority to perform the functions and duties vested in the position of the Chief Enforcement Officer, I oversee the management of FSA's Enforcement Unit, including the Borrower Defense Group, which considers and issues decisions on applications by individual borrowers who request relief from their Federal student loans pursuant to the Department's borrower defense regulations.

5. Through my duties as the person who has been delegated with the authority to perform the functions and duties vested in the position of the Chief Enforcement Officer, my work on and my discussions with Department staff working on the borrower defense issues, I am familiar

with the Department's efforts to comply with the preliminary injunction entered in this lawsuit, including the steps taken by the Department since the order entered by this Court described in the following paragraph.

6. I am also aware of the order entered by this Court on August 19, 2019, directing the Department to produce a full report as to its compliance with the preliminary injunction and to answer certain questions about how many members in the class certified in this case received incorrect notices that payments were due on their loans, how may class members were subject to further collection or enforcement efforts based on their receipt of an incorrect notice, and the specific steps the Department has taken to remedy these issues.

7. To comply with the Court's order, FSA has taken a number of actions to collect and analyze data from the federal loan servicers that manage federal student loan borrowers' loan records to respond to the questions in the Court's order and to respond to such information, such as by reaching out to affected class members and establishing ongoing compliance and communications monitoring processes, in addition to continuing the compliance monitoring work already in progress before the Court's order was issued.

8. A report detailing the actions described in the preceding paragraph is attached as Exhibit A.

9. The report was drafted by staff in FSA and accurately describes the Department's analysis of its compliance with the preliminary injunction order as of September 18, 2019.

I declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 18th day of September, 2019.

*/s/ Jeff Appel*

Jeff Appel
Director of Policy Liaison and Implementation, delegated the duties of the Chief Enforcement Officer
Office of Federal Student Aid
United States Department of Education

Declaration of Charles Jeffrey Appel
3:17-cv-7210 SK

3