# Attachment 2

Hong, Caroline

---

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Thursday, March 1, 2018 7:40 PM |
| **To:** | Enrollment Status |
| **Cc:** | Bryson, Jane; Ed Servicer15_FP; Fahley, James |
| **Subject:** | Forbearance Extension Request - 03/01/2018 - Great Lakes |
| **Attachments:** | ForbEXT_20180301_GL.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

Hong, Caroline

---

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Thursday, March 1, 2018 7:40 PM |
| **To:** | grp.fc-mgmt |
| **Cc:** | Bryson, Jane; Ed Servicer15_FP |
| **Subject:** | Forbearance Extension Request - 03/01/2018 - MOHELA |
| **Attachments:** | ForbEXT_20180301_MOHELA.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

Hong, Caroline

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Thursday, March 1, 2018 7:39 PM |
| **To:** | 'EPNsightReports@nelnet.net' |
| **Cc:** | 'david.guerrero@nelnet.net'; Bryson, Jane; Ed Servicer15_FP |
| **Subject:** | Forbearance Extension Request - 03/01/2018 - NELNET |
| **Attachments:** | ForbEXT_20180301_NELNET.xlsx; ForbEXT_20180301_NELNET-TPD.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

Hong, Caroline
___

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Thursday, March 1, 2018 7:41 PM |
| **To:** | 'bemery@mycornerstoneloan.org' |
| **Cc:** | 'LoanProcessing@mycornerstoneloan.org'; 'tvig@mycornerstoneloan.org'; Bryson, Jane; 'nswensen@mycornerstoneloan.org' |
| **Subject:** | Forbearance Extension Request - 03/01/2018 - CORNERSTONE |
| **Attachments:** | ForbEXT_20180301_CORNERSTONE.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

Hong, Caroline

---

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Thursday, March 1, 2018 7:41 PM |
| **To:** | 'Compliance@edfinancial.com' |
| **Cc:** | Bryson, Jane; Ed Servicer15_FP; Analysts-Compliance |
| **Subject:** | Forbearance Extension Request - 03/01/2018  - EdFin |
| **Attachments:** | ForbEXT_20180301_EDFIN.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

Hong, Caroline
___

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Thursday, March 1, 2018 7:41 PM |
| **To:** | 'ahamlin@gsmr.org'; 'ls-msgseniors@gsmr.org' |
| **Cc:** | Bryson, Jane; Ed Servicer15_FP |
| **Subject:** | Forbearance Extension Request - 03/01/2018 - GRANITE STATE |
| **Attachments:** | ForbEXT_20180301_GSMR.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

Hong, Caroline

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Thursday, March 1, 2018 7:39 PM |
| **To:** | 'Ed-Claims_Research@navient.com' |
| **Cc:** | Bryson, Jane; 'Tarynne.Wolfe@navient.com'; 'Cynthia.L.Titus@navient.com'; 'Theresa.A.Elms@navient.com'; 'Kathleen.M.Hullihan@navient.com'; 'Lisa.B.Mataloni@navient.com'; Ed Servicer15_FP |
| **Subject:** | Forbearance Extension Request - 03/01/2018  - NAVIENT |
| **Attachments:** | ForbEXT_20180301_NAVIENT.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

1

Hong, Caroline

---

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Thursday, March 1, 2018 7:38 PM |
| **To:** | 'borrowerdefense@osla.org' |
| **Cc:** | Bryson, Jane; Ed Servicer15_FP |
| **Subject:** | Forbearance Extension Request - 03/01/2018 - OSLA |
| **Attachments:** | ForbEXT_20180301_OSLA.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

Hong, Caroline

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Thursday, March 1, 2018 7:38 PM |
| **To:** | FedLoanProgramManagement |
| **Cc:** | Bryson, Jane; Ed Servicer15_FP |
| **Subject:** | Forbearance Extension Request - 03/01/2018 - PHEAA |
| **Attachments:** | ForbEXT_20180301_PHEAA.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

Hong, Caroline

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Wednesday, March 7, 2018 6:10 PM |
| **To:** | 'Compliance@edfinancial.com' |
| **Cc:** | Bryson, Jane; Ed Servicer15_FP; Analysts-Compliance |
| **Subject:** | Forbearance Extension Request - 03/07/2018  - EdFin |
| **Attachments:** | FORBEXT_20180307_EDFIN.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

Hong, Caroline

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Wednesday, March 7, 2018 6:11 PM |
| **To:** | 'ahamlin@gsmr.org'; 'ls-msgseniors@gsmr.org' |
| **Cc:** | Bryson, Jane; Ed Servicer15_FP |
| **Subject:** | Forbearance Extension Request - 03/07/2018 - GRANITE STATE |
| **Attachments:** | FORBEXT_20180307_GSMR.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

Hong, Caroline

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Wednesday, March 7, 2018 6:11 PM |
| **To:** | Enrollment Status |
| **Cc:** | Bryson, Jane; Ed Servicer15_FP; Fahley, James |
| **Subject:** | RE: Forbearance Extension Request - 03/07/2018 - Great Lakes |
| **Attachments:** | FORBEXT_20180307_GL.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

Hong, Caroline

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Wednesday, March 7, 2018 6:11 PM |
| **To:** | 'Ed-Claims_Research@navient.com' |
| **Cc:** | Bryson, Jane; 'Tarynne.Wolfe@navient.com'; 'Cynthia.L.Titus@navient.com'; 'Theresa.A.Elms@navient.com'; 'Kathleen.M.Hullihan@navient.com'; 'Lisa.B.Mataloni@navient.com'; Ed Servicer15_FP |
| **Subject:** | Forbearance Extension Request - 03/07/2018  - NAVIENT |
| **Attachments:** | FORBEXT_20180307_NAVIENT.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

1

Hong, Caroline

---

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Wednesday, March 7, 2018 6:07 PM |
| **To:** | FedLoanProgramManagement |
| **Cc:** | Bryson, Jane; Ed Servicer15_FP |
| **Subject:** | Forbearance Extension Request - 03/07/2018 - PHEAA |
| **Attachments:** | FORBEXT_20180307_PHEAA.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

Hong, Caroline
___

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Wednesday, March 7, 2018 6:10 PM |
| **To:** | 'bemery@mycornerstoneloan.org' |
| **Cc:** | 'LoanProcessing@mycornerstoneloan.org'; 'tvig@mycornerstoneloan.org'; Bryson, Jane; 'nswensen@mycornerstoneloan.org' |
| **Subject:** | Forbearance Extension Request - 03/07/2018 - CORNERSTONE |
| **Attachments:** | FORBEXT_20180307_CORNERSTONE.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

Hong, Caroline

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Wednesday, March 7, 2018 6:11 PM |
| **To:** | grp.fc-mgmt |
| **Cc:** | Bryson, Jane; Ed Servicer15_FP |
| **Subject:** | Forbearance Extension Request - 03/07/2018 - MOHELA |
| **Attachments:** | FORBEXT_20180307_MOHELA.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

Hong, Caroline

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Wednesday, March 7, 2018 6:12 PM |
| **To:** | 'EPNsightReports@nelnet.net' |
| **Cc:** | 'david.guerrero@nelnet.net'; Bryson, Jane; Ed Servicer15_FP |
| **Subject:** | Forbearance Extension Request - 03/07/2018 - NELNET |
| **Attachments:** | FORBEXT_20180307_NELNET.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia

1

Hong, Caroline

---

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Wednesday, March 7, 2018 6:10 PM |
| **To:** | 'borrowerdefense@osla.org' |
| **Cc:** | Bryson, Jane; Ed Servicer15_FP |
| **Subject:** | Forbearance Extension Request - 03/07/2018 - OSLA |
| **Attachments:** | FORBEXT_20180307_OSLA.xlsx |

Please grant the borrower a continuation of their non-capping 12 month administrative forbearance from the request date column in the attached.

The password is the **March** COD production password.

Thanks,

Zenovia