**Attachment 3**

Hong, Caroline

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Tuesday, May 29, 2018 7:19 PM |
| **To:** | 'enrollmentstatus@glhec.org' |
| **Cc:** | Bryson, Jane; Ed Servicer15_FP |
| **Subject:** | Forbearance Request - 05/29/2018  - Great Lakes |
| **Attachments:** | 20180529_FORBREQ_GREAT LAKES.xlsx |
| **Importance:** | High |

**FSA has been advised of a preliminary injunction that orders us to cease collections for the borrowers in the attached list. No collection contacts or bills are to be sent to these borrowers. A notation to this effect should be placed on the borrower's account.**

Please contact the borrower with the below text.

The password is the May COD production password.

Thanks,
Aubrey

---------------------------------------------------------------------------

[Servicer Approved Header]

Dear [Borrower name],

Federal Student Aid has been advised of a preliminary injunction that orders us to cease collections on your account. An administrative forbearance has been placed onto your account until the matter is resolved. No payment is required at this time.

FSA is requesting that each borrower below be placed on a non-capping Administrative forbearance covering/resolving any prior delinquency (to bring current) and to cover 12 months into the future from the date of request below ( *borrower should not be due a payment for the next 12 months - end date of forbearance may differ depending on servicer s method of applying forbearance* ).  If the borrower is currently in deferment they shall remain in that deferment but if that deferment doesn't cover the next 12 months into the future, an admistrative forbearance should be applied after the deferment end so that borrower is not due a payment for 12 months from the date of request below.

Servicers should also annotate the borrower account that the forbearance has been applied per FSA due to borrower's request related to 'Borrower Defense to Repayment'

| SSN | Date of Request | First Name | Middle Name | Last Name | Borrower DOB | School Name | Current Servicer | Email or Mailed Successfully? (Y/N) | Email Address | Home Address |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4/26/2018 | Jamal | | Cornelius | | | GREAT LAKES | Y | | |
| | 5/29/2018 | Rthwan | | Dobashi | | | GREAT LAKES | Y | | |

Hong, Caroline

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Tuesday, May 29, 2018 7:17 PM |
| **To:** | 'EPNsightReports@nelnet.net' |
| **Cc:** | 'david.guerrero@nelnet.net'; Bryson, Jane; Ed Servicer15_FP |
| **Subject:** | Forbearance Request - 05/29/2018 - NELNET |
| **Attachments:** | 20180529_FORBREQ_NELNET.xlsx |
| | |
| **Importance:** | High |

**FSA has been advised of a preliminary injunction that orders us to cease collections for the borrowers in the attached list. No collection contacts or bills are to be sent to these borrowers. A notation to this effect should be placed on the borrower's account.**

Please contact the borrower with the below text.

The password is the May COD production password.

Thanks,
Aubrey

---------------------------------------------------------------------------

[Servicer Approved Header]

Dear [Borrower name],

Federal Student Aid has been advised of a preliminary injunction that orders us to cease collections on your account. An administrative forbearance has been placed onto your account until the matter is resolved. No payment is required at this time.

FSA is requesting that each borrower below be placed on a non-capping Administrative forbearance covering/resolving any prior delinquency (to bring current) and to cover 12 months into the future from the date of request below ( *borrower should not be due a payment for the next 12 months - end date of forbearance may differ depending on servicer s method of applying forbearance* ).  If the borrower is currently in deferment they shall remain in that deferment but if that deferment doesn't cover the next 12 months into the future, an admistrative forbearance should be applied after the deferment end so that borrower is not due a payment for 12 months from the date of request below.
   Servicers should also annotate the borrower account that the forbearance has been applied per FSA due to borrower's request related to 'Borrower Defense to Repayment'

| SSN | Date of Request | First Name | Middle Name | Last Name | Borrower DOB | School Name | Current Servicer | Email or Mailed Successfully? (Y/N) | Email Address | Home Address |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 3/6/2018 | JENNIFER |  | CRAIG |  |  | Nelnet | Y |  |  |

Hong, Caroline

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Tuesday, May 29, 2018 7:17 PM |
| **To:** | FedLoanProgramManagement |
| **Cc:** | Bryson, Jane; Ed Servicer15_FP |
| **Subject:** | Forbearance Request - 05/29/2018 - PHEAA |
| **Attachments:** | 20180529_FORBREQ_PHEAA.xlsx |

**FSA has been advised of a preliminary injunction that orders us to cease collections for the borrowers in the attached list. No collection contacts or bills are to be sent to these borrowers. A notation to this effect should be placed on the borrower's account.**

Please contact the borrower with the below text.

The password is the May COD production password.

Thanks,
Aubrey

--------------------------------------------------------------------------------

[Servicer Approved Header]

Dear [Borrower name],

Federal Student Aid has been advised of a preliminary injunction that orders us to cease collections on your account. An administrative forbearance has been placed onto your account until the matter is resolved. No payment is required at this time.

FSA is requesting that each borrower below be placed on a non-capping Administrative forbearance covering/resolving any prior delinquency (to bring current) and to cover 12 months into the future from the date of request below ( *borrower should not be due a payment for the next 12 months - end date of forbearance may differ depending on servicer's method of applying forbearance* ). If the borrower is currently in deferment they shall remain in that deferment but if that deferment doesn't cover the next 12 months into the future, an admistrative forbearance should be applied after the deferment end so that borrower is not due a payment for 12 months from the date of request below.

Servicers should also annotate the borrower account that the forbearance has been applied per FSA due to borrower's request related to 'Borrower Defense to Repayment'

| SSN | Date of Request | First Name | Middle Name | Last Name | Borrower DOB | School Name | Current Servicer | Email or Mailed Successfully? (Y/N) | Email Address | Home Address |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 3/6/2018 | Alina |  | Farajian |  |  | PHEAA | Y |  |  |

Hong, Caroline

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Tuesday, May 29, 2018 7:19 PM |
| **To:** | 'enrollmentstatus@glhec.org' |
| **Cc:** | Bryson, Jane; Ed Servicer15_FP |
| **Subject:** | Forbearance Request - 05/29/2018  - Great Lakes |
| **Attachments:** | 20180529_FORBREQ_GREAT LAKES.xlsx |
| **Importance:** | High |

**FSA has been advised of a preliminary injunction that orders us to cease collections for the borrowers in the attached list. No collection contacts or bills are to be sent to these borrowers. A notation to this effect should be placed on the borrower's account.**

Please contact the borrower with the below text.

The password is the May COD production password.

Thanks,
Aubrey

---------------------------------------------------------------------------

[Servicer Approved Header]

Dear [Borrower name],

Federal Student Aid has been advised of a preliminary injunction that orders us to cease collections on your account. An administrative forbearance has been placed onto your account until the matter is resolved. No payment is required at this time.

FSA is requesting that each borrower below be placed on a non-capping Administrative forbearance covering/resolving any prior delinquency (to bring current) and to cover 12 months into the future from the date of request below ( *borrower should not be due a payment for the next 12 months - end date of forbearance may differ depending on servicer s method of applying forbearance* ).  If the borrower is currently in deferment they shall remain in that deferment but if that deferment doesn't cover the next 12 months into the future, an admistrative forbearance should be applied after the deferment end so that borrower is not due a payment for 12 months from the date of request below.

Servicers should also annotate the borrower account that the forbearance has been applied per FSA due to borrower's request related to 'Borrower Defense to Repayment'

| SSN | Date of Request | First Name | Middle Name | Last Name | Borrower DOB | School Name | Current Servicer | Email or Mailed Successfully? (Y/N) | Email Address | Home Address |
|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | 4/26/2018 | Jamal | | Cornelius | | | GREAT LAKES | Y | | |
| ▮ | 5/29/2018 | Rthwan | | Dobashi | ▮ | | GREAT LAKES | Y | | |

Hong, Caroline
___

| | |
|---|---|
| **From:** | FSAOperations |
| **Sent:** | Tuesday, May 29, 2018 7:18 PM |
| **To:** | 'Ed-Claims_Research@navient.com' |
| **Cc:** | Bryson, Jane; 'Tarynne.Wolfe@navient.com'; 'Cynthia.L.Titus@navient.com'; 'Theresa.A.Elms@navient.com'; 'Kathleen.M.Hullihan@navient.com'; 'Lisa.B.Mataloni@navient.com'; Ed Servicer15_FP |
| **Subject:** | Forbearance Request -  05/29/2018 - NAVIENT |
| **Attachments:** | 20180529_FORBREQ_NAVIENT.xlsx |
| **Importance:** | High |

**FSA has been advised of a preliminary injunction that orders us to cease collections for the borrowers in the attached list. No collection contacts or bills are to be sent to these borrowers. A notation to this effect should be placed on the borrower's account.**

Please contact the borrower with the below text.

The password is the May COD production password.

Thanks,
Aubrey

------------------------------------------------------------------------------

[Servicer Approved Header]

Dear [Borrower name],

Federal Student Aid has been advised of a preliminary injunction that orders us to cease collections on your account. An administrative forbearance has been placed onto your account until the matter is resolved. No payment is required at this time.

1

FSA is requesting that each borrower below be placed on a non-capping Administrative forbearance covering/resolving any prior delinquency (to bring current) and to cover 12 months into the future from the date of request below ( *borrower should not be due a payment for the next 12 months - end date of forbearance may differ depending on servicer s method of applying forbearance* ).  If the borrower is currently in deferment they shall remain in that deferment but if that deferment doesn't cover the next 12 months into the future, an admistrative forbearance should be applied after the deferment end so that borrower is not due a payment for 12 months from the date of request below.
Servicers should also annotate the borrower account that the forbearance has been applied per FSA due to borrower's request related to 'Borrower Defense to Repayment'

| SSN | Date of Request | First Name | Middle Name | Last Name | Borrower DOB | School Name | Current Servicer | Email or Mailed Successfully? (Y/N) | Email Address | Home Address |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 3/6/2018 | Marta |  | Mercado |  |  | Navient | y |  |  |