**Attachment 4**

Hong, Caroline

---

| | |
|---|---|
| **From:** | Bryson, Jane |
| **Sent:** | Tuesday, July 23, 2019 10:16 PM |
| **To:** | Curran, Frank D.; Hong, Caroline; Hayhurst, Sara |
| **Subject:** | FW: Forbearance Request for Partially Approved Claims - OSLA |
| **Attachments:** | PartialApprovalForb_20180705.zip |

---

**From:** FSAOperations <FSAOperations@ed.gov>
**Sent:** Thursday, July 5, 2018 10:47 AM
**To:** 'borrowerdefense@osla.org' <borrowerdefense@osla.org>
**Cc:** Bryson, Jane <Jane.Bryson@ed.gov>; Ed Servicer15_FP <edservicer15@ed.gov>
**Subject:** Forbearance Request for Partially Approved Claims - OSLA

1. Identify any borrower from this list that you have on your system with any open loan(s).
2. For every borrower you have – the Servicer shall (similar to what was requested in CR 4585) apply a non-capping Administrative forbearance covering/resolving any prior delinquency (to bring current) and remain on forbearance until FSA instructs the servicer to remove the forbearance (once the claim has been decided/resolved). If the borrower is currently in deferment (or in $0.00 IDR plan) the borrower shall remain in that deferment/plan but if that deferment/plan ends prior to FSA instructing the servicer to remove the forbearance, an administrative forbearance should be applied after the deferment/plan end so that borrower remains in forbearance until FSA instructs the servicer to remove the forbearance.
3. Servicers shall annotate the borrower account that the administrative forbearance has been applied per FSA due to borrower's request related to 'Borrower Defense to Repayment'.

July COD password.

Thanks,
Aubrey

Hong, Caroline
___

| | |
|---|---|
| **From:** | Bryson, Jane |
| **Sent:** | Tuesday, July 23, 2019 10:16 PM |
| **To:** | Curran, Frank D.; Hong, Caroline; Hayhurst, Sara |
| **Subject:** | FW: Forbearance Request for Partially Approved Claims - PHEAA |
| **Attachments:** | PartialApprovalForb_20180705.zip |
| | |
| **Importance:** | High |

**From:** FSAOperations <FSAOperations@ed.gov>
**Sent:** Thursday, July 5, 2018 10:48 AM
**To:** FedLoanProgramManagement <FedLoanProgramManagement@pheaa.org>
**Cc:** Bryson, Jane <Jane.Bryson@ed.gov>; Ed Servicer15_FP <edservicer15@ed.gov>
**Subject:** Forbearance Request for Partially Approved Claims - PHEAA
**Importance:** High

1. Identify any borrower from this list that you have on your system with any open loan(s).
2. For every borrower you have – the Servicer shall (similar to what was requested in CR 4585) apply a non-capping Administrative forbearance covering/resolving any prior delinquency (to bring current) and remain on forbearance until FSA instructs the servicer to remove the forbearance (once the claim has been decided/resolved). If the borrower is currently in deferment (or in $0.00 IDR plan) the borrower shall remain in that deferment/plan but if that deferment/plan ends prior to FSA instructing the servicer to remove the forbearance, an administrative forbearance should be applied after the deferment/plan end so that borrower remains in forbearance until FSA instructs the servicer to remove the forbearance.
3. Servicers shall annotate the borrower account that the administrative forbearance has been applied per FSA due to borrower's request related to 'Borrower Defense to Repayment'.

July COD password.

Thanks,
Aubrey

Hong, Caroline
___

| | |
|---|---|
| **From:** | Bryson, Jane |
| **Sent:** | Tuesday, July 23, 2019 10:18 PM |
| **To:** | Curran, Frank D.; Hong, Caroline; Hayhurst, Sara |
| **Subject:** | FW: Forbearance Request for Partially Approved Claims  - EdFin |
| **Attachments:** | PartialApprovalForb_20180705.zip |
| | |
| **Importance:** | High |

**From:** FSAOperations <FSAOperations@ed.gov>
**Sent:** Thursday, July 5, 2018 10:45 AM
**To:** 'Compliance@edfinancial.com' <Compliance@edfinancial.com>
**Cc:** Bryson, Jane <Jane.Bryson@ed.gov>; Ed Servicer15_FP <edservicer15@ed.gov>; Analysts-Compliance <Analysts-Compliance@edfinancial.com>
**Subject:** Forbearance Request for Partially Approved Claims - EdFin
**Importance:** High

1. Identify any borrower from this list that you have on your system with any open loan(s).
2. For every borrower you have – the Servicer shall (similar to what was requested in CR 4585) apply a non-capping Administrative forbearance covering/resolving any prior delinquency (to bring current) and remain on forbearance until FSA instructs the servicer to remove the forbearance (once the claim has been decided/resolved). If the borrower is currently in deferment (or in $0.00 IDR plan) the borrower shall remain in that deferment/plan but if that deferment/plan ends prior to FSA instructing the servicer to remove the forbearance, an administrative forbearance should be applied after the deferment/plan end so that borrower remains in forbearance until FSA instructs the servicer to remove the forbearance.
3. Servicers shall annotate the borrower account that the administrative forbearance has been applied per FSA due to borrower's request related to 'Borrower Defense to Repayment'.

July COD password.

Thanks,
Aubrey

Hong, Caroline

| | |
|---|---|
| **From:** | Bryson, Jane |
| **Sent:** | Wednesday, July 24, 2019 12:42 PM |
| **To:** | Hong, Caroline |
| **Cc:** | Hayhurst, Sara; Curran, Frank D. |
| **Subject:** | FW: Forbearance Request for Partially Approved Claims - GREAT LAKES |
| **Attachments:** | PartialApprovalForb_20180705.zip |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**From:** FSAOperations <FSAOperations@ed.gov>
**Sent:** Thursday, July 5, 2018 10:50 AM
**To:** 'enrollmentstatus@glhec.org' <enrollmentstatus@glhec.org>
**Cc:** Bryson, Jane <Jane.Bryson@ed.gov>; Ed Servicer15_FP <edservicer15@ed.gov>
**Subject:** Forbearance Request for Partially Approved Claims - GREAT LAKES

1. Identify any borrower from this list that you have on your system with any open loan(s).
2. For every borrower you have – the Servicer shall (similar to what was requested in CR 4585) apply a non-capping Administrative forbearance covering/resolving any prior delinquency (to bring current) and remain on forbearance until FSA instructs the servicer to remove the forbearance (once the claim has been decided/resolved). If the borrower is currently in deferment (or in $0.00 IDR plan) the borrower shall remain in that deferment/plan but if that deferment/plan ends prior to FSA instructing the servicer to remove the forbearance, an administrative forbearance should be applied after the deferment/plan end so that borrower remains in forbearance until FSA instructs the servicer to remove the forbearance.
3. Servicers shall annotate the borrower account that the administrative forbearance has been applied per FSA due to borrower's request related to 'Borrower Defense to Repayment'.

July COD password.

Thanks,
Aubrey

Hong, Caroline

| | |
|---|---|
| **From:** | Bryson, Jane |
| **Sent:** | Tuesday, July 23, 2019 10:17 PM |
| **To:** | Curran, Frank D.; Hong, Caroline; Hayhurst, Sara |
| **Subject:** | FW: Forbearance Request for Partially Approved Claims - GRANITE STATE |
| **Attachments:** | PartialApprovalForb_20180705.zip |
| | |
| **Importance:** | High |

**From:** FSAOperations <FSAOperations@ed.gov>
**Sent:** Thursday, July 5, 2018 10:46 AM
**To:** 'ahamlin@gsmr.org' <ahamlin@gsmr.org>; 'ls-msgseniors@gsmr.org' <ls-msgseniors@gsmr.org>
**Cc:** Bryson, Jane <Jane.Bryson@ed.gov>; Ed Servicer15_FP <edservicer15@ed.gov>
**Subject:** Forbearance Request for Partially Approved Claims - GRANITE STATE
**Importance:** High

1. Identify any borrower from this list that you have on your system with any open loan(s).
2. For every borrower you have – the Servicer shall (similar to what was requested in CR 4585) apply a non-capping Administrative forbearance covering/resolving any prior delinquency (to bring current) and remain on forbearance until FSA instructs the servicer to remove the forbearance (once the claim has been decided/resolved). If the borrower is currently in deferment (or in $0.00 IDR plan) the borrower shall remain in that deferment/plan but if that deferment/plan ends prior to FSA instructing the servicer to remove the forbearance, an administrative forbearance should be applied after the deferment/plan end so that borrower remains in forbearance until FSA instructs the servicer to remove the forbearance.
3. Servicers shall annotate the borrower account that the administrative forbearance has been applied per FSA due to borrower's request related to 'Borrower Defense to Repayment'.

July COD password.

Thanks,
Aubrey

Hong, Caroline

| | |
|---|---|
| **From:** | Bryson, Jane |
| **Sent:** | Tuesday, July 23, 2019 10:18 PM |
| **To:** | Curran, Frank D.; Hong, Caroline; Hayhurst, Sara |
| **Subject:** | FW: Forbearance Request for Partially Approved Claims - MOHELA |
| **Attachments:** | PartialApprovalForb_20180705.zip |
| **Importance:** | High |

**From:** FSAOperations <FSAOperations@ed.gov>
**Sent:** Thursday, July 5, 2018 10:44 AM
**To:** grp.fc-mgmt <grp.fc-mgmt@mohela.com>
**Cc:** Bryson, Jane <Jane.Bryson@ed.gov>; Ed Servicer15_FP <edservicer15@ed.gov>
**Subject:** Forbearance Request for Partially Approved Claims - MOHELA
**Importance:** High

1. Identify any borrower from this list that you have on your system with any open loan(s).
2. For every borrower you have – the Servicer shall (similar to what was requested in CR 4585) apply a non-capping Administrative forbearance covering/resolving any prior delinquency (to bring current) and remain on forbearance until FSA instructs the servicer to remove the forbearance (once the claim has been decided/resolved). If the borrower is currently in deferment (or in $0.00 IDR plan) the borrower shall remain in that deferment/plan but if that deferment/plan ends prior to FSA instructing the servicer to remove the forbearance, an administrative forbearance should be applied after the deferment/plan end so that borrower remains in forbearance until FSA instructs the servicer to remove the forbearance.
3. Servicers shall annotate the borrower account that the administrative forbearance has been applied per FSA due to borrower's request related to 'Borrower Defense to Repayment'.

July COD password.

Thanks,
Aubrey

Hong, Caroline

| | |
|---|---|
| **From:** | Bryson, Jane |
| **Sent:** | Tuesday, July 23, 2019 10:16 PM |
| **To:** | Curran, Frank D.; Hong, Caroline; Hayhurst, Sara |
| **Subject:** | FW: Forbearance Request for Partially Approved Claims - NAVIENT |
| **Attachments:** | PartialApprovalForb_20180705.zip |
| **Importance:** | High |

**From:** FSAOperations <FSAOperations@ed.gov>
**Sent:** Thursday, July 5, 2018 10:48 AM
**To:** 'Ed-Claims_Research@navient.com' <Ed-Claims_Research@navient.com>
**Cc:** Bryson, Jane <Jane.Bryson@ed.gov>; 'Tarynne.Wolfe@navient.com' <Tarynne.Wolfe@navient.com>; 'Cynthia.L.Titus@navient.com' <Cynthia.L.Titus@navient.com>; 'Theresa.A.Elms@navient.com' <Theresa.A.Elms@navient.com>; 'Kathleen.M.Hullihan@navient.com' <Kathleen.M.Hullihan@navient.com>; 'Lisa.B.Mataloni@navient.com' <Lisa.B.Mataloni@navient.com>; Ed Servicer15_FP <edservicer15@ed.gov>
**Subject:** Forbearance Request for Partially Approved Claims - NAVIENT
**Importance:** High

1. Identify any borrower from this list that you have on your system with any open loan(s).
2. For every borrower you have – the Servicer shall (similar to what was requested in CR 4585) apply a non-capping Administrative forbearance covering/resolving any prior delinquency (to bring current) and remain on forbearance until FSA instructs the servicer to remove the forbearance (once the claim has been decided/resolved). If the borrower is currently in deferment (or in $0.00 IDR plan) the borrower shall remain in that deferment/plan but if that deferment/plan ends prior to FSA instructing the servicer to remove the forbearance, an administrative forbearance should be applied after the deferment/plan end so that borrower remains in forbearance until FSA instructs the servicer to remove the forbearance.
3. Servicers shall annotate the borrower account that the administrative forbearance has been applied per FSA due to borrower's request related to 'Borrower Defense to Repayment'.

July COD password.

Thanks,
Aubrey

Hong, Caroline
___

| | |
|---|---|
| **From:** | Bryson, Jane |
| **Sent:** | Tuesday, July 23, 2019 10:15 PM |
| **To:** | Curran, Frank D.; Hong, Caroline; Hayhurst, Sara |
| **Subject:** | FW: Forbearance Request for Partially Approved Claims - NELNET |
| **Attachments:** | PartialApprovalForb_20180705.zip |
| **Importance:** | High |

___

**From:** FSAOperations <FSAOperations@ed.gov>
**Sent:** Thursday, July 5, 2018 10:49 AM
**To:** 'EPNsightReports@nelnet.net' <EPNsightReports@nelnet.net>
**Cc:** 'david.guerrero@nelnet.net' <david.guerrero@nelnet.net>; Bryson, Jane <Jane.Bryson@ed.gov>; Ed Servicer15_FP <edservicer15@ed.gov>
**Subject:** Forbearance Request for Partially Approved Claims - NELNET
**Importance:** High

1. Identify any borrower from this list that you have on your system with any open loan(s).
2. For every borrower you have – the Servicer shall (similar to what was requested in CR 4585) apply a non-capping Administrative forbearance covering/resolving any prior delinquency (to bring current) and remain on forbearance until FSA instructs the servicer to remove the forbearance (once the claim has been decided/resolved). If the borrower is currently in deferment (or in $0.00 IDR plan) the borrower shall remain in that deferment/plan but if that deferment/plan ends prior to FSA instructing the servicer to remove the forbearance, an administrative forbearance should be applied after the deferment/plan end so that borrower remains in forbearance until FSA instructs the servicer to remove the forbearance.
3. Servicers shall annotate the borrower account that the administrative forbearance has been applied per FSA due to borrower's request related to 'Borrower Defense to Repayment'.

July COD password.

Thanks,
Aubrey