| | |
|---|---|
| **From:** | Johnson, Debbe |
| **To:** | Tessitore, Lisa; Myers-Wright, Helena; Wise, Andrea; Hayhurst, Sara; Amy.Goheen; Andy Rogers; Ashley Gordon; Brenda Cox; CornerStone Client Relations; Debbie Phillips; Eileen Herbert; Elena Preston; Emily Wright; Fred Crump; Heather Gotlieb; Jamie Brown; Jeffrey Stine; grp.fc-mgmt; Joanna Schofield; John Zemetro; Karen Knoche; Kathy Maguire; Kay Brezny; Keriann Leonard; Kevin.woods@Navient.com; Mary Anne Evans; Matt.Stover; Misty Hamilton; Paul Voight; Rob Sommer; Robert Woodburn; svanorman; Scott Kistner; Stacey Harman; Stephanie Buttrick; Stephanie Martella; Susan Schwieger; Tkielhofer; Tarynne Wolfe; Teresa Willis; Tina Laliberte; Todd Rieg; Tracy Stine; Vicky Roganish; Wendy Drudy |
| **Cc:** | Wendy Schimmel; Timothy P Cummings; Bobyak, Debra; Natalie Rice; Ashley Benson; Skinner, Dennis L.; Slattery, Colleen - x3929; Kim France; wendy.drudy@e-hps.com; Farmer, Jennifer - x3484; O"Daniel, Tonya; Werner, Allen; Luitjens, Patricia |
| **Subject:** | FINAL REPORT TEMPLATE (NEW/REVISED) AND ALL SERVICER BORROWER DEFENSE MEETING MINUTES 08-21-19 |
| **Date:** | Thursday, August 22, 2019 7:57:49 AM |
| **Attachments:** | Servicer_Court Order Request_Detail_2019.08.21_FINAL.xlsx<br>ALL SERVICER -- BORROWER DEFENSE -- MEETING MINUTES 08-21-19.docx<br>image001.png<br>image002.png |
| **Importance:** | High |

## PLEASE USE TEMPLATE ATTACHED FOR REPORTING PURPOSES.

Also attached are the meeting minutes.

dj



**Debbe "dj" Johnson** | Management and Program Analyst

Oversight and Monitoring Front Office Administration | Business Operations

U.S. Department of Education | Federal Student Aid

830 First Street NE, Washington, DC 20202

Office: (202) 440-0937 | debbe.johnson@ed.gov



**Federal Student Aid** — An OFFICE of the U.S. DEPARTMENT of EDUCATION | PROUD SPONSOR of the AMERICAN MIND™

| | ALL SERVICER MEETING MINUTES 08/21/19 | CONFERENCE CALL IN: (202) 991-0393<br>SKYPE CONFERENCE ID: 495043667<br>DATE: AUGUST 21, 2019<br>TIME: 11:00 - 12:00 (Eastern Time) |
|---|---|---|
| **ATTENDEES** | ☒ CornerStone ☒ ECSI ☒ FedLoan ☒ Granite State ☒ Great Lakes ☒ HESC Edfinancial ☒ MOHELA ☒ Navient ☒ Nelnet ☒ OSLA ☐ Other<br><br>FSA Attendees: Lisa Tessitore, Helena Myers-Wright, Andrea Wise, Sara Hayhurst, Debbe "dj" Johnson | |

| AGENDA ITEM | TOPIC DESCRIPTION | PRESENTER |
|---|---|---|
| 1. | **BORROWER DEFENSE AND REPORTING NEEDS**<br>FSA appreciates attention from our servicers on this very important matter that needs to be turned around very quickly.<br>We will be discussing the reporting that was included in the agenda – need information within the next two weeks – 09/04/19.<br><br>**Reporting –**<br>We need this report completed for Information from a certain point in time through today. Certain point in time is 05/25/18 to current date (aka forward.) If anyone came out of the forbearance for whatever reason during that time period, they should have been placed back into a forbearances. All other borrower defense borrowers should have been in a forbearance.<br>If they fell out or were removed from a forbearance, we need additional information –<br>• Were they notified of the forbearance end date, and what transpired after that? For example, did they go back into repayment or another forbearance or another status, etc. See template for questions we would like to capture. | Lisa Tessitore<br>Sara Hayhurst |
| 2. | **QUESTIONS/ANSWERS**<br>Q. Partial forgiveness – Servicers were provided information on how to do the calculation and then move the borrowers to repayment (Frank Curran). That was the process for partial forgiveness. Is FSA now stating they should have remained in a forbearance status?<br>A. Servicers would have received another file (~ 07/07/18); which instructed the servicer to put those partial forgiveness borrowers (tiered relief borrowers) back into forbearances. Some of these borrowers had borrower defense loans discharged but the rest of their loans should have been placed in forbearance or remained in forbearance status.<br><br>Q. If borrower asked to be removed from the forbearance, does this still need to be flagged? | Lisa Tessitore<br>Sara Hayhurst |

|  |  |  |  |
|---|---|---|---|
|  | **A.** FSA will be adding an Opt Out Column (U) and resending reporting template to identify those borrowers. |  |  |
|  | **Q.** What date should be used for Column Q and R -- technical default date of 270 or sent to DMCS transfer date? |  |  |
|  | A.   Servicers should use the date the borrower moved to 360 if you find anyone in default status (DMSC transfer date) in Columns Q and R. |  |  |
|  |    **A.1** Column S – This column will now be the date the loan was reported to the credit agency or the delinquency date (90 days). |  |  |
|  | **Q.** What does FSA want in Column J? |  |  |
|  | **A.** Yes or No. Clarification added to template. |  |  |
|  | **Q.** Did we decide to add a column between N and O and ask the question – Is this a defaulted borrower? |  |  |
|  | **A.** No, we will be able to identify if the borrower went delinquent or defaulted after the forbearance ended based on the questions in Column R-S. |  |  |
| **3.** | **REPORT SIZE** Large reports may need to be picked up on the servicer's site or sent via another process.  All TIVAS can send these larger files or have a process they have used for monitoring processes.  We can receive the files. We will need directions on how to download the files securely. Files should be sent to Lisa Tessitore, Sara Hayhurst and Andrea Wise. **Lisa.Tessitore@ed.gov** **Sara.Hayhurst@ed.gov** **Andrea.Wise@ed.gov** |  | **Lisa Tessitore** **Sara Hayhurst** **Andrea Wise** |
| **4.** | **DUE DATE** Deadline to receive report is 09/04/19, two weeks from today.  If can't make the deadline, let us know as soon as possible and provide a new ETA date.  Perhaps FSA can help, so we need to know as soon as possible. DJ asked servicers if they could meet this deadline – CornerStone -- They can complete timely. ECSI – They can complete timely. Granite State – They can complete timely. Great Lakes – Not an easy query but think they can complete timely. Edfinancial – They can complete timely. FedLoan – They can complete timely. MOHELA – They can complete timely. Navient – They can complete timely. Nelnet – They can complete timely. OSLA – They can complete timely. |  | **Lisa Tessitore** **Sara Hayhurst** |

| 4. | **TEMPLATE** | **Lisa Tessitore** |
|---|---|---|
| | Sara will redo report template and DJ will resend to the servicers. | **Sara Hayhurst** |

| | Due September 2019 | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provide the following details for borrowers that attended a Corinthian Colleges, Inc. institution (CCI includes institutions formerly known as Heald, Everest and WyoTech) and have at least one open loan that received a tiered relief or pending borrower defense application (exclude borrower's loans that are in a $0 IDR pay plan. | | | | | | | | | | Did the borrower receive a forbearance end notice since May 25, 2018? | If the borrower received a forbearance notice, please provide the following | If the borrower received a forbearance notice, please provide the following | Did the borrower receive a payment due notice since May 25, 2018? | If the borrower received a payment due notice, please provide the following | Did the borrower go into a delinquent or default status since May 25, 2018? | Did the borrower go into a delinquent or default status since May 25, 2018? If received a forbearance end or payment due notice? | Did the borrower delinquency or default reported to one or many credit agencies? Date Reported to Credit Agency | Did the borrower go back into forbearance or stopped collection activity status after receipt of a forbearance end notice and/or payment due notice? | Borrower Voluntarily Opted Out of Forbearance or Stopped Collection Activity |
| | Borrower First Name | Borrower Last Name | Borrower SSN | Borrower DOB | Servicer/GA Code | Servicer/GA Name | Award ID | OPE ID | Parent PLUS Loan (Yes/No) | Current Loan Status | | Forbearance (Stopped Collection Activity) Start Date | Forbearance (Stopped Collection Activity) End Date | | Did the borrower make a payment(s)? | | | | | |

U.S. Department of Education Confidential
Information contained within this document is sensitive and confidential.
May contain controlled and unclassified information. Information for Internal Purposes Only.

| | Due September 2019 | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provide the following details for borrowers that attended a Corinthian Colleges Inc. institution (CCI includes institutions formerly known as Heald, Everest, and WyoTech) and have at least one open loan that received tiered relief or pending borrower defense application include borrower's loans that are in a $0 IDR pay plan in this tab. | | | | | | | | | | Did the borrower receive a forbearance end notice since May 25 2018? | If the borrower received a forbearance notice please provide the following | If the borrower received a forbearance notice please provide the following | Did the borrower receive a payment due notice since May 25 2018? | If the borrower received a payment due please provide the following | Did the borrower go into a deliquent or default status since May 25 2018? | Did the borrower go into a deliquent or default status since May 25 2018 if received a forbearance end or payment due notice? | Did the borrower deliquency or default reported to one or many credit agencies? Date Reported to Credit Agency | Did the borrower go back into forbearance or stopped collection activity status after receipt of a forbearance end notice and/or payment due notice? | Borrower Voluntarily Opted Out of Forbearance or Stopped Collection Activity |
| | Borrower First Name | Borrower Last Name | Borrower SSN | Borrower DOB | Servicer/GA Code | Servicer/GA Name | Award ID | OPE ID | Parent PLUS Loan (Yes/No) | Current Loan Status | | Forbearance (Stopped Collection Activity) Start Date | Forbearance (Stopped Collection Activity) End Date | | Did the borrower make a payment(s)? | | | | | |

U.S. Department of Education Confidential
Information contained within this document is sensitive and confidential.
May contain controlled and unclassified information. Information for Internal Purposes Only.

**Litigation Question**
How many borrowers received forbearance ending notices?
How many people received notices that payments were due on their loans?
How were these incorrect notices remedied?
Specifically, what affirmative steps did Defendants take to remedy the error?
How many people were subject to further collection or enforcement efforts on the basis of their receipt of an incorrect notice?
How were these erroneous collection or enforcement efforts remedied?