# Attachment 8



| | |
|---|---|
| Quality Assurance Review (QAR) Team | Document Number: 2019-001 |
| | Revision: 0 |
| | Effective Date: 09/05/2019 |
| Document Owner: Program Quality Manager | Page: 1 of 5 |

## Title:  QA Review Plan – Borrower Defense

### 1.0   PURPOSE

The purpose of this document is to establish the plan for a QA Review of Borrower Defense and the application of forbearance policy both internally and with contractors.

### 2.0   SCOPE

This review plan applies to the immediate court-ordered solution implementation for the Borrower Defense Program focused on debt relief for Corinthian College Students and its affiliated entities. This review will be in partnership with relevant internal business units to develop longer term solutions for processing this and any additional Forbearance programs in the future with requisite controls and reporting.

The quality team will generally be following ISO 9001:2015, Plan-Do-Check-Act (PDCA) for the review:

This review employs the process approach, which incorporates the Plan-Do-Check-Act (PDCA) cycle and risk-based thinking. The process approach enables an organization to plan its processes and their interactions. The PDCA cycle enables an organization to ensure that its processes are adequately resourced and managed, and that opportunities for improvement are determined and acted on.

### 3.0 REVIEW FUNCTIONS

#### 3.1   Review Documentation

- Court filings
    - Identify problematic areas and review solutions and process change already in place or in progress.

- Review internal documentation to include available reports on impacted population

- Summarize the "Corinthian Rule" and "Average Income Ruling" (AIR). Leverage previous internal reviews, data, and specialist area knowledge that is available.

Controlled Document
TMP-CD-01, Revision 1
Effective: 19 May 2017

The controlled copy of this document is maintained on the Quality Assurance Review Team SharePoint site. It is the user's responsibility to ensure they are using the most current copy of the document. Printed, copied or otherwise transferred copies of this document are considered uncontrolled copies.

### 3.2 Document and Collate Existing Workflows

- Access existing business process documentation and compare to actual business
- Document borrowers defense applications (volume, issues, impact, etc.)

### 3.3 Analyze Current Population

- Determine stage of the process the applications/attestations reside
- Identify timeline for the process
- Determine method to document and track outcomes and updating of systems at contractors
- Analyze existing forbearance codes are they appropriate for future data collection. Is there specific code s for Corinthian forbearance and the Manriquez class
- Timely review of forbearance performance monitoring frequency (weekly, monthly, etc.)
- Review information associated with "Manriquez" action for correct status

### 3.4 Review Data

- Obtain file information sources referred to in Hayhurst declaration
- Obtain updated files with status from relevant services (not just the "Big 3")
- Review Corinthian data from NSLDS, if accessible
- Compare Corinthian NSLDS data with contractor supplied data
- Review data from applications, attestations, and completions

### 3.5 Internal Steps

- Interviews with key personnel
- Data collection and validation
    - Specifically, the ~ 59,763 qualifying accounts
- Review status of the servicing and collection platforms
- Verification of accounts in adjudication
- Develop process timelines as they currently exist
- Discuss preventive actions required or proposed from business units

QA Review Plan – Borrower Defense                                       Revision 0

## 4.0 PROCESS REVIEW

- Working with Internal Review and all involved business units, discuss possible recommended process changes identified to promote greater accountability and control.

- Seek the involvement, opinions, and knowledge of parties touched by the issue under review to determine near term and longer-term outcomes that can be agreed on for recommendation to implement.

- After all requested changes are made by contractors, implement systematic checks on contractor's data to provide certainty that desired or requested outcomes are in effect, identify errors, omissions so that contractor can correct and monitor outcomes for performance.

- Report noncompliance or issues preventing delivery of service or inability to meet the requirements.

- Report continued performance of contractors and internal efforts.

- Review contractor's implementation of any agreed process, data or system changes and report on contractor compliance to requests in timely manner and accuracy of results.

- Inform contractor of any operational discrepancies in conjunction with appropriate internal resources.

- Assist internal units to improve delivery timelines of process change and design (refer to attachment 1 & 2).

## 5.0 CONTRACTOR BEHAVIOR MEASUREMENT

- Work to develop a measurement-based performance evaluation matrix to be used in monitoring future performance and delivery of defined services for both external and internal processes.

- The outcome of the CCI forbearance program review will provide FSA Leadership with valid performance and current status data to provide continuous assurance of operational performance and control.

- Oversight Team in partnership with Internal Review resources will monitor the portfolio for compliance while looking to identify early warning signs issues before they occur.

- Assist existing working group review and define more efficient processes which are identified as points of conflict or problem and develop future performance metrics for process for future reporting.

- Visit relevant contractors to vet that systems and processes are compliant for performing under FSA requirements and the court order.

## 6.0 TIMELINE PROPOSED

### 6.1 Day 1 to 60

- Stay in contact with the remediation team to assist as needed.

- Review remediation plan and endorse proposal.

### 6.2 Day 60+

- Review and report on implementation of adjusted forbearance codes in internal and external systems.

- Review data fields every 30 days for primary vendors. Look for trends, flags, and opportunities for improvement.

## 7.0 RECOMMENDATIONS

Recommendations will be distributed to executive management and the business units.

## 8.0 REFERENCES AND RELATED DOCUMENTS

| Document Number | Document Title |
|---|---|
| Attachment 1 | Hayhurst Read Ahead Summary (9/21/2019) |
| Attachment 2 | Forbearance Remediation Slides (8/20/2019) |
| 3:17-cv-07210-SK | Document 104-1 Hayhurst Declaration |
| ISO 9001:2015 | Quality Management System Requirements |

## 9.0 DOCUMENT HISTORY

| Date | Revision | Description of Change |
|---|---|---|
| 9/5/2019 | 0 | Original Issue |

---

QA Review Plan – Borrower Defense                                                                                                  Revision 0

## 10.0  APPROVAL

*Devon A. Engleman*
Devon A. Engleman
Program Quality Manager