UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, et al.,<br><br>Defendants. | Case No. 17-cv-07210-SK<br><br>**ORDER GRANTING ADMINISRATIVE MOTION TO APPEAR BY TELEPHONE, REQUEST TO EXTEND CASE MANAGEMENT STATEMENT DEADLINE**<br><br>Regarding Docket Nos. 112, 113 |

Plaintiffs request permission for some of their counsel of record to appear by telephone at the further case management conference currently set for October 7, 2019. (Dkt. 112.) Provided that at least one attorney for Plaintiffs will appear in person, the Court HEREBY GRANTS the request for additional counsel to appear by telephone. Counsel shall contact CourtCall at 888-882-6878 to arrange their appearances. Counsel for Defendants must appear in person.

The parties have submitted a stipulated request for a two-day extension of time to file the required case management statement. (Dkt. 113.) The Court GRANTS the request; the parties' joint case management statement shall be due no later than October 2, 2019.

**IT IS SO ORDERED**.

Dated: September 30, 2019



_____

SALLIE KIM
United States Magistrate Judge