UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, et al., <br><br> Defendants. | Case No. 17-cv-07210-SK <br><br> **ORDER REGARDING PROTECTIVE ORDER** <br><br> Regarding Docket No. 118 |

The Court has ordered Defendants to produce a complete list of the names of the members of the class certified by the Court on October 15, 2018, along with physical and electronic addresses.  (Dkt. 118.)  The Court will enter a protective order to safeguard the sensitive information of the class members.  Therefore, the Court HEREBY ORDERS the parties to meet and confer regarding the form of such protective order no later than October 18, 2019.  The Parties shall submit either a stipulated protective order or, in the event they cannot agree, separate proposed protective orders, no later than October 23, 2019.

**IT IS SO ORDERED**.

Dated: October 9, 2019

_____
SALLIE KIM
United States Magistrate Judge