UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, et al.,<br><br>Defendants. | Case No. 17-cv-07210-SK<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Regarding Docket No. 137 |

The Court has ordered Defendants to file monthly compliance reports detailing their progress toward conformity with the preliminary injunction entered in this case. (Dkt. 130.) On November 1, 2019, Defendants filed their first such compliance report. (Dkt. 136.) Defendants seek leave to file under seal a spreadsheet attachment to their report that contains sensitive personal information of potential and confirmed class members. (Dkt. 137.) Defendants' motion is HEREBY GRANTED; Defendants may file the spreadsheet attachment to the November 1, 2019 compliance report under seal.

**IT IS SO ORDERED**.

Dated: November 6, 2019

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge