JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education, <br><br> Defendants. | No. 3:17-cv-7210-SK <br><br> **NOTICE OF FILING** |

Pursuant to this Court's October 24, 2019 Order Regarding Sanctions, ECF No. 130, Defendants hereby submit the Declaration of Mark A. Brown and, attached as an exhibit to that declaration, Defendants' December status report regarding their compliance with the Court's preliminary injunction. Defendants will move separately to file an attachment to the compliance report under seal pursuant to Civil Local Rule 79-5 in order to protect from public disclosure personally identifying information.

| | |
|---|---|
| Dated: December 2, 2019 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>*/s/ Kevin P. Hancock*<br>R. CHARLIE MERRITT (VA Bar No. 89400)<br>KEVIN P. HANCOCK<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Telephone: (202) 514-3183<br>Fax: (202) 616-8470<br>E-mail: kevin.p.hancock@usdoj.gov<br><br>*Counsel for Defendants* |