1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

MARTIN CALVILLO MANRIQUEZ, et al.,

Case No.  17-cv-07210-SK

8
9

Plaintiffs,

**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

v.

10
11

ELISABETH DEVOS, et al.,

Regarding Docket No. 169

Defendants.

12

The Court has ordered Defendants to file monthly compliance reports detailing their

13

progress toward conformity with the preliminary injunction entered in this case.  (Dkt. 130.)  On

14

January 8, 2020, Defendants filed their third such compliance report.  (Dkt. 168.)  Defendants seek

15

leave to file under seal a spreadsheet attachment to their report that contains sensitive personal

16

information of potential and confirmed class members.  (Dkt. 169.)  Defendants' motion is

17

HEREBY GRANTED; Defendants may file the spreadsheet attachment to the January 8, 2020,

18

compliance report under seal.

19

**IT IS SO ORDERED**.

20

Dated: January 13, 2020

21

_____

22

SALLIE KIM
United States Magistrate Judge

23
24
25
26
27
28

United States District Court
Northern District of California