United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, et al., <br><br> Defendants. | Case No. 17-cv-07210-SK <br><br> **ORDER GRANTING EXTENSION OF TIME** <br><br> Regarding Docket No. 171 |

Defendants filed an administrative motion requesting an extension of their deadline to respond to Plaintiffs' motion for partial reconsideration of the Court's sanctions order from January 15, 2020, to January 22, 2020. (Dkt. 171.) Defendants informed the Court that Plaintiffs do not object to their request, but the motion as filed is not stipulated and signed by both parties. (*Id.*) Ordinarily, when and administrative motion is filed by a single party, the Court must allow four days for any opposition to be filed pursuant to Civil Local Rule 7-11. However, the deadline Defendants seek to extend falls within the four-day period in this instance. Because Plaintiffs apparently do not object to the relief sought, and good cause appearing, the Court HEREBY GRANTS Defendants' request. Defendants' response to Plaintiffs' motion for partial relief from the sanctions order shall be due no later than January 22, 2020. If Plaintiffs do in fact object to the extension, they may file notice of that objection on the Court's docket and the Court will reconsider the request.

**IT IS SO ORDERED**.

Dated: January 14, 2020

_____
SALLIE KIM
United States Magistrate Judge