JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education, <br><br> Defendants. | No. 3:17-cv-7210-SK <br><br> **JOINT SCHEDULING PROPOSAL** |

On February 3, 2020, the Court held a status conference in *California v. U.S. Department of Education, et al.*, 3:17-cv-7106-SK, *see* ECF No. 114, during which the Court requested that the parties in this case, *Calvillo Manriquez v. U.S. Department of Education, et al.*, meet and confer to propose a schedule for this matter that would align with the scheduling proposal to be filed in *California* by February 14, 2020. The parties have met and conferred and submit the following joint proposal:

1. The United States Department of Education and Betsy DeVos in her official capacity as Secretary of Education (collectively, "ED" or "Defendants") will lodge the administrative record and a privilege log for the administrative record in this case by February 28, 2020. The administrative record and the privilege log will be the same as in the related case *California v. U.S. Department of Education, et al.*, 3:17-cv-7106-SK.

2. By March 20, 2020, the parties will meet and confer and file a joint status report proposing a schedule to the Court for submitting any further documents for the Court to review *in camera* and to brief any remaining privilege issues. The parties anticipate briefing these issues expeditiously, allowing them to be submitted for a decision in April 2020.

3. After the Court's resolution of the parties' motions regarding privilege issues, if any, the parties shall meet and confer on any remaining issues related to the administrative record and a dispositive motion briefing schedule, and propose a schedule to the Court as needed.

Dated: February 13, 2020                                  Respectfully submitted,

                                                          JOSEPH H. HUNT
                                                          Assistant Attorney General

                                                          MARCIA BERMAN
                                                          Assistant Branch Director

                                                          */s/ Kevin P. Hancock*
                                                          R. CHARLIE MERRITT (VA Bar # 89400)
                                                          KEVIN P. HANCOCK
                                                          Trial Attorneys
                                                          U.S. Department of Justice
                                                          Civil Division, Federal Programs Branch
                                                          1100 L Street NW
                                                          Washington, DC 20002
                                                          Telephone: (202) 514-3183
                                                          Fax: (202) 616-8470
                                                          kevin.p.hancock@usdoj.gov

                                                          *Counsel for Defendant*


                                                          /s/ *Margaret O'Grady*

                                                          Joseph Jaramillo
                                                          Natalie Lyons
                                                          HOUSING & ECONOMIC RIGHTS ADVOCATES
                                                          1814 Franklin Street, Suite 1040

Oakland, CA 94604
Tel.: (510) 271-8443
Fax: (510) 280-2448

Eileen M. Connor
Toby R. Merrill (*pro hac vice*)
Margaret O'Grady (*pro hac vice*)
LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715

*Attorneys for Plaintiffs*