UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, et al., <br><br> Defendants. | Case No. 17-cv-07210-SK <br><br> **ORDER APPROVING SCHEDULING PROPOSAL** <br><br> Regarding Docket No. 189 |

The parties have submitted a joint scheduling proposal regarding the submission of the administrative record and privilege log in this case. (Dkt. 189.) The Court HEREBY APPROVES the joint scheduling proposal. Defendants shall lodge the administrative record and privilege log, which will be the same as in the related case *California v. U.S. Dep't of Education, et al.*, 3:17-cv-7106-SK, no later than February 28, 2020. The parties shall file a joint status report no later than March 20, 2020, identifying further documents for *in camera* review and/or privilege issues. The parties may also attend the status conference currently set in the related case for March 23, 2020 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: February 19, 2020

_____
SALLIE KIM
United States Magistrate Judge