JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education,<br><br>Defendants. | No. 3:17-cv-7210-SK<br><br>**NOTICE OF LODGING OF CERTIFIED ADMINISTRATIVE RECORD** |

Pursuant to this Court's February 19, 2020 Order, ECF No. 191, Defendants hereby file the Administrative Record in the above-referenced case. An index and certification for the Administrative Record are attached along with the record itself. Defendants are separately filing a privilege log, as required by the Court's orders in this and the related case, *California v. Dep't of Educ.*, 3:17-cv-7106-SK.

| | |
|---|---|
| Dated:  February 28, 2020 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>*/s/ R. Charlie Merritt*<br>R. CHARLIE MERRITT (VA Bar No. 89400)<br>KEVIN P. HANCOCK<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>919 East Main Street, Suite 1900<br>Richmond, VA 23219<br>(202) 616-8098<br>robert.c.merritt@usdoj.gov<br><br>*Counsel for Defendants* |