JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education, <br><br> Defendants. | No. 3:17-cv-7210-SK <br><br> **DEFENDANTS' CERTIFICATION OF ADMINISTRATIVE RECORD** |

I, Brian Siegel, pursuant to the provisions of 20 U.S.C. §3472 and the authority delegated to me from the Secretary and the General Counsel of the U.S. Department of Education ("Department"), hereby certify that the attached pages 00000001 through 00003427, as identified on the Administrative Record Index filed with this Certification, constitute true copies of the administrative records underlying the Department's decisions concerning its granting of discharges between 2015 and 2018 of Federal Direct Loans made to borrowers who the Department determined were eligible for such relief based on their borrower defense to repayment applications, submitted on the basis of the Department's findings that certain schools operated by Corinthian Colleges, Inc. had made misrepresentations as to the job placement rates of specific programs during certain periods of time. These administrative records, to the best of my knowledge, information and belief, reflect the non-privileged information and materials directly or indirectly considered by the Department in making the discharge decisions described herein.

Documents and information that are privileged or that are personally identifiable are not part of the administrative record.

Made on this 28th day of February 2020.

Brian Siegel
Deputy Assistant General Counsel
Division of Postsecondary Education
Office of the General Counsel
US Department of Education

Defendants' Certification of Administrative Record
3:17-cv-7210 SK