UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>    Defendants. | **ORDER GRANTING STIPULATION TO EXTEND TIME**<br><br>Case No.  17-cv-07106-SK<br><br>Regarding Docket No. 136 |
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELISABETH DEVOS, et al.,<br><br>    Defendants. | Case No.  17-cv-07210-SK<br><br>Regarding Docket No. 213 |

The Court has set a joint briefing schedule for the parties in the above-captioned cases regarding Plaintiffs' motion to complete the administrative record in both cases.  (Dkt. 201.) Pursuant to the Court's Order, Defendants' responsive briefing was due on April 30, 2020.  (*Id.*) Defendants have filed a request to extend that deadline for two business days due to difficulties related to COVID-19.  (Dkts. 136, 213.)  Defendants indicate that Plaintiffs have stipulated to the extension.  (*Id.*)  Accordingly, the Court HEREBY ORDERS that Defendants' responsive briefing and supportive documentation shall be due no later than May 4, 2020.

**IT IS SO ORDERED**.

Dated: May 1, 2020

_____
SALLIE KIM
United States Magistrate Judge