JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (202) 616-8098
Fax: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education,<br><br>Defendants. | No. 3:17-cv-7210-SK<br><br>**DECLARATION OF R. CHARLIE MERRITT** |

    1.      I am a Trial Attorney at the Department of Justice, Civil Division, Federal Programs Branch and counsel for the Defendants.  I submit this declaration in support of the parties' Stipulated Request to Continue May 11, 2020 Hearing.

    2.      On February 11, 2020, the Court scheduled a hearing on the issue of its "ability to impose sanctions of a compensatory nature against the government for violating the Court's Order

regarding preliminary injunction." ECF No. 188. That hearing is currently scheduled for Monday, May 11, 2020 at 2:30 p.m. ECF No. 208.

3. On January 31, 2020, the parties in this case and the related case, *California v. U.S. Dep't of Educ.*, No. 3:17-cv-7106, participated in a settlement conference with Magistrate Judge Ryu. Since that time, the parties, with the assistance of Magistrate Judge Ryu, have been engaging in good faith settlement negotiations.

4. The parties have made significant progress and have now reached agreement on the principle terms of a settlement, subject to working out the details and securing final approvals. The parties believe that continued negotiations to finalize an agreement would be most productive in the absence of further litigation at this time.

5. In order to allow the parties to focus their time and resources on facilitating settlement negotiations, the parties have stipulated and agreed to continue the May 11 hearing. The parties propose to file a joint status report on or before June 22, 2020, to advise the Court of the status of the settlement negotiations and, if necessary, a schedule for further proceedings at that time.

6. There have been ten previous time modifications in this case: (1) on March 8, 2018, the Court granted Defendants' motion for an extension of time to respond to the complaint. ECF No. 29; (2) on May 31, 2018, the parties filed a stipulation to extend Defendants' deadline to respond to Plaintiffs' amended complaint, ECF No. 63; (3) on July 30, 2019, the Court granted the parties' stipulation to stay certain deadlines pending the Court's resolution of Defendants' motion to stay proceedings pending appeal, ECF No. 86; (4) on September 30, 2019, the Court granted the parties' stipulation to extend the case management statement deadline, ECF No. 114; (5) on November 13, 2019, the Court granted the parties' joint administrative motion for an extension of time to file their sanctions administration plan, ECF No. 145; (6) on December 2, 2019, the Court granted Plaintiffs' unopposed administrative motion for a second extension of time to file a sanctions administration plan, ECF No. 154; (7) on December 18, 2019, the Court granted the parties' stipulation to enlarge time for Defendants to file their January Compliance Report. ECF No. 160; (8) on January 14, 2020, the Court granted Defendants' consent motion

for an extension of time to file their response to Plaintiffs' motion for reconsideration of sanctions order, ECF No. 172; (9) on January 28, 2020, the Court entered an order extending Defendants' deadline to file their February compliance report, ECF No. 177; and (10) on May 1, 2020, the Court entered an order granting the parties' stipulation to extend Defendants' deadline to file their brief in response to Plaintiffs' brief regarding completion of the administrative record, ECF No. 214.

       7.     The requested extension would not otherwise affect the case's schedule.

Dated:  May 8, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/  R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar # 89400)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (202) 616-8098
Fax: (804) 819-7417
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

Declaration
3:17-cv-7210-SK

3