UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, et al., <br><br> Defendants. | Case No.  17-cv-07210-SK <br><br> **ORDER GRANTING STIPULATION TO CONTINUE HEARING** <br><br> Regarding Docket No. 220 |

A hearing regarding Plaintiffs' motion for partial reconsideration of the Court's sanctions order (Dkt. 167) is currently set for May 11, 2020.  The parties inform the Court that they have made significant progress in their settlement negotiations to date and stipulate to continue the hearing on the motion in order to facilitate further progress toward settlement.  (Dkt. 220.)  Accordingly, the Court HEREBY GRANTS the stipulation and CONTINUES the hearing.  No later than June 22, 2020, the parties shall file a joint status report advising the Court of the status of the settlement negotiations and, if necessary, proposing a schedule for further proceedings.

**IT IS SO ORDERED**.

Dated: May 11, 2020

_____
SALLIE KIM
United States Magistrate Judge