| | |
|---|---|
| Xavier Becerra<br>Attorney General of California<br>Nicklas A. Akers<br>Senior Assistant Attorney General<br>Bernard A. Eskandari (SBN 244395)<br>Supervising Deputy Attorney General<br>Amos E. Hartston (SBN 186471)<br>Deputy Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Tel: (213) 269-6348<br>Fax: (213) 897-4951<br>Email: bernard.eskandari@doj.ca.gov<br><br>*Attorneys for Plaintiff the People of the State of California* | Joseph Jaramillo (SBN 178566)<br>Natalie Lyons (SBN 293026)<br>Housing & Economic Rights Advocates<br>1814 Franklin Street, Suite 1040<br>Oakland, CA 94612<br>Tel.: (510) 271-8443<br>Fax: (510) 868-4521<br>Email: nlyons@heraca.org<br><br>Eileen M. Connor (SBN 248856)<br>Toby R. Merrill (Pro Hac Vice)<br>Margaret E. O'Grady (Pro Hac Vice)<br>Legal Services Center Of Harvard Law School<br>122 Boylston Street<br>Jamaica Plain, MA 02130<br>Tel.: (617) 390-3003<br>Fax: (617) 522-0715<br>Email: mogrady@law.harvard.edu<br><br>*Attorneys for Class Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA ex rel. Xavier Becerra, Attorney General of California,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education<br><br>Defendants. | No. 17-cv-07106-SK |
| MARTIN CALVILLO MANRIQUEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education,<br><br>Defendants. | No. 17-cv-07210-SK<br><br>**STIPULATED REQUEST TO CONTINUE MOTION TO COMPLETE THE ADMINISTRATIVE RECORD AND CASE MANAGEMENT CONFERENCE** |

1

1  Subject to the Court's approval, Plaintiffs and Defendants, through their undersigned
2  counsel of record, HEREBY STIPULATE as follows:
3      1.    On March 20, 2020, the parties in the above-captioned cases filed a joint proposal
4  with the Court regarding the completion of the record in both cases, including *in camera* review
5  of specified documents. (Dkt. 129.)[1]
6      2.    The parties further proposed a joint briefing schedule for a motion to complete the
7  administrative record in both cases. (*Id.*)
8      3.    On March 23, 2020, the Court approved the proposed *in camera* submission and
9  briefing schedule, as follows:
10     a.  Defendants shall submit the 31 documents identified by Plaintiffs to the Court
11         for in camera review no later than April 9, 2020;
12     b.  Plaintiffs shall file their joint motion to complete the administrative record and
13         opening brief in support thereof no later than April 9, 2020;
14     c.  Defendants shall file their opposition brief no later than April 30, 2020; and
15     d.  Plaintiffs shall file their joint reply no later than May 21, 2020.
16     4.    The Court also ordered a Case Management Statement due by May 26, 2020, and
17 set a Further Case Management Conference on June 1, 2020 at 9:30 am. (Dkt. 131.)
18     5.    Defendants submitted the documents for *in camera* inspection on April 9, 2020.
19 (*See* Dkt. 133).
20     6.    Plaintiffs filed a Joint Brief Re: Completion of the Administrative Record and *In*
21 *Camera* Review of Documents on April 9, 2020. (Dkt. 134.)
22     7.    On April 30, 2020, the parties submitted a stipulated request to lengthen
23 Defendants' time for responding to Plaintiffs' Joint Brief Re: Completion of the Administrative
24 Record. (Dkt. 136.) On May 1, 2020, the Court granted the stipulated extended time, ordering that
25 Defendants' responsive briefing and supportive documentation shall be due no later than May 4,
26 2020. (Dkt. 137.)

---

[1] All "Dkt" cites are to the docket in the *California* case, No. 17-cv-07106-SK.

8. Defendants filed an opposition brief and supporting documents on May 4, 2020. (Dkt. 138.)

9. Plaintiffs have not yet filed their reply brief.

10. On January 31, 2020, the parties in the above-captioned cases participated in a settlement conference with Magistrate Judge Ryu.  Since that time, the parties, with the assistance of Magistrate Judge Ryu, have been engaging in good faith settlement negotiations.

11. The parties have made significant progress and have now reached agreement on the principal terms of a settlement, subject to working out the details and securing final approvals. The parties believe that continued negotiations to finalize an agreement would be most productive in the absence of further litigation at this time.

12. In order to allow the parties to focus their time and resources on facilitating settlement negotiations, the parties hereby stipulate and agree to continue (1) the date for Plaintiffs' reply brief related to Plaintiffs' joint motion to complete the administrative record; (2) the Court's *in camera* review of documents; (3) the May 26, 2020, Case Management Statement; and (4) the June 1, 2020 Further Case Management Conference.  The parties propose to file a joint status report on or before June 22, 2020, to advise the Court of the status of the settlement negotiations and, if necessary, to set a schedule for further proceedings at that time. The parties propose continuing the Further Status Conference currently set for June 1, 2020, to a date after June 22, 2020, at a date and time convenient for the Court.

13. In accordance with Civil L.R. 6-2(a), this stipulation is supported by the declaration of counsel, filed herewith.

Dated: May 19, 2020                                  Respectfully submitted,

*/s/ Bernard A. Eskandari*
BERNARD A. ESKANDARI
*Attorney for Plaintiff the People of the State of California*

|  |  |
|---|---|
|  | /s/ Margaret E. O'Grady |
|  | MARGARET E. O'GRADY |
|  | *Attorney for Class Plaintiffs* |

Dated: May 19, 2020

JOSEPH H. HUNT

Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ R. Charlie Merritt
R. CHARLIE MERRITT (VA Bar # 89400)
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (202) 616-8098
Fax: (804) 819-7417
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2020

_____
THE HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

4

Stipulated Request to Continue Motion to Complete the Administrative Record and Case Management Conference
Nos. 17-cv-7106-SK; 17-cv-7210-SK