United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　Defendants. | **ORDER SETTING DEADLINE FOR FURTHER STATUS REPORT**<br><br>Case No.  17-cv-07106-SK<br><br>Regarding Docket No. 146 |
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ELISABETH DEVOS, et al.,<br><br>　　　　Defendants. | Case No.  17-cv-07210-SK<br><br>Regarding Docket No. 239 |

The Court has reviewed the joint status report submitted by the parties on August 24, 2020. (Dkts. 146, 239.)  The parties inform the Court that they have reduced their agreement in principle to writing and are continuing the process of finalizing the language of their settlement agreement. (*Id.*)  The parties request that the Court set a further status report deadline in 30 days. (*Id.*)  The Court HEREBY APPROVES the parties' request for more time; all pending litigation deadlines in the above-captioned matters shall remain stayed, and the parties are ORDERED to submit a further status report no later than September 25, 2020.

**IT IS SO ORDERED**.

Dated: August 25, 2020

_____
SALLIE KIM
United States Magistrate Judge