JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (202) 616-8098
Fax: (804) 819-7417
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>              Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>              Defendants. | No. 3:17-cv-7106-SK |
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>              Defendants. | No. 3:17-cv-7210-SK<br><br>**JOINT STATUS REPORT** |

1       The parties hereby submit the following status report in response to the Court's August 25,

2   2020 order.

3       The parties have reduced their agreement in principle to writing, have exchanged multiple

4   drafts, and continue to work in good faith to finalize the language of this complex draft settlement

5   agreement.  The parties request that the Court set a further deadline for a status report in 30 days.

6

7   Dated:  September 25, 2020               Respectfully submitted,

8                         JEFFREY BOSSERT CLARK

9                         Acting Assistant Attorney General

10                        MARCIA BERMAN

11                        Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar # 89400)

12                        KEVIN P. HANCOCK

13                        Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch

14                        Richmond, VA 23219

15                        Telephone: (202) 616-8098
Fax: (804) 819-7417

16                        E-mail: robert.c.merritt@usdoj.gov

17                        *Attorneys for Defendants*

18

19  /s/  *Bernard A. Eskandari*

20  XAVIER BECERRA
Attorney General of California

21  NICKLAS A. AKERS
Senior Assistant Attorney General

22  BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General

23  AMOS E. HARTSTON (SBN 186471)
Deputy Attorney General

24  300 South Spring Street, Suite 1702
Los Angeles, CA 90013

25  Tel: (213) 269-6348
Fax: (213) 897-4951

26  Email: bernard.eskandari@doj.ca.gov

27  *Attorneys for Plaintiff the People of the State
of California*

28

1 
/s/ *Joseph Jaramillo*
JOSEPH JARAMILLO (SBN 178566)

2 
Housing & Economic Rights Advocates
1814 Franklin Street, Suite 1040

3 
Oakland, CA 94612
Tel.: (510) 271-8443

4 
Fax: (510) 868-4521
Email: nlyons@heraca.org

5 
/s/ *Margaret O'Grady*
EILEEN M. CONNOR (SBN 248856)

6 
TOBY R. MERRILL (Pro Hac Vice)
MARGARET E. O'GRADY (Pro Hac Vice)

7 
Legal Services Center Of Harvard Law School
122 Boylston Street

8 
Jamaica Plain, MA 02130
Tel.: (617) 390-3003

9 
Fax: (617) 522-0715
Email: mogrady@law.harvard.edu

10 

11 
*Attorneys for Class Plaintiffs*

12 

13 

14 

15 

16 

17 

18 

19 

20 

21 

22 

23 

24 

25 

26 

27 

28