JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MARCIA BERMAN
Assistant Branch Director

R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
(202) 514-3183 (phone)
(202) 616-8470 (fax)
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, JAMAL CORNELIUS, RTHWAN DOBASHI, and JENNIFER CRAIG on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education<br><br>Defendants. | No. 17-7210<br><br>**DECLARATION OF MARK A. BROWN** |

Declaration of Mark A. Brown
3:17-cv-7210 SK

I, Mark A. Brown, hereby declare under the penalty of perjury as follows:

1. I am over the age of 18 and competent to testify to the matters herein.

2. I am Chief Operating Officer of Federal Student Aid (FSA) in the U.S. Department of Education.  I was appointed to my position on March 4, 2019, by U.S. Secretary of Education Betsy DeVos.  I served in the U.S. Air Force (USAF) for 32 years and retired as a major general.  Most recently I served as the deputy commander for the Air Education and Training Command.  Prior to that I served in a series of roles in the USAF.

3. I certify that I am duly authorized, am qualified, and have been given authority by the Department to make the statements contained in this Declaration regarding the Department's report as to its compliance with the preliminary injunction entered in this matter.  The statements contained herein are based on my personal knowledge as an employee of the Department, and my review of the pertinent records.

4. As Chief Operating Officer, I oversee the management of FSA.  Through my duties as Chief Operating Officer and my discussions with Department staff working on borrower defense issues, I am familiar with the Department's efforts to comply with the preliminary injunction entered in this lawsuit, including the steps taken by the Department since the order entered by this Court described in the following paragraph.

5. I am also aware of the order entered by this Court on August 19, 2019, directing the Department to produce a full report as to its compliance with the preliminary injunction and to answer certain questions about how many members in the class certified in this case received incorrect notices that payments were due on their loans, how many class members were subject to further collection or enforcement efforts based on their receipt of an incorrect notice, and the specific steps the Department has taken to remedy these issues.

Declaration of Mark A. Brown
3:17-cv-7210 SK

6. I am further aware of the order entered by this Court on October 24, 2019, directing the Department to provide status reports regarding its attempts to comply with the preliminary injunction on a monthly basis, with certain specified information.

7. To comply with the Court's orders, FSA has taken a number of actions to collect and analyze data from the federal loan servicers that manage federal student loan borrowers' loan records to respond to the questions in the Court's order and to respond to such information, such as establishing ongoing compliance and communications monitoring processes, in addition to continuing the compliance monitoring work already in progress before the Court's order was issued.

8. A report detailing the actions described in the preceding paragraph is attached as Exhibit A.

9. The report was drafted by staff in FSA and accurately describes the Department's analysis of its compliance with the preliminary injunction order as of December 1, 2020.

I declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 1st day of December, 2020.

                             *Mark A. Brown*    December 1, 2020
                             Mark A. Brown
                             Chief Operating Officer
                             Office of Federal Student Aid
                             United States Department of Education