XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
Amos E. Hartston (SBN 186471)
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Tel: (213) 269-6348
 Fax: (213) 897-4951
 Email: bernard.eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

[See signature page for the complete list of parties represented. Civ. L.R. 3-4(a)(1).]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　Defendants. | No. 17-cv-07106-SK |
| CALVILLO MANRIQUEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEVOS, et al.,<br><br>　　　　Defendants. | No. 17-cv-07210-SK<br><br>**JOINT STATUS REPORT** |

The parties submit the following status report in response to the Court's November 2, 2020 order.

Following settlement discussions facilitated by Magistrate Judge Donna M. Ryu, the parties reached an agreement in principle in May 2020, which would resolve the above-captioned cases. For more than six months now, the parties have been working in good faith to finalize the language of a draft settlement agreement. Over the last several weeks, however, progress has been slowed by delays in part due to the press of other litigation against Defendants. But Defendants believe that those delays will ease over the course of this month, and so the parties request that the Court set a further deadline for a status report in 35 days, at which time the parties will inform the Court whether the stipulated stays in these cases should be lifted.

Dated: December 2, 2020                                        Respectfully submitted,

/s/ *Bernard A. Eskandari*
BERNARD A. ESKANDARI
Supervising Deputy Attorney General

*Attorney for Plaintiff the People of the State of California*

/s/ *Claire L. Torchiana*
JOSEPH JARAMILLO (SBN 178566)
CLAIRE L. TORCHIANA (SBN 330232)
Housing & Economic Rights Advocates
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel.: (510) 271-8443
Fax: (510) 868-4521
Email: ctorchiana@heraca.org

/s/ *Margaret O'Grady*
EILEEN M. CONNOR (SBN 248856)
TOBY R. MERRILL (Pro Hac Vice)
MARGARET E. O'GRADY (Pro Hac Vice)
Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715
Email: mogrady@law.harvard.edu

*Attorneys for Class Plaintiffs*

|   |   |
|---|---|
| 1 | JEFFREY BOSSERT CLARK |
|   | Acting Assistant Attorney General |
| 2 | MARCIA BERMAN |
|   | Assistant Branch Director |
| 3 |   |
|   | /s/ *Kevin P. Hancock* |
| 4 | R. CHARLIE MERRITT (VA Bar # 89400) |
|   | KEVIN P. HANCOCK |
| 5 | Trial Attorneys |
|   | U.S. Department of Justice |
| 6 | Civil Division, Federal Programs Branch |
|   | Richmond, VA 23219 |
| 7 | Telephone: (202) 616-8098 |
|   | Fax: (804) 819-7417 |
| 8 | E-mail: robert.c.merritt@usdoj.gov |
|   |   |
|   | *Attorneys for Defendants* |