BRIAN M. BOYNTON
Acting Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants.[1] | No. 3:17-cv-7106-SK |
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | No. 3:17-cv-7210-SK<br><br>**JOINT STATUS REPORT** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Secretary of Education Phil Rosenfelt is substituted in his official capacity as a Defendant in this case.

Joint Status Report
3:17-cv-7106-SK; 3:17-cv-7210-SK

The parties hereby submit the following status report in response to the Court's January 8, 2021 order.

The parties continue to work in good faith to finalize the language of a complex draft settlement agreement reflecting their agreement in principle to resolve the case without further litigation. The parties believe that additional time would be beneficial to continue their negotiations and to allow new leadership at the Department of Education—which assumed responsibility on January 20, 2021—the opportunity to become familiar with the issues in these cases. Accordingly, the parties respectfully request that the Court set a further deadline for a status report in 60 days.

Dated:  January 29, 2021                                  Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar # 89400)
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

/s/  Bernard A. Eskandari
XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
AMOS E. HARTSTON (SBN 186471)

Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6348
Fax: (213) 897-4951
Email: bernard.eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

/s/ *Claire L. Torchiana*
JOSEPH JARAMILLO (SBN 178566)
CLAIRE L. TORCHIANA (SBN 330232)
Housing & Economic Rights Advocates
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521
Email: ctorchiana@heraca.org

/s/ *Margaret O'Grady*
EILEEN M. CONNOR (SBN 248856)
TOBY R. MERRILL (Pro Hac Vice)
MARGARET E. O'GRADY (Pro Hac Vice)
Legal Services Center Of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715
Email: mogrady@law.harvard.edu

*Attorneys for Class Plaintiffs*