BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
Acting United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | No. 3:17-cv-7106-SK |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |
| | |
| MARTIN CALVILLO MANRIQUEZ, et al., | No. 3:17-cv-7210-SK |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

1    The parties hereby submit the following status report in response to the Court's March 31,

2    2021 order.

3    The parties continue to work in good faith to finalize the language of a draft settlement

4    agreement reflecting their agreement in principle to resolve the case without further litigation.  The

5    parties believe that additional time would be beneficial to continue their negotiations, and

6    respectfully request that the Court set a further deadline for a status report in 60 days.

7

8    Dated:  June 7, 2021                          Respectfully submitted,

9                                                   BRIAN D. NETTER
                                                    Deputy Assistant Attorney General
10
                                                    MARCIA BERMAN
11                                                  Assistant Branch Director

12                                                  */s/ R. Charlie Merritt*
                                                    R. CHARLIE MERRITT (VA Bar # 89400)
13                                                  Trial Attorney
                                                    U.S. Department of Justice
14                                                  Civil Division, Federal Programs Branch
                                                    1100 L Street NW
15                                                  Washington, DC 20530
                                                    (202) 616-8098
16                                                  E-mail: robert.c.merritt@usdoj.gov

17                                                  *Attorneys for Defendants*

18

19

20   /s/  *Bernard A. Eskandari*
     XAVIER BECERRA
21   Attorney General of California
     NICKLAS A. AKERS
22   Senior Assistant Attorney General
     BERNARD A. ESKANDARI (SBN 244395)
23   Supervising Deputy Attorney General
     AMOS E. HARTSTON (SBN 186471)
24   Deputy Attorney General
     300 South Spring Street, Suite 1702
25   Los Angeles, CA 90013
     Tel: (213) 269-6348
26   Fax: (213) 897-4951
     Email: bernard.eskandari@doj.ca.gov
27
     *Attorneys for Plaintiff the People of the State*
28   *of California*

1

/s/ *Claire L. Torchiana*
JOSEPH JARAMILLO (SBN 178566)

2

CLAIRE L. TORCHIANA (SBN 330232)
Housing & Economic Rights Advocates

3

3950 Broadway, Suite 200
Oakland, CA 94611

4

Tel.: (510) 271-8443
Fax: (510) 868-4521

5

Email: ctorchiana@heraca.org

6

/s/ *Margaret O'Grady*
EILEEN M. CONNOR (SBN 248856)

7

TOBY R. MERRILL (Pro Hac Vice)
MARGARET E. O'GRADY (Pro Hac Vice)

8

Legal Services Center Of Harvard Law School
122 Boylston Street

9

Jamaica Plain, MA 02130
Tel.: (617) 390-3003

10

Fax: (617) 522-0715
Email: mogrady@law.harvard.edu

11

*Attorneys for Class Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Status Report
3:17-cv-7106-SK; 3:17-cv-7210-SK