BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | No. 3:17-cv-7210-SK <br><br> **NOTICE OF CHANGE IN COUNSEL** |

Pursuant to Local Rule 5-1(c)(2)(C), Defendants hereby notify the Court of a change in counsel. Attorney Kevin P. Hancock is leaving employment with the U.S. Department of Justice, and therefore withdraws as counsel for Defendants. Attorney R. Charlie Merritt of the U.S. Department of Justice will continue to represent Defendants in this case.

Dated: July 2, 2021

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN

Assistant Branch Director

*/s/ Kevin P. Hancock*
R. CHARLIE MERRITT (VA Bar # 89400)
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20002
Telephone: (202) 514-3183
Fax: (202) 616-8470
kevin.p.hancock@usdoj.gov

*Counsel for Defendants*