BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
Acting United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>       Defendants. | No. 3:17-cv-7106-SK |
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>       Defendants. | No. 3:17-cv-7210-SK<br><br>**JOINT STATUS REPORT** |

The parties hereby submit the following status report in response to the Court's October 19, 2021 order.

The parties continue to work in good faith to finalize the language of a draft settlement agreement reflecting their agreement in principle to resolve the case without further litigation. As previously reported, the issues that remain to be resolved prior to any final settlement involve data-intensive analysis, and the parties continue to work diligently to conduct that analysis. The parties believe that additional time would be beneficial to allow the parties to continue their negotiations while that analysis occurs. Accordingly, and in light of the upcoming holidays and associated absences from the office, the parties respectfully request that the Court set a further deadline for a status report in 60 days.

Dated: December 20, 2021

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar # 89400)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

/s/  Bernard A. Eskandari
ROB BONTA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
AMOS E. HARTSTON (SBN 186471)
Deputy Attorney General
300 South Spring Street, Suite 1702

Los Angeles, CA 90013
Tel: (213) 269-6348
Fax: (213) 897-4951
Email: bernard.eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

/s/ *Joseph Jaramillo*
JOSEPH JARAMILLO (SBN 178566)
Housing & Economic Rights Advocates
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521
Email: ctorchiana@heraca.org

/s/ *Margaret O'Grady*
EILEEN M. CONNOR (SBN 248856)
MARGARET E. O'GRADY (Pro Hac Vice)
Legal Services Center Of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
Tel.: (617) 390-3003
Fax: (617) 522-0715
Email: mogrady@law.harvard.edu

*Attorneys for Class Plaintiffs*