BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
STUART J. ROBINSON
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Suite 7-5395
San Francisco, CA 94102
(415) 436-6635
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | No. 3:17-cv-7106-SK |
| MARTIN CALVILLO MANRIQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | No. 3:17-cv-7210-SK <br><br> **JOINT STATUS REPORT** |

The parties hereby submit the following status report in response to the Court's November 15, 2022 order.

The parties continue to work in good faith towards resolving these cases without further litigation.  On June 1, 2022, the Department of Education announced that it will "discharge all remaining federal student loans borrowed to attend any campus owned or operated by Corinthian Colleges Inc. (Corinthian) from its founding in 1995 through its closure in April 2015." *See* https://www.ed.gov/news/press-releases/education-department-approves-58-billion-group-discharge-cancel-all-remaining-loans-560000-borrowers-who-attended-corinthian-colleges.  The announced action will provide relief to approximately 560,000 borrowers, regardless of whether any such borrower has filed a borrower defense application. *Id*.  The Department is continuing the process of effectuating this announced relief for all eligible borrowers who submitted borrower defense applications, and it continues to work with its servicers to put into place the operational steps necessary to effectuate the announced relief for eligible borrowers who did not apply for borrower defense discharges.  As of this filing, the Department has fully effectuated discharges for more than 85% of Corinthian borrowers who submitted borrower defense applications.

The parties continue to analyze the full impact of the group discharge on their efforts to resolve this litigation, including the extent to which the group discharge renders this litigation moot.  The parties believe that additional time would be beneficial to allow them to continue their review and discussions.  Accordingly, the parties respectfully request that the Court set a further deadline for a status report in 60 days.

Dated:  January 11, 2023

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Suite 7-5395
San Francisco, CA 94102
(415) 436-6635

E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

/s/ *Bernard A. Eskandari*
ROB BONTA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
AMOS E. HARTSTON (SBN 186471)
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6348
Fax: (213) 897-4951
Email: bernard.eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

/s/ *Joseph Jaramillo*
JOSEPH JARAMILLO (SBN 178566)
Housing & Economic Rights Advocates
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521
Email: jjaramillo@heraca.org

/s/ *Eileen M. Connor*
EILEEN M. CONNOR (SBN 248856)
Project on Predatory Student Lending, Inc.
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 322-2271
Fax: (617) 781-9625
Email: econnor@ppsl.org

*Attorneys for Class Plaintiffs*

Joint Status Report
3:17-cv-7106-SK; 3:17-cv-7210-SK