BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
STUART J. ROBINSON
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(415) 436-6635
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　Defendants.<br>——————————————————<br>MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　Defendants. | No. 3:17-cv-7106-SK<br><br><br><br><br><br><br><br>No. 3:17-cv-7210-SK<br><br>**JOINT STATUS REPORT** |

Joint Status Report
3:17-cv-7106-SK; 3:17-cv-7210-SK

The parties hereby submit the following status report in response to the Court's January 11, 2023 order.

As noted in prior reports, the Department of Education is in the process of discharging "all remaining federal student loans borrowed to attend any campus owned or operated by Corinthian Colleges Inc. . . . from its founding in 1995 through its closure in April 2015." *E.g.*, ECF No. 371 (*Calvillo Manriquez*); ECF No. 182 (*California*).  This relief was first announced on June 1, 2022. *See* https://www.ed.gov/news/press-releases/education-department-approves-58-billion-group-discharge-cancel-all-remaining-loans-560000-borrowers-who-attended-corinthian-colleges. As of this filing, the Department continues to make significant progress on Corinthian discharges.  To date, the Department has discharged Corinthian loans for over 200,000 Corinthian borrowers.  The 200,000 includes both borrowers who applied for borrower defense relief and those who did not apply but are getting group discharges per the Department's June 1, 2022 announcement.

After extensive discussions regarding the effect of this action on the above-referenced litigation, the parties are now in agreement that a negotiated dismissal of both actions is appropriate.  The parties believe that additional time would be beneficial to allow them to continue their negotiations, which include ensuring that the dismissal of the *Calvillo Manriquez* litigation satisfies the requirements of Federal Rule of Civil Procedure 23.  The parties will request a conference with the Court to present and receive feedback on a joint proposal for dismissing the litigation as soon as practicable. Accordingly, the parties respectfully request that the Court set a further deadline for a status report in 60 days.

Dated:  March 13, 2023

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(415) 436-6635
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

/s/  Bernard A. Eskandari
ROB BONTA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
AMOS E. HARTSTON (SBN 186471)
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6348
Fax: (213) 897-4951
Email: bernard.eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

/s/ Joseph Jaramillo
JOSEPH JARAMILLO (SBN 178566)
Housing & Economic Rights Advocates
3950 Broadway, Suite 200
Oakland, CA 94611
Tel.: (510) 271-8443
Fax: (510) 868-4521
Email: jjaramillo@heraca.org

/s/ Eileen M. Connor
EILEEN M. CONNOR (SBN 248856)
Project on Predatory Student Lending, Inc.
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 322-2271
Fax: (617) 781-9625
Email: econnor@ppsl.org

*Attorneys for Class Plaintiffs*