1

2

UNITED STATES DISTRICT COURT

3

NORTHERN DISTRICT OF CALIFORNIA

4

5    PEOPLE OF THE STATE OF
     CALIFORNIA,

6                                            **ORDER SETTING DEADLINE FOR**
                        Plaintiff,           **FURTHER STATUS REPORT**

7

8            v.                              Case No.  17-cv-07106-SK

9    UNITED STATES DEPARTMENT OF             Regarding Docket No. 184
     EDUCATION, et al.,

10                Defendants.

11   MARTIN CALVILLO MANRIQUEZ, et al.,      Case No.  17-cv-07210-SK

12                    Plaintiffs,            Regarding Docket No. 379

13           v.

14   UNITED STATES DEPARTMENT OF
     EDUCATION, et al.,

15                Defendants.

16

17         The Court has reviewed the joint status report submitted by the parties on March 13, 2023.

18   (Dkt. Nos. 184, 379.)  The parties inform the Court that they continue to work toward discharging

19   all remaining federal student loans related to the Corinthian Colleges.  (*Id.*)  The parties

20   additionally inform the Court that they are now in agreement that a negotiated dismissal of both

21   actions is appropriate and expect to request a conference with the Court to discuss the dismissal.

22   (*Id.*)  The parties request further time to finalize negotiations and ask that the Court set a further

23   status report deadline in 60 days.  (*Id.*)  Accordingly, good cause appearing, the Court HEREBY

24   SETS a further status report deadline of May 15, 2023.

25         **IT IS SO ORDERED**.

26   Dated: March 14, 2023

27                                           

28                                           SALLIE KIM
                                             United States Magistrate Judge