UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, et al.,<br><br>Defendants. | Case No. 17-cv-07210-SK<br><br>**ORDER REGARDING PENDING MOTIONS**<br><br>Regarding Docket Nos. 80, 167 |

On July 23, 2018, Plaintiffs filed a motion for declaration that documents were not privileged. (Dkt. No. 80.) On January 8, 2020, Plaintiffs filed a motion for partial reconsideration of sanctions. (Dkt. No. 167.) On March 13, 2023, Parties informed the Court that they had reached an agreement that a negotiated dismissal of this case was appropriate and that they would be scheduling a conference with the Court regarding a joint proposal for dismissal. (Dkt. No. 379.) Given the notice of the agreement for dismissal, the two pending motions are HEREBY ORDERED MOOT.

**IT IS SO ORDERED**.

Dated: March 14, 2023

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge