BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MARCIA BERMAN
Assistant Branch Director
STUART J. ROBINSON
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION and MIGUEL CARDONA, in his official capacity as Secretary of Education, <br><br> Defendants. | No. 3:17-cv-7210-SK <br><br> **NOTICE OF FILING** |

Pursuant to this Court's October 24, 2019 Order Regarding Sanctions, ECF No. 130, Defendants hereby submit the Declaration of Richard Cordray and, attached as an exhibit to that declaration, Defendants' April 3, 2023 status report regarding their compliance with the Court's preliminary injunction. Defendants will move separately to file an attachment to the compliance report under seal pursuant to Civil Local Rule 79-5 in order to protect from public disclosure personally identifying information.

| | |
|---|---|
| Dated: April 3, 2023 | Respectfully submitted,<br><br>BRIAN D. NETTER<br>Deputy Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>*/s/ R. Charlie Merritt*<br>STUART J. ROBINSON<br>Senior Counsel<br>R. CHARLIE MERRITT (VA Bar No. 89400)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>(202) 616-8098<br>robert.c.merritt@usdoj.gov<br><br>*Counsel for Defendants* |