1

2                         UNITED STATES DISTRICT COURT

3                      NORTHERN DISTRICT OF CALIFORNIA

4

5   PEOPLE OF THE STATE OF

  CALIFORNIA,                         **ORDER SETTING DEADLINE FOR**

6                                **FURTHER STATUS REPORT**

7                   Plaintiff,

8         v.                           Case No.  17-cv-07106-SK

9   UNITED STATES DEPARTMENT OF

  EDUCATION, et al.,                 Regarding Docket No. 190

10                Defendants.

11   MARTIN CALVILLO MANRIQUEZ, et al.,    Case No.  17-cv-07210-SK

12                 Plaintiffs,

13         v.                       Regarding Docket No. 404

14   UNITED STATES DEPARTMENT OF

  EDUCATION, et al.,

15

16                Defendants.

17       The Court has reviewed the joint status report submitted by the parties on September 18,

18 2023.  (Dkt. Nos. 190, 404.)  The parties inform the Court that they continue to work toward

19 discharging all remaining federal student loans related to the Corinthian Colleges.  (*Id.*)  The

20 parties additionally inform the Court that they are now in agreement that a negotiated dismissal of

21 both actions is appropriate and expect to request a conference with the Court to discuss the

22 dismissal.  (*Id.*)  The parties request further time to finalize negotiations and ask that the Court set

23 a further status report deadline in 45 days.  (*Id.*)  Accordingly, good cause appearing, the Court

24 HEREBY SETS a further status report deadline of November 3, 2023.

25       **IT IS SO ORDERED**.

26 Dated: September 18, 2023

27 

28                      SALLIE KIM

                       United States Magistrate Judge

United States District Court

Northern District of California