UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>    Defendants. | **ORDER SETTING DEADLINE FOR FURTHER STATUS REPORT**<br><br>Case No.  17-cv-07106-SK<br><br>Regarding Docket No. 197 |
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, et al.,<br><br>    Defendants. | Case No.  17-cv-07210-SK<br><br>Regarding Docket No. 423 |

The Court has reviewed the joint status report submitted by the parties on February 1, 2024.  (Dkt. Nos. 197, 423.)  The parties inform the Court that they continue to work toward discharging all remaining federal student loans related to the Corinthian Colleges.  (*Id.*)  The parties additionally inform the Court that they are now in agreement that a negotiated dismissal of both actions is appropriate and expect to request a conference with the Court to discuss the dismissal.  (*Id.*)  The parties request further time to finalize negotiations and ask that the Court set a further status report deadline.  (*Id.*)  Accordingly, good cause appearing, the Court hereby sets a further status report deadline of March 19, 2024.

**IT IS SO ORDERED**.

Dated: February 1, 2024



SALLIE KIM
United States Magistrate Judge