BRIAN D. NETTER
Deputy Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
STUART J. ROBINSON
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(415) 436-6635
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>        Defendants. | No. 3:17-cv-7106-SK |
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>        Defendants. | No. 3:17-cv-7210-SK<br><br>**NOTICE REGARDING LOAN DISCHARGE DATA** |

In the Joint Status Report ("JSR") the parties filed on March 18, 2024 (ECF No. 431), the Department of Education ("Department") stated that it "intend[ed] to supplement [the data in that JSR] on or before April 9, 2024," with information regarding the number of Corinthian borrowers who are reported in the National Student Loan Data System ("NSLDS") as having their loan discharges completed. Despite those intentions and having made efforts to obtain and validate that data, the Department reports that it is not yet able to provide the Court and Plaintiffs with the NSLDS data. Although the Department had projected that it would have the data by today, there was an unforeseen delay in retrieving the data. In addition, there have been competing demands on the data team and other staff within the Department's Federal Student Aid office, including the resources devoted to ongoing analyses related to recent issues regarding the Free Application for Federal Student Aid. The data have now been retrieved but are still undergoing validation. Once the data validation process is complete, the data undergo an analysis by another team within Federal Student Aid before the data are made public. The Department will update this filing as soon as the validation and analytical processes have been completed.

Dated: April 9, 2024

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(415) 436-6635
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*