BRIAN D. NETTER
Deputy Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
STUART J. ROBINSON
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(415) 436-6635
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　Defendants. | No. 3:17-cv-7106-SK |
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　Defendants. | No. 3:17-cv-7210-SK<br><br>**JOINT STATUS REPORT** |

The parties hereby submit the following status report in response to the Court's March 19, 2024 order.

As noted in prior reports, the parties are working towards a negotiated dismissal of the above-referenced litigation in light of the Department's progress effectuating a group discharge for students who attended Corinthian Colleges, Inc. *See* ECF No. 379 (*Calvillo Manriquez*); ECF No. 186 (*California*). In the Joint Status Report filed March 18, 2024, the Department stated that loan servicers had reported that 100% of Corinthian borrowers who applied for borrower defense relief have had their loans discharged, and that servicers had further reported that more than 423,000 Corinthian borrowers who did not apply for relief have also had their loans discharged, constituting approximately 85% of the total number of non-applicant discharges the Department expects to grant as part of the Corinthian group discharge.

As the March 18, 2024 status report also explained, the discharge data in that report and in prior Joint Status Reports was based on information reported to the Department by the servicers. Since March 18, 2024, the Department has worked to examine and verify the status of the Corinthian discharges reported by the servicers by cross-referencing records reported in the National Student Loan Data System (NSLDS) and analyzing these records for indications about the status of these discharges. That analysis suggests the following information for borrowers determined eligible for relief as of July 25, 2022 (shortly after the announcement of the Corinthian group discharge was made):

|  | 3/18/2024 JSR Servicer Reported Data | Analysis of 4/4/2024 NSLDS Data |
|---|---|---|
| **CCI Borrowers who applied** | 100% have had loans discharged | 85% have had their loans discharged |
| **CCI Borrowers who did not apply** | 423,000 (= 85%) | 372,600 (= 71%) |

As a result of its examination and analysis, the Department has determined that the majority of the variances between what the servicers reported as completed and what the Department's analysis of NSLDS data reflects as complete is due to issues in adjustments that have to be made when loans have been consolidated. When loans have been consolidated, the servicer of the

original underlying eligible loan(s) will report the loan(s) it serviced as discharged, but then each subsequent servicer must also discharge the portion of the consolidated loan that was serviced by that servicer.  Each servicer in the chain is responsible for taking actions to adjust balances, interest rates, and fees for the eligible loans (*i.e.*, only the relevant underlying loans eligible for the Corinthian Colleges group discharge).  The process continues with each subsequent servicer until the final consolidation loan(s) is discharged.  The numbers previously reported reflected discharge of the original underlying eligible loan, not discharge by subsequent servicer(s).  For loans that were identified as not discharged for reasons other than consolidation adjustments, FSA will work with the servicers to verify completion of all discharge requests. In future status reports, the Department intends to report discharge progress as reported in NSLDS.

The parties continue their work preparing the documents necessary for dismissal, which has included the sharing of drafts, and expect to request a conference with the Court to discuss next steps once those documents are finalized.  The parties believe that additional time would be beneficial to allow them to continue their negotiations and respectfully request that the Court set a further deadline for a status report by June 14, 2024.

Dated:  May 2, 2024    Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(415) 436-6635
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

1  /s/ *Bernard A. Eskandari*
   ROB BONTA
2  Attorney General of California
   NICKLAS A. AKERS
3  Senior Assistant Attorney General
   BERNARD A. ESKANDARI (SBN 244395)
4  Supervising Deputy Attorney General
   AMOS E. HARTSTON (SBN 186471)
5  Deputy Attorney General
   300 South Spring Street, Suite 1702
6  Los Angeles, CA 90013
   Tel: (213) 269-6348
7  Fax: (213) 897-4951
   Email: bernard.eskandari@doj.ca.gov

8  *Attorneys for Plaintiff the People of the State of California*

10 /s/ *Joseph Jaramillo*
   JOSEPH JARAMILLO (SBN 178566)
11 Housing & Economic Rights Advocates
   3950 Broadway, Suite 200
12 Oakland, CA 94611
   Tel.: (510) 271-8443
13 Fax: (510) 868-4521
   Email: jjaramillo@heraca.org

15 /s/ *Eileen M. Connor*
   EILEEN M. CONNOR (SBN 248856)
   Project on Predatory Student Lending, Inc.
16 769 Centre Street, Suite 166
   Jamaica Plain, MA 02130
17 Tel.: (617) 322-2271
   Fax: (617) 781-9625
18 Email: econnor@ppsl.org

19 *Attorneys for Class Plaintiffs*

Joint Status Report
3:17-cv-7106-SK; 3:17-cv-7210-SK