BRIAN D. NETTER
Deputy Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
STUART J. ROBINSON
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(415) 436-6635
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　Defendants. | No. 3:17-cv-7106-SK |
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　Defendants. | No. 3:17-cv-7210-SK<br><br>**JOINT STATUS REPORT** |

The parties hereby submit the following status report in response to the Court's May 2, 2024 order.

As noted in prior reports, the parties are working towards a negotiated dismissal of the above-referenced litigation in light of the Department's progress effectuating a group discharge for students who attended Corinthian Colleges, Inc. *See* ECF No. 379 (*Calvillo Manriquez*); ECF No. 186 (*California*). As noted in the Joint Status Report filed March 18, 2024, discharge data in that report and in prior Joint Status Reports was based on information reported to the Department by the servicers. Since March 18, 2024, the Department has worked to examine and verify the status of the Corinthian discharges reported by the servicers by cross-referencing records reported in the National Student Loan Data System (NSLDS) and analyzing these records for indications about the status of these discharges. As of June 11, 2024, that analysis suggests the following information for borrowers determined eligible for relief as of July 25, 2022 (shortly after the announcement of the Corinthian group discharge was made):

|  | **6/11/2024 Analysis of NSLDS Data** |
|---|---|
| **CCI Borrowers who applied** | 86% have had their loans discharged |
| **CCI Borrowers who did not apply** | 382,400 (= 73%) |

The parties continue their work preparing the documents necessary for dismissal, which has included the sharing of drafts, and expect to request a conference with the Court to discuss next steps once those documents are finalized. The parties believe that additional time would be beneficial to allow them to continue their negotiations and respectfully request that the Court set a further deadline for a status report by August 15, 2024.

Dated:   June 14, 2024                             Respectfully submitted,

                                                        BRIAN D. NETTER
                                                        Deputy Assistant Attorney General

                                                        MARCIA BERMAN
                                                        Assistant Branch Director

                                                        */s/ Stuart J. Robinson*
                                                        STUART J. ROBINSON
                                                         Senior Counsel

R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(415) 436-6635
E-mail: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

/s/  *Bernard A. Eskandari*
ROB BONTA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
AMOS E. HARTSTON (SBN 186471)
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6348
Fax: (213) 897-4951
Email: bernard.eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

/s/ *Eileen M. Connor*
EILEEN M. CONNOR (SBN 248856)
Project on Predatory Student Lending, Inc.
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 322-2271
Fax: (617) 781-9625
Email: econnor@ppsl.org

*Attorneys for Class Plaintiffs*