**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, JAMAL CORNELIUS, RTHWAN DOBASHI, and JENNIFER CRAIG on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and MIGUEL CARDONA, in his official capacity as Secretary of Education,<br><br>Defendants. | No. 17-7210<br><br>**DECLARATION OF DENISE CARTER** |

I, Denise Carter, hereby declare under the penalty of perjury as follows:

1.  I am over the age of 18 and competent to testify to the matters herein.

2.  I have served in the Department of Education since May 2013, when I was named the Principal Deputy Assistant Secretary for the former Office of Management. I served as the Acting Assistant Secretary of the Office of Finance and Operations beginning in March 2023 until May 19, 2024 when I assumed the role of Principal Deputy Chief Operating Officer ("Principal Deputy COO") of Federal Student Aid ("FSA"). For an interim period from July 4, 2024 until November 18, 2024, I served as FSA's Acting Chief Operating Officer ("Acting COO"). As of November 19, 2024, I am no longer the Acting COO, but am still delegated the functions and duties of the COO of FSA. .

3.  I certify that I am duly qualified and authorized by the Department to make the statements contained in this Declaration about the Department's report on its compliance with the preliminary injunction entered in this matter. The statements contained herein are based on either my personal knowledge as an employee of the Department or on information reported to me by FSA officials who created and/or are familiar with the pertinent records.

4.  Having been delegated to perform the functions and duties of FSA's COO, I oversee the management of FSA. Through my duties in this role and my discussions with our Department colleagues working on borrower defense issues, I am familiar with the Department's efforts to comply with the preliminary injunction entered in this lawsuit, including the steps taken by the Department since the order entered by this Court described in the following paragraph.

5.  I am also aware of the order entered by this Court on August 19, 2019, directing the Department to produce a full report on its compliance with the preliminary injunction and to answer certain questions about how many members in the class certified in this case received

Declaration of Denise Carter
3:17-cv-7210 SK

1

incorrect notices that payments were due on their loans, how many class members were subject to further collection or enforcement efforts based on their receipt of an incorrect notice, and the specific steps the Department has taken to remedy these issues.

6. I am further aware of the order entered by this Court on October 24, 2019, directing the Department to provide status reports about its attempts to comply with the preliminary injunction on a monthly basis, with certain specified information.

7. To comply with the Court's orders, FSA has taken action to collect and analyze data from the federal loan servicers that manage federal student loan borrowers' loan records to respond to the questions in the Court's order and to respond to such information, such as establishing ongoing compliance and communications monitoring processes, as well as continuing the compliance monitoring work already in progress before the Court issued its order.

8. A report detailing the actions described in the prior paragraph is attached as Exhibit A.

9. The report was drafted here at FSA and I am advised that it accurately describes the Department's analysis of its compliance with the preliminary injunction order as of January 2, 2025.

10. In addition to the corrective actions described above, I am aware that FSA's quality assurance teams were instructed by FSA's prior leadership to initiate a thorough audit of the cause(s) and contributing factors relating to any borrower account that went into default following the actual or attempted submittal of a borrower defense application.

I declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 20th day of December 2024.

Declaration of Denise Carter
3:17-cv-7210 SK

2

|   |   |
|---|---|
| 1 |   |
| 2 | *Denise L Carter* |
|   | Denise Carter |
| 3 | Principal Deputy Chief Operating Officer |
|   | Delegated the functions and duties of the |
| 4 | Chief Operating Officer |
|   | Office of Federal Student Aid |
| 5 | United States Department of Education |

Declaration of Denise Carter
3:17-cv-7210 SK

3