1   YAAKOV M. ROTH
    Acting Assistant Attorney General
2   MARCIA BERMAN
    Assistant Branch Director
3   R. CHARLIE MERRITT
    Trial Attorney
4   U.S. Department of Justice
    Civil Division, Federal Programs Branch
5   1100 L Street NW
    Washington, DC 20005
6   (202) 616-8098
    robert.c.merritt@usdoj.gov
7
    *Counsel for Defendants*
8

9                    **UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11
    MARTIN CALVILLO MANRIQUEZ, *et al.*,
12                                                  No. 3:17-cv-7210-SK

13
                    Plaintiffs,
14                                                  **NOTICE OF FILING**
            v.
15
    UNITED STATES DEPARTMENT OF
16  EDUCATION, *et al.*,

17
                    Defendants.
18

19
20          Pursuant to this Court's October 24, 2019 Order Regarding Sanctions, ECF No. 130,

21  Defendants hereby submit the Declaration of Phillip Juengst and, attached as an exhibit to that

22  declaration, Defendants' March 3, 2025 status report regarding their compliance with the Court's

23  preliminary injunction.  Defendants will move separately to file an attachment to the compliance

24  report under seal pursuant to Civil Local Rule 79-5 in order to protect from public disclosure

25  personally identifying information.

26
27  Dated:  March 3, 2025                     Respectfully submitted,

28                                            YAAKOV M. ROTH
                                              Acting Assistant Attorney General

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar No. 89400)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendants*