```
YAAKOV M. ROTH
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
CRISTEN C. HANDLEY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-2677
Cristen.Handley@usdoj.gov
```

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,[1] <br><br> Defendants. | No. 3:17-cv-7210-SK <br><br> **NOTICE OF FILING** |

Pursuant to this Court's October 24, 2019 Order Regarding Sanctions, ECF No. 130, Defendants hereby submit the Declaration of Phillip Juengst and, attached as an exhibit to that declaration, Defendants' April 1, 2025 status report regarding their compliance with the Court's preliminary injunction. Defendants will move separately to file an attachment to the compliance report under seal pursuant to Civil Local Rule 79-5 in order to protect from public disclosure personally identifying information.

Dated: April 1, 2025            Respectfully submitted,

---

[1] Linda M. McMahon has been substituted as U.S. Secretary of Education pursuant to Federal Rule of Civil Procedure 25(d).

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/Cristen C. Handley*
CRISTEN C. HANDLEY (MO Bar No. 69114)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-2677
Cristen.Handley@usdoj.gov

*Counsel for Defendants*