**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, JAMAL CORNELIUS, RTHWAN DOBASHI, and JENNIFER CRAIG on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and DENISE CARTER, in her official capacity as Acting Secretary of Education,<br><br>             Defendants. | No. 17-7210<br><br>**DECLARATION OF PHILLIP JUENGST** |

I, Phillip Juengst, hereby declare under the penalty of perjury as follows:

1. I am over the age of 18 and competent to testify to the matters herein.

2. I have served in the United States Department of Education since March 2011, when I was named the Director of the Internal Controls Evaluation Group in the Office of the Chief Financial Officer. Subsequently, I was named the Deputy Chief Operating Officer for Student Experience and Aid Delivery at the office of Federal Student Aid ("FSA"). I served in that role until December 15, 2024, when I assumed the role of FSA's Principal Deputy Chief Operating Officer. As of January 21, 2025, I assumed day-to-day operational leadership of FSA given that Denise Carter was assigned as Acting Secretary of Education while simultaneously being delegated the functions and duties of the COO of FSA. After the current Secretary of Education was confirmed on March 3, 2025, I assumed the role of Deputy Chief Operating Officer ("Deputy COO").

3. I certify that I am duly qualified and authorized by the Department to make the statements contained in this Declaration about the Department's report on its compliance with the preliminary injunction entered in this matter. The statements contained herein are based on either my personal knowledge as an employee of the Department or on information reported to me by FSA officials who created and/or are familiar with the pertinent records.

4. Through my duties as the Deputy COO and in my discussions with our Department colleagues working on borrower defense issues, I am familiar with the Department's efforts to comply with the preliminary injunction entered in this lawsuit, including the steps taken by the Department since the order entered by this Court described in the following paragraph.

5. I am also aware of the order entered by this Court on August 19, 2019, directing the Department to produce a full report on its compliance with the preliminary injunction and to

answer certain questions about how many members in the class certified in this case received incorrect notices that payments were due on their loans, how many class members were subject to further collection or enforcement efforts based on their receipt of an incorrect notice, and the specific steps the Department has taken to remedy these issues.

6. I am further aware of the order entered by this Court on October 24, 2019, directing the Department to provide status reports about its attempts to comply with the preliminary injunction on a monthly basis, with certain specified information.

7. To comply with the Court's orders, FSA has taken action to collect and analyze data from the federal loan servicers that manage federal student loan borrowers' loan records to respond to the questions in the Court's order and to respond to such information, such as establishing ongoing compliance and communications monitoring processes, as well as continuing the compliance monitoring work already in progress before the Court issued its order.

8. A report detailing the actions described in the prior paragraph is attached as Exhibit A.

9. The report was drafted here at FSA and I am advised that it accurately describes the Department's analysis of its compliance with the preliminary injunction order as of April 1, 2025.

10. In addition to the corrective actions described above, I am aware that FSA's quality assurance teams were instructed by FSA's prior leadership to initiate a thorough audit of the cause(s) and contributing factors relating to any borrower account that went into default following the actual or attempted submittal of a borrower defense application.

I declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 27th day of March, 2025.

_____
Phillip Juengst
Deputy Chief Operating Officer
Office of Financial Student Aid
United States Department of Education