|   |   |
|---|---|
| 1 | BRETT A. SHUMATE<br>Assistant Attorney General |
| 2 | |
| 3 | MICHELLE R. BENNETT<br>Assistant Branch Director |
| 4 | R. CHARLIE MERRITT |
| 5 | Senior Counsel<br>U.S. Department of Justice |
| 6 | Civil Division, Federal Programs Branch<br>1100 L Street NW |
| 7 | Washington, DC 20005<br>(202) 616-8098 |
| 8 | E-mail: robert.c.merritt@usdoj.gov |
| 9 | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | No. 3:17-cv-7106-SK |
| MARTIN CALVILLO MANRIQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | No. 3:17-cv-7210-SK<br><br>**JOINT STATUS REPORT** |

Consistent with their representation in their prior status report, *see California* ECF No. 219 (July 31, 2025), the parties hereby submit the following joint status report.

As noted in prior reports, on June 1, 2022, the United States Department of Education ("ED") announced a group discharge to cancel all remaining federal loans for an estimated 560,000 borrowers who attended any campus owned or operated by Corinthian Colleges from its founding in 1995 through its closure in April 2015 ("Corinthian Group Discharge"). *See* https://www.ed.gov/news/press-releases/education-department-approves-58-billion-group-discharge-cancel-all-remaining-loans-560000-borrowers-who-attended-corinthian-colleges; *see also, e.g.*, Joint Status Report at 2, *California* ECF No. 216. The announced action provides full relief, including discharge of remaining loan balances and refunds of amounts paid, to Corinthian borrowers regardless of whether any such borrower has filed a borrower defense application. *Id.*

ED has agreed to complete Corinthian Group Discharge and provide periodic reporting on the progress of implementation to both class counsel and to California. Joint Status Report at 3, *California* ECF No. 216. ED has also confirmed that eligible loans, including any consolidation loans that include eligible loans, will remain paused in forbearance or stopped collections unless the borrower expressly opts out of forbearance or stopped collections. *Id.*

As of September 2, 2025, the Department's analysis of data, including data reported in the National Student Loan Data System ("NSLDS"), suggests the following information for borrowers determined to be eligible for relief as of July 25, 2022 (shortly after the announcement of the Corinthian Group Discharge was made):

|  | 9/2/2025 Analysis of NSLDS Data |
|---|---|
| CCI Borrowers who applied | 43,100 (92%) have had their loans discharged |
| CCI Borrowers who did not apply | 439,100 (83%) have had their loans discharged |

The parties continue to work towards a negotiated resolution of the related cases without

the need for further litigation. To that end, the parties are scheduled to attend a settlement conference with Magistrate Judge Ryu on September 30, 2025. *See California* ECF No. 223

The parties propose filing a further Joint Status Report in approximately 45 days, on November 3, 2025.

DATED: September 18, 2025				Respectfully submitted,

/s/ *Bernard A. Eskandari*
ROB BONTA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
AMOS E. HARTSTON (SBN 186471)
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6348
Fax: (213) 897-4951
Email: bernard.eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

/s/ *Eileen M. Connor*
EILEEN M. CONNOR (SBN 248856)
Project on Predatory Student Lending, Inc.
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 322-2271
Fax: (617) 781-9625
Email: econnor@ppsl.org

*Attorneys for Class Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ *R. Charlie Merritt*
R. CHARLIE MERRITT
Senior Counsel (VA Bar No. 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

1     ATTESTATION OF SIGNATURES

2     I, R, Charlie Merritt, hereby attest, pursuant to Local Civil Rule 5-1(h)(3) of the Northern

3  District of California, that concurrence in the filing of this document has been obtained from each

4  signatory hereto.

/s/  *R. Charlie Merritt*
R. CHARLIE MERRITT (VA Bar No. 89400)
Senior Counsel

*Attorney for Defendants*