BRETT A. SHUMATE
Assistant Attorney General
MICHELLE R. BENNETT
Assistant Branch Director
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-4964
liam.c.holland@usdoj.gov

*Counsel for Defendants*

EILEEN M. CONNOR (SBN 248856)
Project on Predatory Student Lending, Inc.
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel.: (617) 322-2271
Fax: (617) 781-9625
Email: econnor@ppsl.org

*Attorney for Class Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | No. 3:17-cv-7210-SK <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE DECEMBER 2025 COMPLIANCE REPORT** |

**STIPULATION TO EXTEND TIME TO FILE DEC. 2025 COMPLIANCE REPORT**

Pursuant to United States District Court, Northern District of California Local Rules 6-2, 7-11, and 7-12, the parties hereby file this Stipulation to extend the time for Defendants to file their seventy-fourth monthly compliance report.

WHEREAS, pursuant to the Court's Order of October 24, 2019, ECF No. 130, the U.S. Department of Education (the "Department") through its Federal Student Aid office ("FSA"), submits monthly status reports regarding its attempts to comply with the preliminary injunction in this case, see ECF No. 60;

WHEREAS, the Department has filed seventy-three monthly compliance reports pursuant to the Court's Order;

WHEREAS, the Department's next monthly compliance report is due by December 1, 2025;

WHEREAS, the Department experienced a forty-three-day lapse in appropriations from the end of the day on September 30, 2025, until November 12, 2025, during which time employees of the Department were prohibited from working, even on a voluntary basis, except in very limited circumstances, 31 U.S.C. § 1342;

WHEREAS, the lapse in appropriations has unavoidably impacted the Department's capacity to produce the next monthly compliance report on or before December 1, 2025;

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record that the deadline for the Department to file its seventy-fourth monthly compliance report is extended from December 1, 2025, to December 9, 2025.

This stipulation does not alter the date of any other event or deadline already fixed by Court order.

Dated: November 26, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Liam C. Holland*
LIAM C. HOLLAND (*Admitted in New York*)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-4964
liam.c.holland@usdoj.gov

*Counsel for Defendants*

*/s/ Eileen M. Connor*
EILEEN M. CONNOR (SBN 248856)
econnor@ppsl.org
PROJECT ON PREDATORY STUDENT LENDING
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
Tel: (617) 390-2669
Fax: (781) 218-9625

*Counsel for Plaintiffs*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Liam C. Holland, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 26, 2025          */s/ Liam C. Holland*
                                  Liam C. Holland

# [PROPOSED] ORDER APPROVING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                  Honorable Sallie Kim
                                  United States Magistrate Judge