BRETT A. SHUMATE
Assistant Attorney General
MICHELLE R. BENNETT
Assistant Branch Director
LIAM C. HOLLAND
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-4964
liam.c.holland@usdoj.gov

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | No. 3:17-cv-7210-SK <br><br> **DEFENDANTS' ADMINISTRATIVE MOTION TO FILE A PORTION OF THE JANUARY 2, 2026 COMPLIANCE REPORT UNDER SEAL** |

In response to the Court's October 24, 2019 Order Regarding Sanctions, ECF No. 130 ("Sanctions Order"), Defendants are filing today a status report detailing their compliance with the preliminary injunction in this case. Pursuant to Civil Local Rules 7-11 and 79-5, Defendants respectfully request leave to file an attachment to their report under seal in order to protect from public disclosure the personally identifying information of individual student borrowers contained therein. In support of this request, Defendants submit the following:

1. The Court entered its Sanctions Order on October 24, 2019. The Order requires the Department to provide monthly status reports "regarding their attempts to comply with the preliminary injunction on a monthly basis beginning on November 1, 2019." Sanctions Order at

6. The report must include particular information about each of the individuals that are potentially members of the certified class in this case, including "the repayment status of each potential and confirmed class member" and whether each potential and confirmed member was subjected to violations of the Court's preliminary injunction. *Id.* at 6-7.

2. On October 8, 2019, the Court similarly ordered Defendants to "provide to Plaintiffs a complete list of the names of the members of the affected class certified by the Court on October 15, 2018, along with addresses both physical and electronic," and to "clearly indicate which class members have been affected by [Defendants'] noncompliance with the Court's injunction and how that class members has been affected." ECF No. 118 at 2. To facilitate the release of that information, the Court granted the parties' joint motion to enter a protective order. *See* Protective Order, ECF No. 131.

3. The Protective Order governs the "use and disclosure of any document or information in connection with this Litigation that constitutes or reflects information derived from records subject to the requirements of the Privacy Act of 1974, 5 U.S.C. § 552a," Protective Order at 1, and prevents the public disclosure of documents covered by the Order.

4. As explained in the declaration attached as Exhibit A hereto, the Court's Sanctions Order requires the Department to disclose personally identifying information contained in a system of records—in particular, the names of the potential and confirmed class members in this case—that is protected under the Privacy Act and covered by the Protective Order. As reflected in the Proposed Order, Defendants seek to seal only the attachment to the monthly report, which reveals the names of the potential class members, which are protected from disclosure by the Privacy Act.

5. The Court has previously granted Defendants' substantively identical motions to file the spreadsheet attachments to their prior compliance reports under seal. *See, e.g.*, ECF Nos. 411, 416, 427, 475, 479, 482, 486, 489, 507, 512, 524, 526.

6. Consistent with Civil L.R. 79-5(d)(1)(D), Defendants submit an unredacted, sealed version of the attachment to the monthly report sought to be filed under seal.

Dated: January 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Liam C. Holland*
LIAM C. HOLLAND (*Admitted in New York*)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-4964
liam.c.holland@usdoj.gov

*Attorneys for Defendants*