UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, et al., | Case No.  17-cv-07210-SK |
| Plaintiffs, | **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE REPORT ATTACHMENT UNDER SEAL** |
| v. | |
| ELISABETH DEVOS, et al., | |
| Defendants. | Regarding Docket No. 543 |

The Court has ordered Defendants to file monthly compliance reports detailing their progress toward conformity with the preliminary injunction entered in this case.  (Dkt. No. 130.) On March 2, 2026, Defendants filed their seventy-seventh such compliance report.  (Dkt. No. 542.)  Defendants seek leave to file under seal an attachment to their report that contains sensitive personally identifying information of potential and confirmed class members.  (Dkt. No. 543.) The Court GRANTS Defendants' administrative motion.  Defendants may file the spreadsheet attachment to the March 2, 2026 compliance report under seal.

**IT IS SO ORDERED**.

Dated: March 3, 2026

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California