BRETT A. SHUMATE
Assistant Attorney General
MICHELLE R. BENNETT
Assistant Branch Director
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-4964
liam.c.holland@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | No. 3:17-cv-7210-SK<br><br>**NOTICE OF FILING** |

Pursuant to this Court's October 24, 2019 Order Regarding Sanctions, ECF No. 130, Defendants hereby submit the Declaration of Mell Brittian-Smith and, attached as an exhibit to that declaration, Defendants' September 1, 2026 status report regarding their compliance with the Court's preliminary injunction. Defendants will move separately to file an attachment to the compliance report under seal pursuant to Civil Local Rule 79-5 in order to protect from public disclosure personally identifying information.

Dated: September 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-4964
liam.c.holland@usdoj.gov

*Counsel for Defendants*