BRETT A. SHUMATE
Assistant Attorney General
MICHELLE R. BENNETT
Assistant Branch Director
LIAM C. HOLLAND
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-4964
liam.c.holland@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | No. 3:17-cv-7210-SK<br><br>**DECLARATION OF LIAM C. HOLLAND** |

1. I am a Trial Attorney at the Department of Justice, Civil Division, Federal Programs Branch and counsel for the Defendants.

2. I have personal knowledge of the contents of this declaration and would testify competently thereto if called upon to do so.

3. I submit this declaration, pursuant to Civil L.R. 79-5(d)(1)(A), in support of Defendants' Administrative Motion to File a Portion of the September 1, 2026 Compliance Report Under Seal.

4. The Court's October 24, 2019 Order Regarding Sanctions, ECF No. 130, requires the Department to disclose personally identifying information contained in a system of records—

in particular, the names of the potential and confirmed class members in this case—that is protected under the Privacy Act of 1974, 5 U.S.C. § 552a and covered by the Protective Order in this case (ECF No. 131). Defendants seek to seal only the attachment to the monthly compliance report, which reveals the names of the potential class members, which are protected from disclosure by the Privacy Act.

Executed on September 1, 2026.

*/s/ Liam C. Holland*
LIAM C. HOLLAND