BRETT A. SHUMATE
Assistant Attorney General
MICHELLE R. BENNETT
Assistant Branch Director
LIAM C. HOLLAND
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 514-4964
liam.c.holland@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN CALVILLO MANRIQUEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | No. 3:17-cv-7210-SK<br><br>**[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** |

The Court, having considered Defendants' Administrative Motion for Leave to File a Portion of the October 1, 2026 Compliance Report Under Seal, hereby **ORDERS** as follows:

Defendants' Motion is **GRANTED**. Defendants may file the attachment to their October 1, 2026 compliance report under seal as set forth below:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Spreadsheet attachment to Defendants' October 1, 2026 Compliance Report containing potential and confirmed class members' names | Holland Declaration ¶ 4 | |

**IT IS SO ORDERED**.

Dated:

SALLIE KIM
United States Magistrate Judge